IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DR. RONNY JACKSON, STUART and ROBBI FORCE, and SARRI SINGER<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as the President of the United States; and ANTONY BLINKEN, in his Official capacity as the United States Secretary of State<br><br>Defendants | Civil Action No. _____ |

## CERTIFICATE OF INTERESTED PERSONS

Plaintiffs, DR. RONNY JACKSON, STUART FORCE, ROBBI FORCE, and SARRI SINGER, through their attorneys of record, file this Certificate of Interested Persons pursuant to the Local Civil Rules of the United States District Court for the Northern District of Texas and state upon their knowledge and belief that no person, association of persons, firm, partnership, corporation, guarantor, insurer, affiliate, parent or subsidiary corporation, or other legal entity is financially interested in the outcome of this case.

Respectfully submitted,

/s/ Christian D. Stewart
Christian D. Stewart
SBN: 24013569

Morgan Williamson LLP
701 S. Taylor, Suite 440, LB 103
Amarillo, Texas  79101
Telephone:   (806) 358-8116
Facsimile:   (806) 350-7642
E-Mail:   cstewart@mw-law.com


ATTORNEYS FOR PLAINTIFFS
DR. RONNY JACKSON, STUART and
RONNIE FORCE, and SARRI SINGER