IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| RONNY L. JACKSON, *et al.*, § § Plaintiffs, § § v. § 2:22-CV-241-Z § JOSEPH R. BIDEN, JR., *et al.*, § § Defendants. § | |

## ORDER

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 10), filed on January 6, 2023. Ms. Julie A. Strauss is an attorney licensed to practice law in the District of Columbia. Ms. Strauss represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local Civil Rules for the Northern District of Texas, and will comply with the standards set forth in *Dondi* and the Local Rules. Ms. Strauss has obtained local counsel. *See* ECF No. 10 at 3.

After considering the Application and related filings, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. Strauss may appear in this matter, subject to further order of the Court.

**SO ORDERED.**

January *13*, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE