AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00241-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Antony Blinken, Secretary of State__
was received by me on *(date)* __1/5/2023__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: __Sent via Certified Mail - Tracking Number 7021 2720 0001 6538 4329__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __1/20/23__

_Venetia Resciniti_
Server's signature

Venetia Resciniti - Paralegal
Printed name and title

611 Pennsylvania Ave SE #231
Washington, DC 20003
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

# 70212720000165304329

Remove ✕

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:26 am on January 17, 2023 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
January 17, 2023, 6:26 am

See All Tracking History

Feedback

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**