AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00241-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Leigha Simonton, U.S. Attorney for NDTx
was received by me on (*date*) 1/5/23.

☐ I personally served the summons on the individual at (*place*) _____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (*specify*) Sent Via Certified Mail - Tracking Number 7021 2720 0002 5834 0104

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/20/23

Venetia Resciniti
Server's signature

Venetia Resciniti - Paralegal
Printed name and title

611 Pennsylvania Ave SE #231
Washington, DC 20003
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70212720000258340104

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:31 pm on January 9, 2023 in AMARILLO, TX 79101.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

AMARILLO, TX 79101
January 9, 2023, 2:31 pm

See All Tracking History

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                     ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**