

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> JOSEPH R. BIDEN, JR., *et al.*, § <br> § <br> Defendants. § | 2:22-CV-241-Z |

## ORDER

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 11), filed on January 13, 2023. Mr. Reed D. Rubinstein is an attorney licensed to practice law in the District of Columbia. Mr. Rubinstein represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local Civil Rules for the Northern District of Texas, and will comply with the standards set forth in *Dondi* and the Local Rules. Mr. Rubinstein has obtained local counsel. ECF No. 11 at 3.

After considering the Application and related filings, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Rubinstein may appear in this matter, subject to further order of the Court.

**SO ORDERED.**

February __1__, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE