# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR, *et al* <br><br> Defendants. | No. 2:22-cv-241 |

## NOTICE OF APPEARANCE

Please take notice that Samuel Rebo, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for Defendants in the above-captioned matter.

Dated: February 28, 2023

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
*Civil Division*

ANTHONY J. COPPOLINO
*Deputy Director*

*/s/ Samuel Rebo*
SAMUEL REBO (DC Bar No. 1780665)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 514-6582
E-mail: Samuel.a.rebo@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically filed this brief with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Samuel Rebo*
SAMUEL REBO
U.S. Department of Justice