IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
     MAR - 6 2023
CLERK, U.S. DISTRICT COURT
By_____
                 Deputy
```

| | | |
|---|---|---|
| RONNY L. JACKSON, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:22-CV-241-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time ("Motion") (ECF No. 17), filed on February 28, 2023. This is Defendants' first request for extension. Having considered the unopposed Motion and relevant law, the Court **GRANTS** the Motion. Defendants must file an answer or otherwise respond to Plaintiffs' Complaint **on or before April 10, 2023.**

**SO ORDERED.**

March 6, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE