UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |
|---|---|
| RONNY L. JACKSON, *et al.* <br><br> Plaintiffs <br> v. <br><br> JOSEPH R. BIDEN, JR *et al.* <br><br> Defendants. | No. 2:22-cv-241 |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEFS WITH EXTENDED PAGE LIMITS AND FOR A REVISED BRIEFING SCHEDULE**

Upon consideration of Defendants' Consent Motion for Leave to File Briefs with Extended Page Limits, it is HEREBY ORDERED that the Motion is GRANTED. It is further ORDERED as follows:

1. Defendants' forthcoming brief in support of its motion to dismiss Plaintiffs' complaint SHALL NOT EXCEED 40 pages;

2. Plaintiffs' opposition thereto SHALL NOT EXCEED 40 pages;

3. Defendants' reply SHALL NOT EXCEED 20 pages;

4. Plaintiffs' deadline to respond to Defendants' forthcoming motion to dismiss is EXTENDED by 14 days to May 15, 2023;

5. Defendants' deadline to reply to Plaintiffs' opposition is EXTENDED by 7 days to June 5, 2023.

SO ORDERED, this [ ] day of April, 2023.

_____
Matthew J. Kacsmaryk
United States District Court Judge