UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____
                                    )
RONNY L. JACKSON, *et al.*          )
                                    )
            Plaintiffs,             )
                                    )
     v.                             )   No. 2:22-cv-241
                                    )
JOSEPH R. BIDEN, JR *et al.*        )
                                    )
            Defendants.             )
_____)

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants respectfully move to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6). The reasons for this Motion are set forth in the Memorandum in Support of the Motion to Dismiss as well as the appendix attached hereto. A proposed order is filed concurrently herewith.

Dated: April 10, 2023                Respectfully submitted,

                                     BRIAN M. BOYNTON
                                     *Principal Deputy Assistant Attorney General*

                                     ANTHONY J. COPPOLINO
                                     *Deputy Director*

                                     /s/ Samuel Rebo
                                     SAMUEL REBO (DC Bar # 1780665)
                                     Trial Attorney
                                     United States Department of Justice
                                     Civil Division, Federal Programs Branch
                                     1100 L Street NW
                                     Washington, DC 20005
                                     (202) 514-6582
                                     Samuel.a.rebo@usdoj.gov
                                     *Counsel for Defendants*