## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

|  |  |  |
|---|---|---|
| RONNY L. JACKSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 2:22-cv-241 |
| | ) | |
| JOSEPH R. BIDEN, JR *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## APPENDIX TO DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS THE COMPLAINT

## CONTENTS

| Description | Appendix Page Number |
|---|---|
| U.S. Agency for Int'l Dev., FY2020 Program Narrative (Mar. 26, 2021) (Exhibit A) | 1 |
| U.S. Agency for Int'l Dev., FY2021 Program Narrative (Apr. 19, 2022) (Exhibit B) | 8 |
| U.S. State Dep't, Report Pursuant to Section 1004(f)(1) of the Taylor Force Act, (May 3, 2018) ("Criteria Rept.") (Exhibit C) | 17 |

Dated:  April 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

ANTHONY J. COPPOLINO
*Deputy Director*

*/s/  Samuel Rebo*
SAMUEL REBO (DC Bar # 1780665)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-6582
Samuel.a.rebo@usdoj.gov
*Counsel for Defendants*

# EXHIBIT A

CN #143
March 26, 2021

**UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT**
**PROGRAM NARRATIVE**

**PROGRAM:**                WEST BANK AND GAZA

**APPROPRIATIONS ACCOUNT:** Economic Support Fund (ESF)
**FY 2020/2021 OBLIGATION:**    $75,000,000

**TOTAL**                  $75,000,000

| New Obligation Authority ($000s) | 2019 Actual | 2020 CBJ Request | 2020 Estimate |
|---|---|---|---|
| T0TAL | - | - | 75,000 |
| Economic Support Fund | - | - | 75,000 |

This narrative describes programs that USAID/West Bank and Gaza intends to carry out using FY 2020 new obligation authority (NOA).  Of this NOA, notification is required for $75,000,000 due to special notification requirements related to the West Bank and Gaza. Additional notification requirements also apply to those activities, as described and underlined below, because of the following: (1) substantive changes from the FY 2020 Congressional Budget Justification (CBJ), marked by an asterisk (*); (2) ESF account level increase greater than 10 percent of the FY 2020 CBJ request level, being used for program areas as described in the account narrative and quantified in the Supplementary Data Sheet; and (3) special notification requirements related to water supply and sanitation programming.

This notification is submitted pursuant to sections 634A, 620K(d), and 620L(d) of the Foreign Assistance Act (FAA) of 1961, as amended; and sections 7015(c) and 7039(f) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2020 (P.L. 116-94, Division G) (SFOAA); section 136 of the FAA to include the Senator Paul Simon Water for the World Act of 2014 (P.L. 113-289); and section 1004(b)(2) of the Taylor Force Act (P.L. 115-141). USAID intends to rely on notwithstanding authority in section 7058(a) of the FY 2020 SFOAA as necessary and applicable.

Other requirements, such as the certification by the Secretary of State pursuant to section 7039(a)of the FY 2020 SFOAA; the submission of the ESF report required by section 7041(k)(1) of the FY 2020 SFOAA; and the report pursuant to section 7041(k)(3) of the FY 2020 SFOAA, have been transmitted by the Department of State. USAID adheres to rigorous partner

**2**

anti-terrorism vetting and certification, auditing, and monitoring procedures to help ensure that its assistance does not go to Hamas or other terrorist organizations.  FY 2020 ESF for the West Bank & Gaza was directed in the Joint Explanatory Statement accompanying P.L. 116-94.

**ECONOMIC SUPPORT FUND**.  Of the NOA included in the summary table above, notification is required for $75,000,000, as described and underlined below, because of the special notification requirements related to the West Bank and Gaza.  Additional notification requirements also apply to those activities described and underlined below, because of the following: (1) substantive changes from the FY 2020 CBJ, marked by an asterisk (*); (2) ESF account level increase greater than 10 percent of the FY 2020 CBJ request level, being used for program areas outlined below; and (3) special notification requirements related to water supply and sanitation programming due to the West Bank and Gaza ranking outside of the top 50 neediest countries/areas on the WASH Needs Index.

**\*Civil Society.**  This program area and related activities were not included in the FY 2020 CBJ. Civil society actors have the potential to serve as trusted interlocutors between citizens and their government.  Building broad-based constituents and representing their needs will enable civil society organizations (CSOs) to become relevant and influential when it comes to decision making and policy changes.  Given the absence of USAID activity in recent years, engaging civil society actors will be critical to regaining trust and goodwill with Palestinian society.  CSOs in WBG have many constraints including      weak governance      and lack of ability to influence policy.  This activity will focus on enhanced governance and institutional capacity of CSOs and enhanced participatory community development and civic participation, which would improve the ability of CSOs to be better advocates for influencing change.  It      may also include independent media outlets as key stakeholders in Palestinian civil society.

The implementing partners are to be determined (likely via a competitively awarded grant or cooperative agreement).

**\*Other Public Health Threats.**  This program area and related activities were not included in the FY 2020 CBJ.  Assistance to East Jerusalem Hospital Network (EJHN) will be in accordance with the Taylor Force Act (Title X, Division S, P.L. 115-141), including Sec. 1004(b)(1)(A) which directly refers to EJHN.  USAID is covering operating costs for Palestinian patients that EJHN serve      s , which is a critical need because of shortfalls caused by the PA's outstanding debts,      which reached $71 million as of December 31, 2020.  This support comes at a critical time, as EJHN has also been severely impacted by COVID-19.  The PA has agreements with EJHN hospitals for them to be reimbursed      for services provided to Palestinian patients referred by the Palestinian Ministry of Health Referral Department.

The implementing partner is the East Jerusalem Hospital Network.

**\*Water Supply and Sanitation.**  This program area and related activities were not included in the FY 2020 CBJ.  In addition, this funding is subject to special notification requirements due to the West Bank and Gaza ranking outside of the top 50 neediest countries/areas on the WASH

<u>Needs Index.</u>  Increased sustainable access to clean water and collection and handling of wastewater continue to be a challenge in both the West Bank and Gaza.  In Gaza, approximately 95 percent of piped water is unsafe for humans, and in the West Bank, water supply is intermittent, and the per capita allocation is below the minimum allocation recommended by the World Health Organization.

USAID will not provide assistance for the PA but will coordinate with municipal water authorities, service providers, and other donors to ensure a comprehensive approach to providing improved sustainable access to reliable, safe, and affordable water and sanitation services for Palestinian households.  Funds will be used to implement projects that are aimed at rehabilitating deteriorating water infrastructure to reduce losses; expanding the capacity of existing water networks; and improving reliability of service.  Efforts will connect isolated and vulnerable households, including households that will gain first-time access to piped, potable water.  Construction activities may include building of reservoirs, pump stations, water distribution and transmission networks, water treatment facilities, as well as wastewater collection, treatment, and reuse systems.  Funds will support building the resilience of the Palestinians to climate change and strengthening their adaptation to climate change including by reducing vulnerability to winter flooding and other weather-related crises.  Funds will also support associated engineering services, operation/maintenance, capacity building to improve the management efficiency of water resources and the protection of resources, and construction management costs.  Funds could also be used to increase the supply, availability, and the development of additional non-conventional water resources in the West Bank and Gaza.

USAID will help marginalized communities and poor households in Gaza with upgraded household connections, community outreach, and minor infrastructure development focusing on water and sanitation.  These activities will also provide employment opportunities for unemployed Palestinians which will help to stabilize security and economic conditions in the West Bank and Gaza.

The implementing partner is Architecture, Engineering, Construction, Operations, and Management (AECOM) Technical Services, Inc.; and additional partner(s) to be determined (likely via competitively awarded contracts and cooperative agreements).

**\*Social Services.**  This program area and related activities were not included in the FY 2020 CBJ. Palestinian youth lack opportunities and safe spaces to engage in community initiatives. USAID assistance will focus on developing vocational and life skills training opportunities to promote job placement and community engagement and provide a venue for youth to access a variety of programming, which will ultimately provide an alternative means of peaceful empowerment for at-risk youth.  Interventions will target vulnerable and marginalized youth with core programming that supports, protects, prepares, and engages adolescents in safe spaces (Youth Development and Resource Centers and youth clubs) with needed psychosocial support, life skills and referral to technical training; and with learning, leadership, and increasing their community engagement opportunities.

**4**

The implementing partner(s) are to be determined (likely via a competitively awarded cooperative agreement).

**\*Private Sector Productivity.**  This program area and related activities were not included in the FY 2020 CBJ.  The global COVID-19 pandemic has brought most economic activities to a halt, including substantial losses in employment and disposable income for the Palestinian people. Economic growth to reverse these trends needs to be led by private sector development.  USAID assistance will focus on getting businesses back to work, re-linking them to traditional and new markets, and improving the Palestinian private sector's competitiveness in sectors with potential for growth.  Assistance will primarily target small and medium enterprises (SMEs), whose growth and sustainability are critical to job creation necessary for the West Bank and Gaza's growing labor force.  Activities will help SMEs regain productivity and expand through a package of grants and technical assistance.  Assistance will help them to access capital and liquidity to resume or start operations, while addressing key growth challenges such as lack of product diversification or sophistication, low levels of information and communication technology integration and innovation, quality consistency, health and safety standardization, labor issues, and market penetration.

The implementing partner(s) are to be determined (likely via a competitively awarded cooperative agreement).

**\*Workforce Development.** This program area and related activities were not included in the FY 2020 CBJ.  The West Bank and Gaza have a high rate of youth unemployment, which is potentially destabilizing.  The unemployment rate among youth is 40 percent, with females and educated youth more likely to be unemployed, reaching unemployment rates as high as 60 percent.  Many of these young people are also unemployable as they lack the necessary skills demanded by local and global markets.  USAID-supported activities will equip male and female youth with life and employment skills to prepare them for the job market, including communication, resume writing, and career guidance that will help increase knowledge about the job market and job options.  Additionally, USAID support will provide youth with on-the-job training through internships in the private sector, and entrepreneurship support, such as building business plans and mentorship.

The implementing partner(s) are to be determined (likely via a competitively awarded cooperative agreement).

**\*Transport Services.**  This program area and related activities were not included in the FY 2020 CBJ.  USAID assistance will address development constraints caused by poor, unsafe, and/or inadequate transportation infrastructure.  Assistance will be used to develop and rehabilitate key roads and related infrastructure in municipalities to support economic recovery post-COVID, promote economic growth, and improve the daily lives of thousands of Palestinians.  Funds will not provide assistance for the PA    but will target the development or rehabilitation of municipal roads for which there are broader economic growth implications.  For instance, one

of the main impediments to expanding the tourism trade, a major economic driver, in Bethlehem is its internal road network which hinders tourists from staying and shopping there. To help put Bethlehem's tourism industry on a smoother path toward recovery, USAID support will help rehabilitate internal roads, sidewalks, safe and designated bus parking lots, and driving routes to encourage stronger tourism.  Funds will also be used for assessments, design, engineering, operation and maintenance, and construction management services.

The implementing partner is AECOM Technical Services, Inc; and additional partner(s) to be determined (likely via a competitively awarded contract).

**\*Protection, Assistance and Recovery.**  This program area and related activities were not included in the FY 2020 CBJ.  USAID support will provide rapid relief and a path for vulnerable populations to become more self-reliant by providing basic commodities and increasing employment opportunities.  Activities may include short-term employment, internship and apprenticeship programs, and entrepreneurship training. Interventions may also include start-up grants for entrepreneurs and support to existing small businesses through small capital grants.  Funds will also provide food and non-food vouchers to help needy families in the short term.  Activities will be structured to benefit a broad range of groups, including women and youth.

The implementing partner is Catholic Relief Services (CRS).

**\*Disaster Readiness.**  This program area and related activities were not included in the FY 2020 CBJ.  Funds will help build resilience and preparedness in marginalized communities.  Assistance will increase the capacity of vulnerable communities to respond to and mitigate emergencies related to water and sanitation.  For example, activities may improve stormwater drainage in low-lying areas that experience chronic flooding and support the development of community emergency preparedness committees and awareness campaigns.  Funds may also be used to address other emergency needs in vulnerable communities to improve household health, food security, or related outcomes.

The implementing partner(s) are to be determined (likely via a competitively awarded cooperative agreement).


**SUPPLEMENTARY DATA SHEET**
USAID-managed assistance and Department of State-managed assistance is summarized on the attached supplementary data sheet.

## Supplementary Data Sheet - West Bank and Gaza, FY 2020 ($000s)

| Total USAID and State Managed Programs | |
|---|---|
| | **Sum of Accounts** |
| **TOTAL FY 2019 Initial Actual** | 600 |
| **TOTAL FY 2020 Request** | 35,000* |
| **TOTAL FY 2020 Estimate** | 75,000 |

**\*INCLE account**

| USAID Managed Programs, Prior Year Initial Actual, Current Year Request and Estimates by Area and Account | | |
|---|---|---|
| | **Sum of Accounts** | **ESF** |
| **TOTAL FY 2019 Initial Actual** | - | - |
| **TOTAL FY 2020 Request** | - | - |
| **TOTAL FY 2020 Estimate** | 75,000 | 75,000 |
| **DR.4 Civil Society** | | |
| FY 2020 Estimate | 5,400 | 5,400 |
| **HL.5 Other Public Health Threats** | | |
| FY 2020 Estimate | 10,000 | 10,000 |
| **HL.8 Water Supply and Sanitation** | | |
| FY 2020 Estimate | 21,500 | 21,500 |
| **ES.4 Social Services** | | |
| FY 2020 Estimate | 3,200 | 3,200 |
| **EG.5 Private Sector Productivity** | | |
| FY 2020 Estimate | 8,000 | 8,000 |
| **EG.6 Workforce Development** | | |
| FY 2020 Estimate | 1,000 | 1,000 |
| **EG.9 Transport Services** | | |
| FY 2020 Estimate | 18,500 | 18,500 |
| **HA.1 Protection, Assistance and Solutions** | | |
| FY 2020 Estimate | 6,400 | 6,400 |
| **HA.2 Disaster Readiness** | | |
| FY 2020 Estimate | 1,000 | 1,000 |
| **PO.1 Program Design and Learning** | | |
| FY 2020 Estimate | [1,000] | [1,000] |
| **PO.2 Administration and Oversight** | | |
| FY 2020 Estimate | [2,500] | [2,500] |

# EXHIBIT B

CN #124
April 19, 2022

**UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT
PROGRAM NARRATIVE**

**PROGRAM:**                West Bank and Gaza

**APPROPRIATIONS ACCOUNT:** Economic Support Fund (ESF)

**FY 2021/2022 OBLIGATION:**      $75,000,000

**TOTAL:**                    $75,000,000

| New Obligation Authority ($000s) | 2020 Actual | 2021 CBJ Request | 2021 Estimate |
|---|---|---|---|
| **TOTAL** | 75,000 | - | 75,000 |
| Economic Support Fund | 75,000 | - | 75,000 |
| Economic Support and Development Fund | - | - | - |

This narrative describes programs that USAID/West Bank and Gaza intends to carry out using FY 2021 new obligation authority (NOA). Of this NOA, notification is required for $75,000,000 due to special notification requirements related to the West Bank and Gaza. Additional notification requirements also apply to those activities, as described and underlined below, because of the following: (1) substantive changes from the FY 2021 Congressional Budget Justification (CBJ), marked by an asterisk (*); (2) ESF account level increase greater than 10 percent of the FY 2021 CBJ request level, being used for program areas as described in the account narrative and quantified in the Supplementary Data Sheet; and (3) special notification requirements related to water supply and sanitation programming.

This notification is submitted pursuant to sections 634A, 620K(d), and 620L(d) of the Foreign Assistance Act (FAA) of 1961, as amended; section 136 of the FAA to include the Senator Paul Simon Water for the World Act of 2014 (P.L. 113-289); sections 7015(c) and 7039(f) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2021 (P.L. 116-260, Division K) (SFOAA); and section 1004(b)(2) of the Taylor Force Act (P.L. 115-141, Division S, Title X). USAID intends to rely on notwithstanding authority in section 7058(a) of the FY 2021 SFOAA, as necessary and applicable.

**9**

Other requirements, such as the certification by the Secretary of State pursuant to section 7039(a) of the FY 2021 SFOAA and the submission of the ESF report required by section 7041(k)(1) of the FY 2021 SFOAA have been transmitted by the Department of State. USAID adheres to rigorous partner anti-terrorism vetting and certification, auditing, and monitoring procedures to help ensure that its assistance does not go to Hamas or other terrorist organizations.

**ECONOMIC SUPPORT FUND**.  Of the NOA included in the summary table above, notification is required for $75,000,000 because of the special notification requirements related to the West Bank and Gaza. Additional notification requirements also apply to those activities, as described and underlined below, because of the following: (1) substantive changes from the FY 2021 CBJ, marked by an asterisk (*); (2) ESF account level increase greater than 10 percent of the FY 2021 CBJ request level, being used for program areas outlined below; and (3) special notification requirements related to water supply and sanitation programming.

**\*Civil Society.**  This program area and related activities were not included in the FY 2021 CBJ. Civil society actors have the potential to serve as effective interlocutors between citizens and their government, and to promote transparent, inclusive, and responsive governance. USAID will build on current civil society programming to create a more active citizenry that holds public institutions accountable and contributes to improved living conditions and prosperity of citizens. Support will focus on increasing civic participation in decision-making, particularly targeting marginalized groups, including women. Activities will increase accountability and transparency of the public and private sectors; support democratic and prosperous living conditions; and support civil society organizations' (CSOs) efforts to improve responsive service provision.

Activities will elevate the voice of women to defend their rights and enhance their ability to combat gender-based violence (GBV). This will be done by working with CSOs that empower women and increase their role in public discourse, and through targeted support to private shelters that serve survivors of GBV.

The implementing partners are to be determined (likely via a competitively awarded grant or cooperative agreement).

**\*Other Public Health Threats.** This program area and related activities were not included in the FY 2021 CBJ. USAID will provide support to repay part of the debt owed to the East Jerusalem Hospital Network (EJHN). Assistance provided will be in accordance with the Taylor Force Act , including section 1004(b)(1)(A) which directly refers to EJHN. The Palestinian Authority (PA) has agreements with EJHN hospitals for reimbursement for services provided to Palestinian patients referred by the Palestinian Ministry of Health Referral Department. USAID is covering operating costs for Palestinian patients that EJHN serves, which is a critical need due to shortfalls caused by the PA's outstanding debts, which reached $90.8 million as of December 2021. This support comes at a crucial time, given the impact of COVID-19 on EJHN.

The implementing partner is the East Jerusalem Hospital Network.

**\*Water Supply and Sanitation.** This program area and related activities were not included in the FY 2021 CBJ. This funding is also subject to special notification requirements due to the West Bank and Gaza ranking outside of the top 50 neediest countries/areas on the water supply, sanitation and hygiene (WASH) Needs Index.

Increased sustainable access to clean water and collection and handling of wastewater continue to be significant challenges in both the West Bank and Gaza, causing environmental harm, risking human health, increasing tension within communities, and hindering economic growth. In Gaza, approximately 95 percent of piped water is unsafe for human consumption, and in the West Bank, over 70 percent of the wastewater is freely discharged into the environment with improper or no treatment, in many cases affecting both Palestinian and Israeli communities on either side of the border. To address these dire circumstances which threaten basic human survival, USAID will coordinate with municipal authorities, service providers, and other donors to ensure a comprehensive approach to providing improved and sustainable access to reliable, safe, and affordable water and sanitation services for Palestinian households, activities that are supported by the Government of Israel. Assistance will be implemented consistent with the Taylor Force Act.

USAID will support marginalized communities and poor households in Gaza through upgraded household connections, community outreach, and minor infrastructural development focusing on WASH. Priority efforts will: (1) ensure vulnerable households are adequately connected to water distribution networks and sanitation systems; and (2) increase emergency WASH preparedness interventions to mitigate and reduce stormwater and sewage flooding risks in vulnerable communities. Activities will increase quantities of safe water for households' domestic use; improve access of vulnerable households to sanitation services; and improve awareness of hygiene practices. Specific interventions could include installation of small-scale water connections and branches at the household level; connecting vulnerable households to sewage networks; minor, non-structural renovations to improve sanitation facilities for some households; and community education and skill building on good hygiene practices.

Funds may be used to rehabilitate deteriorating water/wastewater infrastructure, expand the capacity of existing networks, and improve reliability of service. USAID will address the insufficient treatment of wastewater in Palestinian communities where in some areas only about half of the wastewater is treated and the remaining flows untreated into nearby lands, including Israeli communities. Activities will improve and expand wastewater collection systems thereby mitigating environmental pollution, protecting underground water against contamination, and limiting the spread of water-borne diseases. USAID will particularly focus on transboundary water issues to promote cooperation and reduce conflict.  USAID may also provide support to improve the effective management of water resources in the Palestinian agricultural sector, specifically through the broader application of science and technology,

**11**

limiting the use of fertilizers and improving both the quantity and quality of water available for domestic and agricultural use.

The implementing partner is Global Communities and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

**\*Social Services.** This program area and related activities were not included in the FY 2021 CBJ. Palestinian youth lack opportunities and safe spaces to engage in community initiatives. USAID will continue the provision of vocational and life skills training opportunities to promote job placement and community engagement. Activities will provide a venue for youth to access a variety of programming, which will provide an alternative means of peaceful empowerment for at-risk youth. Interventions will target vulnerable and marginalized youth with core programming that engages adolescents in safe spaces. Programming will provide psychosocial support; life skills and referral to technical training; and opportunities to expand leadership and community engagement. Specific efforts may include media and information and communication technology training, career guidance, internships, civic education, and sports programs.

The implementing partner is Mercy Corps.

**\*Private Sector Productivity.** This program area and related activities were not included in the FY 2021 CBJ. USAID will continue support for Palestinian start-ups and small and medium enterprises  as they recover from the COVID-19 pandemic. Activities will aid their return to business and markets by providing assistance directly to firms. USAID will work through local private sector institutions, non-governmental organizations and business service providers to deliver specialized technical assistance to client firms. Activities will establish a collaborative private sector network to make catalytic use of USAID funding, drawing on the operating principles of the USAID Private Sector Engagement policy.  Additionally, USAID intends to work with leading organizations to facilitate an economic dialogue about recovery and revitalization of the economy.

Activities will further support the private sector through digital economy and market development interventions.  USAID will identify constraints and opportunities to ensure broader access to the digital economy following the development of a Systems Analytic Framework for the Digital Economy in the West Bank and Gaza. USAID will work with the Palestinian private sector to implement recommendations that enable Palestinian businesses to safely participate in digital economy activities. In addition, USAID will explore opportunities to work with the private sector to support sustainable, clean energy initiatives that promote greater economic efficiencies.

The implementing partner is DAI Global, LLC; and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

4

**12**

**\*Workforce Development.** This program area and related activities were not included in the FY 2021 CBJ. Youth unemployment in the West Bank and Gaza remains consistently high, with approximately 63 percent of Palestinian graduates of higher education unemployed.  Many young people lack the necessary skills demanded by local and global markets. USAID-supported activities will equip male and female youth with life and employment skills to prepare them for the job market, provide career guidance and on-the-job training through internships in the private sector, and provide support for entrepreneurs.

USAID will develop and modernize technical training programs in the West Bank and Gaza by building the capacity of Technical Vocational Education Training (TVET) institutions to meet the market demand, modernize training modules, link them with the private sector/service providers, and establish feedback loops. Despite low enrollment in TVET, there is a high demand for technicians in the West Bank and Gaza, and Israel. In partnership between non-governmental TVET institutions and private sector firms and service providers, USAID will improve the relevance of TVET programs to meet market needs, develop apprenticeship programs, and improve the employability skills of TVET students. The activity will  increase public awareness about the importance of TVET for the development of the local economy and potential job opportunities for youth.  USAID will introduce green skills to enable youth to consider the effects of climate change and introduce mitigation and adaptation measures in the industrial/service sector in which they work.

The implementing partner is Mercy Corps; and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

**\*Protection, Assistance and Solutions.** This program area and related activities were not included in the FY 2021 CBJ.  USAID will continue to provide rapid relief and a path for vulnerable populations to become more self-reliant by providing basic commodities and increasing employment opportunities. USAID will continue to build the absorptive and management capacity of local organizations to respond rapidly and effectively to humanitarian situations, including crisis situations. Activities may include short-term employment, internship and apprenticeship programs;  entrepreneurship training; start-up grants for entrepreneurs; and support to existing small businesses through small capital grants. USAID may also provide food and non-food vouchers to help needy families in the short term, in coordination with other donor-funded activities. Activities will be structured to benefit a broad range of groups, including women and youth.

The implementing partner is Catholic Relief Services (CRS).

**\*Disaster Readiness.** This program area and related activities were not included in the FY 2021 CBJ.  USAID will continue to build resilience and preparedness in marginalized communities in Gaza by increasing their capacity to respond to and mitigate emergencies related to water and

sanitation.  Activities may improve stormwater drainage in low-lying areas that experience chronic flooding and support the development of community emergency preparedness committees and awareness campaigns.  Funds may also be used to address other emergency needs in vulnerable communities to improve household health or related outcomes.

The implementing partner is Global Communities.

**SUPPLEMENTARY DATA SHEET**
USAID-managed assistance and Department of State-managed assistance is summarized on the attached supplementary data sheet.

## Supplementary Data Sheet - West Bank and Gaza, FY 2021 ($000s)

### Total USAID and State Managed Programs

|  | Sum of Accounts |
|---|---|
| **TOTAL FY 2020 Initial Actual** | 75,000 |
| **TOTAL FY 2021 Request** | - |
| **TOTAL FY 2021 Estimate** | 76,275 |

### USAID Managed Programs, Prior Year Initial Actual, Current Year Request and Estimates by Area and Account

|  | Sum of Accounts | ESF |
|---|---|---|
| **TOTAL FY 2020 Initial Actual** | 75,000 | 75,000 |
| **TOTAL FY 2021 Request** | - | - |
| **TOTAL FY 2021 Estimate** | 75,000 | 75,000 |
| **PS.6 Conflict Mitigation and Stabilization** | | |
| FY 2020 Initial Actual | 75,000 | 75,000 |
| **DR.4 Civil Society** | | |
| FY 2021 Estimate | 7,500 | 7,500 |
| **HL.5 Other Public Health Threats** | | |
| FY 2021 Estimate | 15,500 | 15,500 |
| **HL.8 Water Supply and Sanitation** | | |
| FY 2021 Estimate | 21,100 | 21,100 |
| **EG.5 Private Sector Productivity** | | |
| FY 2021 Request | 12,000 | 12,000 |
| **EG.6 Workforce Development** | | |
| FY 2021 Estimate | 6,600 | 6,600 |
| **HA.1 Protection, Assistance and Solutions** | | |
| FY 2021 Estimate | 6,500 | 6,500 |
| **HA.2 Disaster Readiness** | | |

7

**15**

| | | |
|---|---|---|
| FY 2021 Estimate | 600 | 600 |
| **PO.1 Program Design and Learning** | | |
| FY 2021 Estimate | [1,150] | [1,150] |
| **PO.2 Administration and Oversight** | | |
| FY 2021 Estimate | [6,000] | [6,000] |

8

# EXHIBIT C



United States Department of State

*Washington, D.C. 20520*

MAY 0 3 2018

The Honorable
Bob Corker, Chairman
Committee on Foreign Relations
United States Senate
Washington, DC  20510

Dear Mr. Chairman:

Please find enclosed a report on criteria the Secretary will use to determine whether assistance
for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for
purposes of the Taylor Force Act (Title X, Div. S, P.L. 115-141).  This report is being submitted
pursuant to section 1004(f)(1) of the Taylor Force Act.

We hope this information will be helpful.  Please let us know if we can be of further assistance.

Sincerely

Mary K. Waters
Assistant Secretary
Legislative Affairs

Enclosure:
     As stated.

**18**

UNCLASSIFIED

**Report Pursuant to Section 1004(f)(1) of the Taylor Force Act**

Section 1004(f)(1) of the Taylor Force Act (Title X, Div. S, P.L. 115-141) provides:

> Not later than 15 days after the date of the enactment of the Taylor Force Act, the Secretary of State shall submit to the appropriate congressional committees a list of the criteria that the Secretary uses to determine whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for purposes of carrying out this section.

This report fulfills the reporting requirement in that provision.

<u>List of Criteria</u>

The Secretary will use criteria such as the following when determining whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority.

- *The intended primary beneficiary or end user of the assistance.*

- *Whether the Palestinian Authority is the direct recipient of the assistance.*

- *Whether the assistance involves payment to Palestinian Authority creditors.*

- *The extent of ownership or control the Palestinian Authority exerts over an entity or individual that is the primary beneficiary or end user of the assistance.*

- *Whether the assistance or services provided directly replace assistance or services provided by the Palestinian Authority.*

UNCLASSIFIED



United States Department of State

*Washington, D.C. 20520*

MAY 0 3 2018

The Honorable
Robert Menendez
Committee on Foreign Relations
United States Senate
Washington, DC  20510

Dear Senator Menendez:

Please find enclosed a report on criteria the Secretary will use to determine whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for purposes of the Taylor Force Act (Title X, Div. S, P.L. 115-141).  This report is being submitted pursuant to section 1004(f)(1) of the Taylor Force Act.

We hope this information will be helpful.  Please let us know if we can be of further assistance.

Sincerely

Mary K. Waters
Assistant Secretary
Legislative Affairs

Enclosure:
    As stated.

**20**



United States Department of State

*Washington, D.C. 20520*

MAY 0 3 2018

The Honorable
Edward R. Royce, Chairman
Committee on Foreign Affairs
House of Representatives
Washington, DC  20515

Dear Mr. Chairman:

Please find enclosed a report on criteria the Secretary will use to determine whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for purposes of the Taylor Force Act (Title X, Div. S, P.L. 115-141).  This report is being submitted pursuant to section 1004(f)(1) of the Taylor Force Act.

We hope this information will be helpful.  Please let us know if we can be of further assistance.

Sincerely

Mary K. Waters
Assistant Secretary
Legislative Affairs

Enclosure:
       As stated.

**21**



United States Department of State

*Washington, D.C. 20520*

MAY 0 3 2018

The Honorable
Eliot L. Engel
Committee on Foreign Affairs
House of Representatives
Washington, DC  20515

Dear Mr. Engel:

Please find enclosed a report on criteria the Secretary will use to determine whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for purposes of the Taylor Force Act (Title X, Div. S, P.L. 115-141).  This report is being submitted pursuant to section 1004(f)(1) of the Taylor Force Act.

We hope this information will be helpful.  Please let us know if we can be of further assistance.

Sincerely

Mary K. Waters
Assistant Secretary
Legislative Affairs

Enclosure:
        As stated.

**22**



United States Department of State

*Washington, D.C. 20520*

MAY 0 3 2018

The Honorable
Richard Shelby, Chairman
Committee on Appropriations
United State Senate
Washington, DC  20510

Dear Mr. Chairman:

Please find enclosed a report on criteria the Secretary will use to determine whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for purposes of the Taylor Force Act (Title X, Div. S, P.L. 115-141).  This report is being submitted pursuant to section 1004(f)(1) of the Taylor Force Act.

We hope this information will be helpful.  Please let us know if we can be of further assistance.

Sincerely

Mary K. Waters
Assistant Secretary
Legislative Affairs

Enclosure:
    As stated.

**23**



United States Department of State

*Washington, D.C. 20520*

MAY 0 3 2018

The Honorable
Patrick J. Leahy, Vice Chairman
Committee on Appropriations
United States Senate
Washington, DC  20510

Dear Mr. Vice Chairman:

Please find enclosed a report on criteria the Secretary will use to determine whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for purposes of the Taylor Force Act (Title X, Div. S, P.L. 115-141).  This report is being submitted pursuant to section 1004(f)(1) of the Taylor Force Act.

We hope this information will be helpful.  Please let us know if we can be of further assistance.

Sincerely

Mary K. Waters
Assistant Secretary
Legislative Affairs

Enclosure:
    As stated.

**24**



United States Department of State

*Washington, D.C. 20520*

MAY 0 3 2018

The Honorable
Lindsey O. Graham, Chairman
Subcommittee on State, Foreign Operations,
        and Related Programs,
Committee on Appropriations
United States Senate
Washington, DC  20510

Dear Mr. Chairman:

Please find enclosed a report on criteria the Secretary will use to determine whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for purposes of the Taylor Force Act (Title X, Div. S, P.L. 115-141).  This report is being submitted pursuant to section 1004(f)(1) of the Taylor Force Act.

We hope this information will be helpful.  Please let us know if we can be of further assistance.

                    Sincerely

                    Mary K. Waters
                    Assistant Secretary
                    Legislative Affairs

Enclosure:
        As stated.

**25**



United States Department of State

*Washington, D.C. 20520*

MAY 0 3 2018

The Honorable
Rodney Frelinghuysen, Chairman
Committee on Appropriations
House of Representatives
Washington, DC  20515

Dear Mr. Chairman:

Please find enclosed a report on criteria the Secretary will use to determine whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for purposes of the Taylor Force Act (Title X, Div. S, P.L. 115-141).  This report is being submitted pursuant to section 1004(f)(1) of the Taylor Force Act.

We hope this information will be helpful.  Please let us know if we can be of further assistance.

Sincerely

Mary K. Waters
Assistant Secretary
Legislative Affairs

Enclosure:
    As stated.

**26**



United States Department of State

*Washington, D.C. 20520*

MAY 0 3 2018

The Honorable
Nita M. Lowey
Committee on Appropriations
House of Representatives
Washington, DC  20515

Dear Ms. Lowey:

Please find enclosed a report on criteria the Secretary will use to determine whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for purposes of the Taylor Force Act (Title X, Div. S, P.L. 115-141).  This report is being submitted pursuant to section 1004(f)(1) of the Taylor Force Act.

We hope this information will be helpful.  Please let us know if we can be of further assistance.

Sincerely

Mary K. Waters
Assistant Secretary
Legislative Affairs

Enclosure:
        As stated.

**27**



United States Department of State

*Washington, D.C. 20520*
MAY 0 3 2018

The Honorable
Harold D. Rogers, Chairman
Subcommittee on State, Foreign Operations,
    and Related Programs
Committee on Appropriations
House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

Please find enclosed a report on criteria the Secretary will use to determine whether assistance
for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for
purposes of the Taylor Force Act (Title X, Div. S, P.L. 115-141).  This report is being submitted
pursuant to section 1004(f)(1) of the Taylor Force Act.

We hope this information will be helpful.  Please let us know if we can be of further assistance.

Sincerely

Mary K. Waters
Assistant Secretary
Legislative Affairs

Enclosure:
    As stated.

**28**