UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____
                                            )
RONNY L. JACKSON, *et al.*          )
                                            )
           Plaintiffs,    )
v.                                 )    No. 2:22-cv-241
                                            )
JOSEPH R. BIDEN, JR *et al.*         )
                                            )
           Defendants.   )
_____)

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

This case comes before the Court upon Defendant's Motion to Dismiss under Federal Rule of Civil Procedure 12. Upon consideration of Defendant's motion, it is hereby **ORDERED** as following:

Defendant's Motion to Dismiss is **GRANTED**, and accordingly,

This case is **DISMISSED.**

Done and ordered in Amarillo, Texas, this _____ day of _____, 2023.

                                                        _____
                                                        HON. MATTHEW J. KACSMARYK
                                                        UNITED STATES DISTRICT JUDGE