IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | 2:22-CV-241-Z |

## ORDER

Before the Court is Defendants' Consent Motion for Leave to File Briefs with Extended Page Limits and for a Revised Briefing Schedule (ECF No. 19), filed on April 4, 2023. Having considered the Motion, the Court **GRANTS** the Motion. It is hereby **ORDERED** that the parties shall comply with the following:

- Defendants' brief in support of its motion to dismiss Plaintiff's complaint shall not exceed 40 pages;
- Plaintiffs' response in opposition to Defendants' motion to dismiss shall not exceed 40 pages;
- Defendants' reply in support of its motion to dismiss shall not exceed 20 pages;
- Plaintiffs shall respond to Defendants' motion to dismiss by May 15, 2023; and
- Defendants shall reply to Plaintiffs' response in opposition by June 5, 2023.

**SO ORDERED.**

April 12, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE