UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | No. 2:22-cv-241 |
| ) | |
| JOSEPH R. BIDEN, JR *et al.* ) | |
| ) | |
| Defendants. ) | |

**SECOND CONSENT MOTION FOR A REVISED BRIEFING SCHEDULE**

Pursuant to Local Rules 7.1(e), (f), & 7.2(c), Plaintiffs, with Defendants' consent, move for this Court to revise the current briefing schedule to allow Plaintiffs an additional seven days to respond to Defendants' motion and Defendants an additional fourteen days for their reply.

1. Plaintiffs' Complaint challenges the Defendants' ongoing aid to the West Bank and Gaza in alleged violation of the Taylor Force Act, Pub. L. 115–141, div. S, title X, 132 Stat. 1143 (Mar. 3, 2018).

2. Defendants have moved to dismiss.

3. Plaintiffs' current deadline to respond is May 15, 2023. Defendants' current deadline to reply is June 5, 2023.

4. To accommodate Plaintiffs' counsel, the parties request an enlargement of time. Under our proposal, Plaintiffs' deadline to respond to Defendants' motion will be **May 22, 2023**, and Defendants' deadline to reply to Plaintiffs' opposition will be **June 20, 2023**.

5. The parties thank the Court for its consideration of this request.

Dated: May 4, 2023

                                          Respectfully submitted,

/s/ *Reed D. Rubinstein*
D.C. Bar No. 400153
reed.rubinstein@aflegal.org
America First Legal Foundation
300 Independence Ave. S.E.
Washington, D.C. 20003
(202) 964-3721
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Reed D. Rubinstein*
REED D. RUBINSTEIN
Counsel for Plaintiffs

**CERTIFICATE OF CONFERENCE**

I certify that on May 4, 2023, the undersigned counsel conferred with counsel for Defendants regarding this motion pursuant to Local Civil Rule 7.1. Defendants consent to Plaintiffs' motion.

　　　　　　　　　　　　　　　　　　*/s/ Reed D. Rubinstein*
　　　　　　　　　　　　　　　　　　REED D. RUBINSTEIN