IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | 2:22-CV-241 |

## ORDER

Before the Court is Plaintiffs' Consent Motion for a Revised Briefing Schedule ("Motion") (ECF No. 22), filed on May 4, 2023. This is the parties' second such motion. Having considered the unopposed Motion and relevant law, the Court **GRANTS** the Motion. Plaintiffs shall respond to Defendant's motion to dismiss (ECF No. 20) on or before **May 22, 2023**. Defendants shall reply by **June 20, 2023**.

**SO ORDERED**.

May 9, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE