UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.* )<br>)<br>Plaintiffs )<br>v. )<br>)<br>JOSEPH R. BIDEN, JR *et al.* )<br>)<br>Defendants. )<br>) | No. 2:22-cv-241 |

**[Proposed] Order Granting Unopposed Motion for Extension of Time**

Upon consideration of Defendants' Unopposed Motion for Extension of Time, it is HEREBY ORDERED that the Motion is GRANTED and Defendants' deadline to reply to Plaintiffs' opposition is EXTENDED by 7 days to June 27, 2023.

SO ORDERED, this [ ] day of June, 2023.

_____
Matthew J. Kacsmaryk
United States District Court Judge