IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RONNY L. JACKSON, *et al.*,

    Plaintiffs,

v.

JOSEPH R. BIDEN, JR., *et al.*,

    Defendants.

2:22-CV-241-Z

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to file a reply brief in support of their Motion to Dismiss (ECF No. 20) ("Motion"), filed June 12, 2023. ECF No. 25. Having considered the unopposed Motion and relevant law, the Court **GRANTS** the Motion. Defendants shall file their reply brief on or before **June 27, 2023**.

**SO ORDERED.**

June 16, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE