IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION

DR. RONNY JACKSON, STUART and
ROBBI FORCE, and SARRI SINGER,

        *Plaintiffs*,

v.                                                    Case No. 2:22-CV-00241-Z

JOSEPH R. BIDEN, JR., et al,

        *Defendants*.
_____/

## (DRAFT) ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT EXPEDITED AND LIMITED JURISDICTIONAL DISCOVERY

Plaintiffs have filed a motion for leave to conduct expedited and limited jurisdictional discovery on the question of traceability.

The motion is hereby **GRANTED.**

The Court **ORDERS** that Plaintiffs may conduct jurisdictional discovery of facts bearing on the increased risk of harm from Palestinian terrorism allegedly caused by the Defendants' ESF assistance to the West Bank and Gaza. This includes but is not limited to discovery regarding the Defendants' knowledge regarding the direct and indirect benefits of such assistance to the Palestinian Authority and to Foreign Terrorist Organizations operating within its jurisdiction or under its control, and the reasons for and circumstances of the Department of State's request for a license from the Office of Foreign Asset Control.

The Court further **ORDERS** that such discovery shall include:

    a. A combined total of no more than ten (10) interrogatories and document requests, including subparts.

    b. A Rule 30(b)(6) deposition of a designated representative of the Department of State.

    c. A deposition of Andrew Weinschenk, the Director of the Department of State Office of Threat Finance Countermeasures.

    d. A deposition of George Knoll, the Chief of the Department of State's Office of Palestinian Affairs.

The Court further **ORDERS** the parties to meet, confer, and submit an agreed discovery schedule to the Court on or before **September 15, 2023**.

The Court further **ORDERS** that all discovery shall be completed on or before **December 1, 2023**.

The Court further **ORDERS** that the parties shall file joint status reports updating their progress with the Clerk on **October 1, 2023,** and **November 1, 2023**.

**SO ORDERED.**

September ___, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE