## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

|  |  |  |
|---|---|---|
| RONNY L. JACKSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 2:22-cv-241 |
| | ) | |
| JOSEPH R. BIDEN, JR *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Brad P. Rosenberg, Special Counsel at the U.S. Department of Justice, Civil Division, Federal

Programs Branch, hereby enters his appearance as counsel of record for Defendants in the above-

captioned matter.

Dated: August 31, 2023                    Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General

                                          DIANE KELLEHER
                                          Assistant Director

                                          */s/ Brad P. Rosenberg*
                                          BRAD P. ROSENBERG (DC Bar # 467513)
                                          Special Counsel
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street NW
                                          Washington, DC 20005
                                          (202) 514-3374
                                          brad.rosenberg@usdoj.gov
                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I electronically filed this Notice of Appearance with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Brad P. Rosenberg
BRAD P. ROSENBERG
Special Counsel
U.S. Department of Justice