UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.* | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:22-cv-00241-Z |
| JOSEPH R. BIDEN, JR *et al.* | )<br>) |
| Defendants. | )<br>)<br>) |

**[PROPOSED] ORDER**

This Court hereby denies Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery (ECF No. 28). IT IS SO ORDERED.

_____
Matthew J. Kacsmaryk
United States District Judge

_____
Date