IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.*, | |
| Plaintiffs, | |
| v. | 2:22-CV-241-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to Conduct Expedited and Limited Jurisdictional Discovery ("Motion") (ECF No. 28), filed on August 23, 2023. Plaintiffs claim a recent production of records shows that the Government knew its ESF funding in the West Bank and Gaza was benefitting Palestinian terrorists, thereby "increasing the risk of terrorist attacks against the Plaintiffs and others similarly situated." *Id.* at 1. And they aver that the Government's "admission that its activities in the West Bank and Gaza benefit Hamas suggests, with reasonable particularity, the possible existence of other facts, currently hidden, establishing traceability." *Id.* at 2. Thus, they request "expedited and limited jurisdictional discovery." *Id.*

These reasons, in concert with Hamas's recent attack on Israel that killed fourteen Americans and resulted in others being held hostage, provide a sufficient basis for Plaintiffs' request. Accordingly, the Motion is **GRANTED**.

**SO ORDERED.**

October 10, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE