## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.* | |
| *Plaintiffs,* | Case. No.: 2:22-cv-241 |
| v. | |
| JOSEPH R. BIDEN, JR, *et al.* | |
| *Defendants.* | |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Michael Ding, Counsel at America First Legal Foundation, hereby enters his appearance as counsel for the Plaintiffs in the above-captioned matter.

Dated: November 13, 2023

Respectfully submitted,

*/s/ Michael Ding*

MICHAEL DING (TX Bar 24129788)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
(202) 964-3721
michael.ding@aflegal.org

*Counsel for the Plaintiffs*