IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | 2:22-CV-241-Z |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Answer ("Motion") (ECF No. 39), filed February 12, 2024. On February 2, 2024, this Court entered a decision granting (in part) Defendants' motion to dismiss. ECF No. 38. Accordingly, Defendants' Answer to Plaintiffs' Complaint is currently due on February 16, 2024. *See* FED. R. CIV. P. 12(a)(4)(A) (responsive pleading due 14 days after court denies a motion to dismiss). Simultaneously, Plaintiffs' counsel has informed Defendants that Plaintiffs "are contemplating the filing of an Amended Complaint" that will not be available for review until "early March." *Id.*

Having found that good cause exists, the Court **GRANTS** the Motion. Defendants are hereby **ORDERED** to answer **on or before April 16, 2024**.

**SO ORDERED**.

February **14**, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE