IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION

_____
DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

    Plaintiffs,

       v.

JOSEPH R. BIDEN, JR., in his official           No. 2:22-cv-00241-Z
capacity as the President of the United States,
and ANTONY BLINKEN, in his official capacity
as the United States Secretary of State,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND RESET THE ANSWER DEADLINE**

Before the Court is the Plaintiffs' Motion for Leave to File a First Amended Complaint and Reset the Answer Deadline. After due consideration of the Motion, the Court finds that it should be and is hereby **GRANTED**, and the Clerk of Court is **ORDERED** to file the First Amended Complaint on the Docket. Furthermore, the Defendants are **ORDERED** to answer on or before May __, 2024.

    **SO ORDERED**.

    March __, 2024

                                           _____
                                           MATTHEW J. KACSMARYK
                                           UNITED STATES DISTRICT JUDGE