IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.*, | |
| Plaintiffs, | |
| v. | 2:22-CV-241-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to File a First Amended Complaint and Reset the Answer Deadline ("Motion") (ECF No. 41), filed March 22, 2024. Plaintiffs request "leave to file a First Amended Complaint and to reset the deadline for the Defendants to file their responsive pleading to 45 days after it is filed." *Id.* at 1. In support, they point to Federal Rule of Civil Procedure 15(a)(2) and *Sells v. Corely*, No. 2:20-CV-12-Z-BQ, 2020 WL 4035177, at *2 (N.D. Tex. July 16, 2020) (Kacsmaryk, J.).

Having reviewed the Motion and relevant law, the Court **GRANTS** the Motion. The Clerk is **ORDERED** to file the First Amended Complaint, attached to the Motion as ECF No. 41-1. Furthermore, the Court **GRANTS** Defendants **forty-five days thereafter** to answer or otherwise plead.

**SO ORDERED**.

March 25, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE