**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

_____    §
        *Plaintiff*        §
                                §
                                §
        v.               §    Case No. _____
                                §
                                §
_____    §
        *Defendant*      §

## **APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____
(Street Address)

_____   _____   _____
(City)                               (State)            (Zip Code)

_____   _____
(Telephone No.)                        (Fax No.)

**II.**     Applicant will sign all filings with the name _____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

                           (List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____, where Applicant regularly practices law.

Bar license number:_____     Admission date:_____

> For Court Use Only.
> Bar StatusVerified:
>
> _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

Court:                                   Admission Date:                          Active or Inactive:

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:           Case No. And Style:

_____     _____

_____     _____

_____     _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____

(Street Address)

_____     _____     _____

(City)                                                      (State)                    (Zip Code)

_____     _____

(Telephone No.)                                          (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the       day of_____, _____.


_____

Printed Name of Applicant

*Christopher Mills*
_____

Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

| Jurisdiction | Date Admitted | Bar Number |
|---|---|---|
| US Supreme Court | 11/13/2018 | |
| Second Circuit | 5/21/2014 | |
| Fourth Circuit | 4/22/2015 | |
| Fifth Circuit | 11/18/2021 | |
| Sixth Circuit | 2/16/2021 | |
| Seventh Circuit | 10/2/2020 | |
| Ninth Circuit | 12/23/2013 | |
| Tenth Circuit | 9/18/2020 | |
| Eleventh Circuit | 11/23/2021 | |
| DC Circuit | 11/15/2013 | 55109 |
| Federal Circuit | 6/6/2014 | |
| Federal District Court, District of South Carolina | 2/19/2021 | 13432 |
| Federal District Court, District of Columbia | 7/29/2021 | SC0008 |
| District of Columbia | 7/11/2014 | 1021558 |
| South Carolina | 9/16/2013 | 101050 |

All current and active.

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Christopher Ernest Mills (Christopher Ernest Mills) was duly sworn and admitted as an attorney in this state on September 16, 2013 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
_____
CLERK

Columbia, South Carolina

March 26, 2024

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.