IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.*, | |
| Plaintiffs, | |
| v. | 2:22-CV-241-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 44), filed March 26, 2024. Christopher Mills represents that he has read — and will comply with — both *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. And Mr. Mills has obtained local counsel pursuant to Local Rule 83.10. Accordingly, the Application is **GRANTED**.

**SO ORDERED**.

March 28, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE