UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |
|---|---|
| RONNY L. JACKSON, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:22-cv-241 |
| JOSEPH R. BIDEN, JR., *et al.* | ) |
| Defendants. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Civil Rule 83.12(b), please take notice that Daniel Schwei, Special Counsel at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for Defendants in the above-captioned matter, in substitution for Brad P. Rosenberg. Mr. Schwei's contact information is set forth below.

Dated: May 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

ALEXANDER K. HAAS
*Director*

<u>/s/ Daniel Schwei</u>
DANIEL SCHWEI (N.Y. Bar # 4901336)
*Special Counsel*
SAMUEL REBO
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 305-8693
daniel.s.schwei@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2024, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                                                 */s/ Daniel Schwei*
                                                                                 DANIEL SCHWEI
                                                                                  U.S. Department of Justice