UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |
|---|---|
| RONNY L. JACKSON, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 2:22-cv-241 |
| ) | |
| JOSEPH R. BIDEN, JR *et al.* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants respectfully move to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). The reasons for this Motion are set forth in the Memorandum in Support of the Motion to Dismiss as well as the supplemental appendix filed separately. A proposed order is filed concurrently herewith.

Dated: May 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

ALEXANDER K. HAAS
*Director*

DANIEL SCHWEI
*Special Counsel*

*/s/ Samuel Rebo*
SAMUEL REBO (DC Bar # 1780665)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-6582
Samuel.a.rebo@usdoj.gov

*Counsel for Defendants*