UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:22-cv-241 |
| JOSEPH R. BIDEN, JR *et al.* | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

This case comes before the Court upon Defendants' Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1). Upon consideration of Defendants' motion, it is hereby **ORDERED** as following:

Defendants' Motion to Dismiss is **GRANTED**, and accordingly,

This case is **DISMISSED.**

Done and ordered in Amarillo, Texas, this _____ day of _____, 2024.

_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE