**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

RONNY L. JACKSON, *et al.*

Plaintiffs,

v.

JOSEPH R. BIDEN, JR., *et al.*

Defendants.

No. 2:22-cv-241

**SUPPLEMENTAL APPENDIX TO DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

**CONTENTS**


| Description | Appendix Page Number |
| --- | --- |
| U.S. Agency for Int'l Dev., FY2022 Program Narrative (Jun. 20, 2023) (Exhibit D) | 29 |


Dated: May 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

ALEXANDER K. HAAS
*Director*

DANIEL SCHWEI
*Special Counsel*

/s/ Samuel Rebo

SAMUEL REBO (DC Bar # 1780665)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-6582
Samuel.a.rebo@usdoj.gov
*Counsel for Defendants*

# EXHIBIT D

**CN #170**
**June 20, 2023**

**UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT**
**PROGRAM NARRATIVE**

**PROGRAM:** West Bank and Gaza

**APPROPRIATIONS ACCOUNT:** Economic Support Fund (ESF)

**FY 2022/2023 OBLIGATION:** $219,000,000

**TOTAL:** $219,000,000

| New Obligation Authority ($000s) | 2021 Actual | 2022 CBJ Request | 2022 Estimate |
|---|---|---|---|
| TOTAL | 75,000 | 185,000 | 219,000 |
| Economic Support Fund | 75,000 | 185,000 | 219,000 |

This narrative describes programs that USAID/West Bank and Gaza (WBG) intends to carry out using FY 2022 new obligation authority (NOA). Of this NOA, notification is required for $219,000,000 due to special notification requirements related to <u>the West Bank and Gaza</u>. Additional notification requirements also apply to those activities, <u>as described and underlined below</u>, because of the following: (1) substantive changes from the FY 2022 Congressional Budget Justification (CBJ), marked by an asterisk(*); (2) ESF account level increase greater than 10 percent of the FY 2022 CBJ request level, being used for program areas as described in the account narrative and quantified in the Supplementary Data Sheet; and (3) special notification requirements related to water supply and sanitation, Gender Equity and Equality Action (GEEA) Fund, and higher education programming.

This notification is submitted pursuant to sections 634A, 620K(d), and 620L(d) of the Foreign Assistance Act (FAA) of 1961, as amended; section 136 of the FAA to include the Senator Paul Simon Water for the World Act of 2014 (P.L. 113-289); and sections 7015(c), 7015(h)(2)(G), 7039(f), and 7060(a)(2) of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2022 (P.L. 117-103, Division K) (SFOAA)).

USAID may rely on notwithstanding authority in section 7058(a) of the FY 2022 SFOAA, as necessary and applicable.

Other requirements including the certification by the Secretary of State pursuant to section 7039(a) of the FY 2022 SFOAA and the submission of the ESF assistance report required by

section 7041(l)(2) of the FY 2022 SFOAA, have been transmitted by the Department of State. USAID adheres to rigorous partner anti-terrorism vetting and certification, auditing, and monitoring procedures to help ensure that its assistance does not go to Hamas or other terrorist organizations.

**ECONOMIC SUPPORT FUND**. Of the NOA included in the summary table above, notification is required for $219,000,000 because of the special notification requirements related to the West Bank and Gaza. Additional notification requirements also apply to those activities, as described, and underlined below, because of the following: (1) substantive changes from the FY 2022 CBJ, marked by an asterisk (*); (2) ESF account level increase greater than 10 percent of the FY 2022 CBJ request level, being used for program areas outlined below; and (3) special notification requirements related to water supply and sanitation, Gender Equity and Equality Action (GEEA) Fund, and higher education programming. A portion of programs in this notification will rely on 7060(h) authority. Assistance will be implemented consistent with the Taylor Force Act.

***Political Competition and Consensus-Building.** This program area and related activities were not included in the FY 2022 CBJ. USAID empowers those outside the Palestinian Authority (PA) power structure to lead Palestinians toward peace and development, elevating moderate voices within local communities in the West Bank and Gaza. Palestinian legislative elections have not been held since 2006. To position the United States to support the democratic aspirations of the Palestinian people and ensure that Palestinian civic actors and changemakers will be at the forefront of a political transition, funds will be used to promote democratic values, electoral integrity, and peaceful political processes. USAID activities will strategically pilot and apply evidence-based approaches to strengthen civic education and democratic culture so that emerging Palestinian leaders have the vision and skills to meet complex challenges. Efforts may be targeted to specific local areas or on a broader scale. Training and technical assistance will break down barriers to political participation among women, youth, rural populations, and other marginalized groups and promote an enabling environment for genuine competition. USAID activities will incorporate interventions that support consensus-building and political processes that reduce the risk of conflict during political transitions, furthering the United States' commitment to strengthen democracy globally.

The implementing partner(s) to be determined (likely via a competitively awarded grant or cooperative agreement).

**Civil Society.** A portion of this funding is subject to special notification related to the GEEA Fund. Civil society takes on the important role of advocating on behalf of citizens regarding issues that affect their lives. Civil society actors promote transparent, inclusive, and responsive governance. Activities will build on current civil society programming to create a more active citizenry that holds public institutions accountable and contributes to improved livelihoods and prosperity of citizens. Support will focus on increasing civic participation in decision-making, particularly by marginalized groups, including women. Activities seek to increase accountability and transparency of the public and private sectors; support democratic and prosperous living conditions; and support civil society organization (CSO) efforts to improve responsive service

provision. USAID activities will more intentionally focus on the role of women in civil society and on how civil society can increase the leadership potential of women within Palestinian society. Funds will be used to launch a program aligned with USAID's Gender Equality and Women's Empowerment policy, which maintains that advancement for women can improve democratic structures, economic growth, and community development. The goal of the program is to contribute to women's empowerment in the West Bank and Gaza by increasing women's access to leadership opportunities in public and private sectors and enhancing the enabling environment to be more receptive for women's participation in decision making. Interventions will include, but will not be limited to, holding the public sector accountable to improve institutional frameworks, processes, and legislative and administrative decision-making policies; building the capacity and confidence of professional women in civil society; and strengthening public awareness and advocacy around women's issues. Interventions will empower youth to engage in civic life by supporting organizations dedicated to underserved and at-risk youth, and target marginalized communities in the West Bank that have witnessed increased violence and unrest.

The implementing partners are Global Communities and Mercy Corps, and additional partners to be determined (likely via a competitively awarded grant or cooperative agreement).

**Other Public Health Threats.** During President Biden's 2022 visit to Israel and the West Bank, the President announced a commitment of up to $100 million, subject to the availability of funds, to support the lifesaving care provided by the East Jerusalem Hospital Network (EJHN), which provides tertiary care for patients referred by the Palestinian Ministry of Health (PMOH) and for patients from East Jerusalem. The amount of $14.5 million in FY 2021 funds of this commitment was delivered in the fall of 2022 in the form of debt relief. USAID will provide $20 million in FY 2022 funds to repay part of the debt owed to EJHN. Assistance provided will be in compliance with the Taylor Force Act, including section 1004(b)(1)(A) which directly refers to debt relief for EJHN. The PA has agreements with the EJHN hospitals for reimbursement of services provided to Palestinian patients referred by the PMOH. USAID funds will cover operating costs for Palestinian patients that EJHN serves, which is a critical need due to shortfalls caused by the PA's outstanding debts, which reached $102.27 million as of December 31, 2022.

In addition to debt relief, funds will provide technical assistance, capital improvements, and capacity building to help EJHN hospitals become more self-reliant while responding to developmental needs. The total funds for FY 2022 in EJHN support would amount to approximately $42 million in total USAID assistance towards the President's $100 million pledge to support the lifesaving care provided by the EJHN. USAID support will increase the hospitals' liquidity and support investment in capital and operational programs that strengthen the long-term financial viability of the network. Funds may be used to provide capital improvements or equipment purchases to expand services or introduce new services while increasing quality and efficiency. Funds may also provide technical assistance to develop human capital or additional capabilities that improve the efficiency and economic return of health services.

The implementing partner is East Jerusalem Hospital Network and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

***Water Supply and Sanitation.** This program area and related activities are subject to special notification requirements due to the West Bank and Gaza ranking outside of the top 50 neediest countries/areas on the water supply, sanitation, and hygiene (WASH) Needs Index. Increased, sustainable access to clean water and collection and handling of wastewater continue to be significant challenges in both the West Bank and Gaza, causing environmental harm, risking human health, increasing tension within and between communities, and hindering economic growth. Palestinians in the West Bank face high domestic water deficits and unreliable, intermittent water service, with most communities receiving water for a few hours every week or every few weeks. Gaza is experiencing "absolute water scarcity" according to international standards, and 97 percent of the water is unfit for human consumption. There is free discharge of 25 million cubic meters of untreated wastewater into the environment each year, which ends up in the Mediterranean Sea and infiltrates the Coastal Aquifer, polluting these two critical transboundary water resources, and wastes millions of cubic meters of water that could be used for agriculture.

To address dire circumstances and help prevent a water crisis in the region, USAID activities coordinate with local authorities, service providers, and other donors to ensure a comprehensive approach to provision of WASH services for Palestinian communities. USAID funds will rehabilitate deteriorating water/wastewater networks, expand the capacity of existing networks, and improve reliability of access. Funds will address the insufficient treatment of wastewater in Palestinian communities that contribute to water scarcity, climate impacts, and economic constraints. Efforts to increase the collection and treatment of wastewater by local service providers will result in treated wastewater being available for irrigation and replenishment of water sources, such as Gaza's Coastal Aquifer. Activities may include, but will not be limited to, the installation of transmission lines to transport treated wastewater via existing treatment plants to cultivated lands; installation of treated wastewater distribution systems; and development of pump stations, recovery wells, or a basin. USAID activities will also assess and design water and wastewater interventions that could be undertaken in the future by USAID or another donor, given USAID's expertise leadership among international donors in the WASH sector. All tasks will be completed by USAID's contractors, and no funds will be provided directly to any local service provider.

Water supply challenges in the West Bank are exacerbated by inadequate water management; unreliable and degraded infrastructure; and unsustainable water use practices and trends, which result in the loss of millions of cubic meters of water each year - this could be 34 percent of water on average but can reach 40 percent to 50 percent in some areas. To reduce these losses and ameliorate regional water insecurity, USAID will support local service providers (water utilities) in the southern West Bank to address water management issues. Funds will strengthen the capacity of the water utilities by designing and implementing customized capacity-building plans, including the assessment and management of climate

risks. Along with tailored technical assistance, funds will improve water distribution efficiency by implementing strategic infrastructure repairs, rehabilitation, and upgrades to increase the quantity, reliability, and equity of water allocations. Activities will also raise public awareness to promote responsible water use practices in the face of climate impacts.

Support will be provided by USAID implementing partners, with the intended beneficiaries being the Palestinian people who rely on local service provision.

The implementing partner is AECOM and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

***Basic Education.** This program area and related activities were not included in the FY 2022 CBJ. USAID's basic education programming will support non-governmental education providers, such as private or not-for-profit schools and kindergartens.

USAID activities will improve quality and accessibility of pre-primary education for kindergarten students enrolled in non-governmental schools, which improves the likelihood that children will be on track developmentally, not drop out or repeat grades, and be more likely to graduate. Funds will also increase accessibility of non-formal education for children in grades one through six through the provision of remedial and supplementary education in non-governmental schools. Remedial education will help marginalized students who have fallen behind, to catch up to their peers and to stay on track, thereby reducing grade repetition and dropouts and increasing school completion. Remedial education will also ameliorate the learning loss in foundational skills caused by the COVID-19 pandemic and ongoing conflict. USAID activities will work through informal means to help smooth grade transition and prevent children from dropping out of school or engaging in negative coping behaviors. This could include, but would not be limited to, access to mental health services to address chronic stress and trauma, as these can impact brain development, learning, and health and increase the likelihood of aggressive behavior. All interventions will target the most vulnerable Palestinian children including conflict-affected, low-income, Bedouin, children with disabilities, refugees, and West Bank residents in Area C. USAID will support these vulnerable children and youth to catch up in schools, stay on track, develop critical life skills, and eventually achieve positive lifelong educational and psychosocial wellbeing and positive job outcomes. The planned activity is aligned with the USAID Basic Education Policy, Global THRIVE Act, and Sustainable Development Goal 4 (inclusive access to quality education).

Additionally, youth in grades seven through twelve will benefit from supplemental learning opportunities to complement their school education in a non-formal setting. This support will improve their academic performance. Priority areas of the informal education program will include English language, math, science and technology, life and work readiness, and career guidance. As required to complement USAID's planned assistance in these areas, USAID may provide capital improvements to education facilities to expand access, including for children with disabilities.

The implementing partner is Mercy Corps and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

***Higher Education.** Funding for higher education activities is subject to special notification. Palestinian youth face high unemployment rates and a constrained economic environment. Building on previous programs, USAID activities will develop life skills and work readiness training opportunities to promote job placement and community engagement for youth in the West Bank and Gaza. Through career centers previously developed by earlier USAID programs, USAID activities will provide university students with career guidance services along with life skills training, internships, job fairs, and entrepreneurship support. USAID activities will also work with approximately 12 Technical Vocational Education Training (TVET) institutions across the West Bank, Gaza, and East Jerusalem, to improve their performance, make their facilities accessible, and develop relationships between the TVET institutions and the private sector. USAID activities will work with the target TVET institutions to improve management capacity, update and develop new market-driven training programs, and renovate or expand facilities to accommodate new training programs and make the facilities accessible for people with disabilities. Activities will also facilitate girls' enrollment in TVET programs and promote female leaders at the TVET institutions.

The implementing partners are IREX and Mercy Corps, and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

**Social Services.** A portion of funding in this program area is subject to special notification for the GEEA Fund. There is an increasingly growing lack of hope among Palestinian youth due to a lack of access to opportunities and basic services. USAID is directly addressing this issue by investing in Palestinian youth to increase opportunities and provide an alternative means of peaceful empowerment for at-risk youth. USAID's interventions will continue to target vulnerable and marginalized youth with core programming that supports, protects, prepares, and engages adolescents in safe spaces with particular attention to areas at high-risk of violence such as in Jenin and Nablus. Programming will provide psychosocial support, life skills, and referral to technical training, as well as opportunities to expand leadership and community engagement. As part of USAID's efforts to empower marginalized communities, activities will also address barriers to enable the participation of women in society and the economy, focusing on empowering them as local leaders in their communities and economies.

To respond to the increasing tensions in the West Bank, USAID will launch a Rapid Response mechanism to counter trends of spiraling violence and strengthen resilience in conflict-prone communities. Interventions may include, but will not be limited to, promoting alternate forms of livelihood; ensuring access to basic infrastructure and services; provision of psychosocial support; emergency preparedness; constructive activities for youth; and other interventions to mitigate the impacts of conflict and reduce the appeal of violent extremism. USAID may also pursue rapid polling and research to quickly inform its programmatic approach and increase its ability to pivot within a dynamic environment.

To continue to address the dire needs of poor and vulnerable households in Gaza, funds will help households to access basic needs and livelihoods while enhancing the resilience of targeted communities. USAID programs will provide a pathway for vulnerable populations to become more self-reliant by increasing income-generation opportunities, including for women, youth, and people with disabilities. Income generation could be achieved through job placement, apprenticeships, and access to capital for home-based businesses. Support may also include job training programs targeted to vulnerable groups. USAID may also provide vouchers or in-kind assistance to the most vulnerable households so that they can access food and other commodities or complete small repairs or upgrades at the household or community levels. USAID will support local organizations to help respond to community needs and develop resilient communities. As necessary, USAID may provide rapid relief in the event of an emergency.

The implementing partner is Mercy Corps and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

**Private Sector Productivity.** A portion of funding in this program area is subject to special notification related to the GEEA Fund. USAID will continue to support Palestinian small and medium enterprises to mitigate economic shocks and systemic constraints, in addition to developing interventions to promote trade facilitation, including at border crossings. Programming will be targeted to firms with the potential to increase market share and create employment opportunities. USAID's interventions will progress beyond economic recovery of firms to prioritize firm-level growth and an improved business-enabling environment. USAID will work through local private sector institutions, non-governmental organizations, and business service providers to deliver specialized technical assistance to client firms. Activities will establish a collaborative private sector network to make catalytic use of USAID funding, drawing on the operating principles of the USAID Private Sector Engagement Policy. Additionally, USAID will partner with private sector organizations to address systemic constraints to growth at the institutional and policy levels, building on the strong interest and demand in this sector. Investing in women is a key element to unlocking the economic potential of the West Bank and Gaza. As part of a comprehensive women's empowerment program, USAID will improve workplace institutional frameworks to ensure women have the protections and opportunities that allow them to contribute meaningfully to economic activities and become leaders in their respective sectors. USAID will also build the capacity and confidence of professional women to move into leadership positions by engaging institutions of higher education and the private sector.

USAID will continue to develop digital financial services capabilities in the West Bank and Gaza, which, with relatively modest investment, can accelerate the growth of the digital economy. By facilitating innovative partnerships between private sector stakeholders, USAID will overcome pain points that have slowed the development of the digital economy to date, with a specific focus on digital payment solutions. Extensive private sector engagement throughout this activity will drive the sustainability of all interventions and channel additional resources to amplify the impact of USAID's investment. The activity will conduct a series of interventions to

strengthen the digital payments sector and promote digital financial literacy, especially among underserved populations, including women, youth, the unbanked, and the underbanked.

The implementing partners are DAI Global, LLC, Palladium, AECOM and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

**Workforce Development.** Youth unemployment in the West Bank and Gaza remains high. The unemployment rate among youth (19-29) holding an intermediate diploma or higher was nearly 50 percent according to the Palestinian Central Bureau of Statistics Labor Force Survey in 2022. Many young people lack the necessary skills demanded by local and global markets. USAID-supported activities equip young men and women with life and employment skills to prepare them for the job market, provide career guidance and on-the-job training through internships in the private sector, and provide support for entrepreneurs. As part of USAID's effort to develop and modernize technical training programs, USAID will improve the ability of TVET programs to meet market needs. Activities will forge linkages between the TVET institutions and relevant private sector firms, providing apprenticeship opportunities and increasing employability for the TVET students and ensuring that the graduates produced by the program will have the skills needed in the private sector.

The implementing partners are Mercy Corps and IREX.

<u>***Adaptation.** This program area and related activities were not included in the FY 2022 CBJ.</u> Climate issues will have a significant impact on Palestinians, with many existing climate adaptation challenges in the West Bank and Gaza being water related. Climate models show that temperatures will increase and annual rainfalls will significantly decrease, both of which will have a negative impact on the quantity and quality of groundwater available to Palestinians. Funds will strengthen water resource management to efficiently manage limited resources and proactively assess and manage climate and weather risks. This could include development of a hydraulic model for select service providers to better understand water demand trends, and training for service providers to analyze and address climate risks as they prioritize WASH investments. Poor wastewater management exacerbates the effects of climate impacts. USAID will design and implement activities that eliminate the free discharge of untreated wastewater into the environment, thereby significantly reducing the volume and contamination of floodwaters and increasing the overall climate resilience of the sanitation system.

The West Bank and Gaza's agricultural sector is the most sensitive to the effects of climate impacts. As there are limited options to develop new water sources, the tension between domestic and agricultural water use will continue to grow; currently, agriculture uses almost 50 percent of the available fresh water. USAID activities will work with farmers to improve agricultural practices using a systems transformation approach for irrigation water systems. This will reduce the amount of water used for irrigation and limit the use of environmentally harmful inputs (fertilizers and pesticides) through the adoption of soil conservation practices. USAID activities will also improve the management of water resources by increasing the availability,

quality, and environmental resilience of drinking water supply sources. This may be done through a variety of tasks including technical assistance and physical upgrades to irrigation systems.

The implementing partner is AECOM and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

***Clean Energy.** This program area and related activities were not included in the FY 2022 CBJ. Developing and bolstering the utilization of clean energy in the West Bank and Gaza could contribute to increased economic productivity, reduced pollution, and improved health. Funds will be used to launch a pilot firm-level assistance program to help growing small and medium enterprises (SME) introduce critical equipment and systems that will enable them to use clean energy technologies and practices. This will include a comprehensive environmental assessment followed by implementation of the assessment's recommendations, with a cost-share by the private sector firm. Recommendations could include the introduction of new equipment to increase the use of renewable energy, improvement of end-use efficiency, reduction of carbon emissions, modified management of natural resources, and reinforcement of circular economy business practices. USAID will also provide incentives for SMEs to invest in clean energy solutions such as rooftop solar panel systems. Technical assistance will encourage the adoption of improved business practices for lowering emissions, monitoring energy consumption, and adapting to climate impacts. USAID programs will also advocate for policies and institutional reform to improve the enabling environment for clean energy investment.

Through programming to improve water management efficiency, USAID activities will prioritize the development of energy-efficient water distribution systems. This could include expanding the use of solar energy to power pumping stations and promoting the use of battery-powered smart meters in order to reduce emissions and reliance on fossil fuels. Additionally, USAID will support a shift to a modern water conservation irrigation scheme to reduce reliance on fossil fuel and protect limited water resources from contamination. USAID will promote the use of solar energy to provide electricity to irrigation systems and related facilities. As part of an overall effort to ensure USAID programs are utilizing clean energy to the maximum extent possible, funds may be used to develop, rehabilitate, or upgrade energy services for vital infrastructure, including private health clinics or private schools. Illustrative activities include, but will not be limited to, procurement and installation of backup energy supplies, installation of rooftop solar panels, and upgrades to improve energy efficiency and reduce commercial and physical losses.

The implementing partner is DAI Global, LLC and additional partners to be determined (likely via competitively awarded contracts/or cooperative agreements).

**Disaster Readiness.** USAID will continue to build resilience and preparedness in vulnerable communities in Gaza by increasing their capacity to respond to and mitigate emergencies related to water and sanitation. Activities will improve stormwater drainage in flood-prone areas, distribute pre-winterization kits, and implement flood prevention training sessions and

awareness campaigns. Funds may also be used to address other emergency needs in vulnerable communities to improve household health or related outcomes.

The implementing partner is Global Communities.

**SUPPLEMENTARY DATA SHEET**

USAID-managed assistance and Department of State-managed assistance is summarized on the attached supplementary data sheet.

## Supplementary Data Sheet - West Bank and Gaza, FY 2022 ($000s)

### Total USAID and State Managed Programs

| | Sum of Accounts |
|---|---|
| **TOTAL FY 2021 Initial Actual** | 76,275 |
| **TOTAL FY 2022 Request** | 219,000 |
| **TOTAL FY 2022 Estimate** | 260,000 |

### USAID Managed Programs, Prior Year Initial Actual, Current Year Request and Estimates by Area and Account

| | Sum of Accounts | ESF |
|---|---|---|
| **TOTAL FY 2021 Initial Actual** | 75,000 | 75,000 |
| **TOTAL FY 2022 Request** | 185,000 | 185,000 |
| **TOTAL FY 2022 Estimate** | 219,000 | 219,000 |
| **DR.2 Good Governance** | | |
| FY 2022 Request | 5,000 | 5,000 |
| **DR.3 Political Competition and Consensus-Building** | | |
| FY 2022 Estimate | 2,000 | 2,000 |
| **DR.4 Civil Society** | | |
| FY 2021 Initial Actual | 7,500 | 7,500 |
| FY 2022 Request | 10,000 | 10,000 |
| FY 2022 Estimate | 23,044 | 23,044 |
| **HL.5 Other Public Health Threats** | | |
| FY 2021 Initial Actual | 15,500 | 15,500 |
| FY 2022 Request | 25,000 | 25,000 |
| FY 2022 Estimate | 42,000 | 42,000 |
| **HL.8 Water Supply and Sanitation** | | |
| FY 2021 Initial Actual | 21,100 | 21,100 |
| FY 2022 Request | 25,000 | 25,000 |
| FY 2022 Estimate | 33,000 | 33,000 |
| **ES.1 Basic Education** | | |
| FY 2022 Estimate | 20,500 | 20,500 |
| **ES.2 Higher Education** | | |
| FY 2022 Request | 10,000 | 10,000 |
| FY 2022 Estimate | 7,000 | 7,000 |
| **ES.4 Social Services** | | |
| FY 2021 Initial Actual | 5,200 | 5,200 |
| FY 2022 Request | 10,000 | 10,000 |
| FY 2022 Estimate | 31,650 | 31,650 |
| **ES.5 Social Assistance** | | |
| FY 2022 Request | 5,000 | 5,000 |
| **EG.1 Macroeconomic Foundation for Growth** | | |

| | | |
|---|---|---|
| FY 2022 Request | 6,000 | 6,000 |
| **EG.2 Trade and Investment** | | |
| FY 2022 Request | 5,000 | 5,000 |
| **EG.5 Private Sector Productivity** | | |
| FY 2021 Initial Actual | 12,000 | 12,000 |
| FY 2022 Request | 32,000 | 32,000 |
| FY 2022 Estimate | 13,000 | 13,000 |
| **EG.6 Workforce Development** | | |
| FY 2021 Initial Actual | 6,600 | 6,600 |
| FY 2022 Request | 11,000 | 11,000 |
| FY 2022 Estimate | 6,000 | 6,000 |
| **EG.7 Modern Energy Services** | | |
| FY 2022 Request | 6,000 | 6,000 |
| **EG.9 Transport Services** | | |
| FY 2022 Request | 10,000 | 10,000 |
| **EG.11 Adaptation** | | |
| FY 2022 Estimate | 29,000 | 29,000 |
| **EG.12 Clean Energy** | | |
| FY 2022 Estimate | 10,000 | 10,000 |
| **HA.1 Protection, Assistance and Solutions** | | |
| FY 2021 Initial Actual | 6,500 | 6,500 |
| FY 2022 Request | 20,000 | 20,000 |
| **HA.2 Disaster Readiness** | | |
| FY 2021 Initial Actual | 600 | 600 |
| FY 2022 Request | 5,000 | 5,000 |
| FY 2022 Estimate | 1,806 | 1,806 |
| **PO.1 Program Design and Learning** | | |
| FY 2022 Estimate | [2,000] | [2,000] |
| **PO.2 Administration and Oversight** | | |
| FY 2022 Estimate | [10,300] | [10,300] |
| **PO.3 Evaluation** | | |
| FY 2022 Estimate | [1,200] | [1,200] |