IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

    Plaintiffs,

        v.

JOSEPH R. BIDEN, JR., in his official                         No. 2:22-cv-00241-Z
capacity as the President of the United States,
and ANTONY BLINKEN, in his official capacity
as the United States Secretary of State,

    Defendants.
_____/

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS**

    The Parties, by and through undersigned counsel, hereby move for a 7-day extension of time for the Plaintiffs to file their response to the Defendants' motion to dismiss and a 7-day extension for the Defendants to file their reply. For the reasons set forth below, good cause exists for granting this motion.

    On March 25, 2024, the Plaintiffs filed their First Amended Complaint. ECF No. 43. On May 9, 2024, the Defendants filed their Motion to Dismiss the Amended Complaint. ECF No. 49. Accordingly, the Plaintiffs' response to the Defendants' Motion to Dismiss is currently due on May 30, 2024, *see* Local Civil Rule 7.1(e) ("response and brief to an opposed motion must be filed within 21 days from the date the motion is filed"), and the Defendants' reply thereafter is due on June 13, 2024. *See* Local Civil Rule 7.1(f) ("a party who has filed an opposed motion may file a reply brief within 14 days from the date the response is filed").

The Parties have conferred and agreed that extending the Plaintiffs' deadline by 7 days to June 6, 2024, and extending the Defendants' deadline by an additional 7 days to June 27, 2024, is necessary to allow sufficient time for the Parties to fully address the issues in their briefs.

Dated: May 23, 2024                                                       Respectfully submitted,

/s/ *Michael Ding*                                                        BRIAN M. BOYNTON
REED D. RUBINSTEIN                                                        Principal Deputy Assistant Attorney
D.C. Bar No. 400153                                                       General
reed.rubinstein@aflegal.org
JULIE A. STRAUSS                                                          ALEXANDER K. HAAS
D.C. Bar No. 387262                                                       Director
julie.strauss@aflegal.org
MICHAEL DING                                                              DANIEL SCHWEI
Texas Bar No. 24129788                                                    Special Counsel
America First Legal Foundation
611 Pennsylvania Ave SE #231                                              /s/ *Samuel Rebo*
Washington, D.C. 20003                                                    SAMUEL REBO (DC Bar # 1780665)
(202) 964-3721                                                            Trial Attorney
*Counsel for the Plaintiffs*                                              United States Department of Justice
                                                                          Civil Division, Federal Programs
                                                                          Branch
                                                                          1100 L Street NW
                                                                          Washington, DC 20005
                                                                          (202) 514-4682
                                                                          samuel.a.rebo@usdoj.gov
                                                                          *Counsel for Defendants*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

    Plaintiffs,

        v.

JOSEPH R. BIDEN, JR., in his official                    No. 2:22-cv-00241-Z
capacity as the President of the United States,
and ANTONY BLINKEN, in his official capacity
as the United States Secretary of State,

    Defendants.
_____/

## [PROPOSED] ORDER

The Parties have jointly moved for a 7-day extension of time for the Plaintiffs' response to the Defendants' Motion to Dismiss and a 7-day extension of time for the Defendants to file their reply. The Plaintiffs' response is currently due on May 30, 2024, and the Defendants' reply is currently due on June 13, 2024. For good cause shown, including to allow the parties to fully address the issues in their briefs, the Parties' joint motion shall be, and hereby is, GRANTED. The Plaintiffs' response to the Defendants' Motion to Dismiss is now due on June 6, 2024, and the Defendants' reply is now due on June 27, 2024.

                                                                           _____
                                                                           Matthew J. Kacsmaryk
                                                                           United States District Judge

## CERTIFICATE OF CONFERENCE

I certify that on May 23, 2024, I conferred with the Defendants' counsel, who represented that the Defendants agree to this joint motion.

/s/ *Michael Ding*
Michael Ding
AMERICA FIRST LEGAL FOUNDATION

## CERTIFICATE OF SERVICE

I certify that on May 23, 2024, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of records.

/s/ *Michael Ding*
Michael Ding
AMERICA FIRST LEGAL FOUNDATION