# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |
|---|---|
| RONNY L. JACKSON, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 2:22-cv-241 |
| ) | |
| JOSEPH R. BIDEN, JR., *et al.* ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW SAMUEL REBO AS COUNSEL

Pursuant to Local Rule 83.12, Defendants respectfully move to withdraw Samuel Rebo of the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendants this case. Mr. Rebo's employment with the Civil Division will end effective July 1, 2024. Defendants will remain represented in this case by Daniel Schwei, who has previously appeared in this case. This withdrawal will not delay any proceedings.

A proposed order accompanies this motion.

## CERTIFICATE OF CONFERENCE

Counsel for Defendants conferred with Plaintiffs' counsel regarding this motion through email on June 28, 2024. Plaintiffs' counsel indicated that they do not oppose the relief requested in Defendants' motion.

Dated: June 28, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

DANIEL SCHWEI
*Special Counsel*

*/s/ Samuel Rebo*
SAMUEL REBO (DC Bar # 1780665)

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-6582
Samuel.a.rebo@usdoj.gov
*Counsel for Defendants*