# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS,
# AMARILLO DIVISION

_____
DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

        *Plaintiffs*,

    v.

JOSEPH R. BIDEN, JR., et al,                    Civil Action No. 2:22-cv-241-Z

        *Defendants*.
_____/

## **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Plaintiffs Dr. Ronny Jackson, Stuart and Robbi Force, and Sarri Singer, by and through counsel, and pursuant to Federal Rule of Civil Procedure 56(a) and Local Civil Rule 56, respectfully move this Court for partial summary judgment on the grounds that the Defendants' Economic Support Fund awards to Gaza and the West Bank violate the Taylor Force Act. First Amend. Compl. ¶ 111(f) and (g), ECF No. 43. There are no genuine issues of material fact, and the Plaintiffs are entitled to judgment as a matter of law. Each of the matters required by Local Civil Rule 56.3(a) are set forth in the accompanying Memorandum in Support.

    In support of this Motion, the Plaintiffs rely on the following:

1. Plaintiffs' Appendix in support, filed contemporaneously herewith;
2. Plaintiffs' First Amended Complaint, ECF No. 43;
3. Defendants' Answer, ECF No. 61; and
4. All further evidence necessary to support this Motion.

The Plaintiffs respectfully request the following relief against the Defendants, their agents, servants, employees, attorneys, and all persons and entities in active concert or participation with them, directly or indirectly:

1. A declaratory judgment setting aside the Defendants' Economic Support Fund obligations and awards listed in Exhibit 4, App. 63–95, that do not fall within the exceptions provided under 22 U.S.C. § 2378c-1(b)(1) as being in excess of statutory authority; and

2. A permanent injunction prohibiting Defendants from making all future Economic Support Fund obligations and awards funding programs, projects, and activities outside of the three enumerated exceptions specified in 22 U.S.C. § 2378c-1(b) and/or for which the Palestinian Authority is otherwise responsible are unlawful, unless and until such time as the Defendant Blinken can certify the Palestinian Authority is in compliance with 22 U.S.C. § 2378c-1(a)(1)(A)–(D).

Wherefore, the Plaintiffs respectfully request that judgment be entered in their favor and against the Defendants.

[signature page follows]

Respectfully submitted this 30th day of September, 2024,

/s/ *Michael Ding*
REED D. RUBINSTEIN
D.C. Bar No. 400153
reed.rubinstein@aflegal.org
JULIE A. STRAUSS
D.C. Bar No. 387262
julie.strauss@aflegal.org
MICHAEL DING
Texas Bar No. 24129788
michael.ding@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
(202) 964-3721
*Counsel for the Plaintiffs*

CHRISTOPHER E. MILLS
D.C. Bar No. 1021558
Spero Law LLC
557 East Bay St. #22251
Charleston, SC 29413
(843) 606-0640
cmills@spero.law
*Counsel to America First Legal Foundation*

CHRISTIAN D. STEWART
Texas Bar No. 24013569
Morgan Williamson LLP
701 S. Taylor, Suite 440, LB 103
Amarillo, TX 79101
(806) 358-8116
cstewart@mw-law.com
*Local Counsel for the Plaintiffs*

MORA NAMDAR
Texas Bar No. 24090288
Namdar Law PLLC
3811 Turtle Creek Blvd #275
Dallas, TX 75219
(972) 925-9061
mora@namdarlaw.com
*Counsel to America First Legal Foundation*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 30, 2024, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

<u>/s/ *Michael Ding*</u>
MICHAEL DING