**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

               *Plaintiffs,*

     v.

JOSEPH R. BIDEN, JR., et al,            Civil Action No. 2:22-cv-241-Z

              *Defendants.*

_____/

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR**

**PARTIAL SUMMARY JUDGMENT**

| Exhibit | | Description | Page(s) |
|---|---|---|---|
| 1 | | Declaration of Principles on Interim Self-Government Arrangements, Sept. 13, 1993, 32 I.L.M. 1525 (Oslo I Accord) | App. 5–23 |
| 2 | | Interim Agreement on the West Bank and the Gaza Strip, Sept. 28, 1995, 36 I.L.M. 551 (Oslo II Accord) | App. 24–55 |
| 3 | | Taylor Force Act, Pub. L. No. 115–141, 132 Stat. 1143 (Mar. 23, 2018) | App. 56–62 |
| 4 | | Economic Support Fund Awards in the West Bank and Gaza | App. 63–95 |
| | 4A | Economic Support Fund Awards in the West Bank and Gaza: Governance | App. 63–66 |

| 4B | Economic Support Fund Awards in the West Bank and Gaza: Basic Education and Culture | App. 67–70 |
| 4C | Economic Support Fund Awards in the West Bank and Gaza: Public Health | App. 71–72 |
| 4D | Economic Support Fund Awards in the West Bank and Gaza: Social Services | App. 73–75 |
| 4E | Economic Support Fund Awards in the West Bank and Gaza: Economic Development | App. 76–79 |
| 4F | Economic Support Fund Awards in the West Bank and Gaza: Infrastructure | App. 80–83 |
| 4G | Economic Support Fund Awards in the West Bank and Gaza: Security | App. 84–85 |
| 4H | Economic Support Fund Awards in the West Bank and Gaza: Taylor Force Exceptions | App. 86–88 |
| 4I | Economic Support Fund Awards in the West Bank and Gaza: Wastewater Projects FY 2023 | App. 89–91 |
| 4J | Economic Support Fund Awards in the West Bank and Gaza: Wastewater Projects FY 2022 | App. 92–93 |
| 4K | Economic Support Fund Awards in the West Bank and Gaza: Wastewater Projects FY 2021 | App. 94–95 |

Respectfully submitted this 30th day of September, 2024,

/s/ *Reed D. Rubinstein*
REED D. RUBINSTEIN
D.C. Bar No. 400153
reed.rubinstein@aflegal.org
JULIE A. STRAUSS
D.C. Bar No. 387262
julie.strauss@aflegal.org
MICHAEL DING
Texas Bar No. 24129788
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
(202) 964-3721
*Counsel for the Plaintiffs*


CHRISTOPHER E. MILLS
D.C. Bar No. 1021558
Spero Law LLC
557 East Bay St. #22251
Charleston, SC 29413
(843) 606-0640
cmills@spero.law
*Counsel to America First Legal
Foundation*

CHRISTIAN D. STEWART
Texas Bar No. 24013569
Morgan Williamson LLP
701 S. Taylor, Suite 440, LB 103
Amarillo, TX 79101
(806) 358-8116
cstewart@mw-law.com
*Local Counsel for the Plaintiffs*

MORA NAMDAR
Texas Bar No. 24090288
Namdar Law PLLC
3811 Turtle Creek Blvd #275
Dallas, TX 75219
(972) 925-9061
mora@namdarlaw.com
*Counsel to America First Legal
Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, I electronically filed the foregoing document through the Court's ECF system, which automatically serves notification of the filing on counsel for all parties.

/s/ *Michael Ding*
MICHAEL DING

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                   *Plaintiffs,*

      v.

JOSEPH R. BIDEN, JR., et al,                Civil Action No. 2:22-cv-241-Z

                   *Defendants.*

_____/

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**

# Exhibit 1

**UNITED
NATIONS**

**A S**

 **General Assembly
Security Council**

```
Distr.
GENERAL

A/48/486
S/26560
11 October 1993

ORIGINAL:  ENGLISH
```

GENERAL ASSEMBLY
Forty-eighth session
Agenda item 10
REPORT OF THE SECRETARY-GENERAL ON
  THE WORK OF THE ORGANIZATION

SECURITY COUNCIL
Forty-eighth year

Letter dated 8 October 1993 from the Permanent Representatives
of the Russian Federation and the United States of America to
the United Nations addressed to the Secretary-General


As co-sponsors of the peace process launched at Madrid in October 1991 and witnesses to the signing at Washington, D.C., on 13 September 1993 of the Declaration of Principles on Interim Self-Government Arrangements, including its Annexes, and its Agreed Minutes, by the Government of the State of Israel and the Palestine Liberation Organization, we have the honour to enclose the above document (see annex).

We would be grateful if you would have the present letter and its attachment circulated as an official document of the forty-eighth session of the General Assembly, under agenda item 10, and of the Security Council.


(Signed)  Madeleine K. ALBRIGHT
Ambassador
Permanent Representative
to the United Nations of the
United States of America

(Signed)  Yuliy M. VORONTSOV
Ambassador
Permanent Representative
to the United Nations of
the Russian Federation

App. 6

A/48/486
S/26560
English
Page 2


<u>Letter dated 8 October 1993 from the Permanent
Representative of Israel to the United Nations
addressed to the Secretary-General</u>


    I have the honour to enclose the Declaration of Principles on Interim Self-Government Arrangements, including its Annexes, and its Agreed Minutes, signed at Washington, D.C., on 13 September 1993 by the Government of the State of Israel and the Palestine Liberation Organization and witnessed by the United States of America and the Russian Federation (see annex).

    I would be grateful if you would have the present letter and its attachment circulated as an official document of the forty-eighth session of the General Assembly, under agenda item 10, and of the Security Council.


(<u>Signed</u>)  Gad YAACOBI
Ambassador
Permanent Representative


/...

App. 7

A/48/486
S/26560
English
Page 3

<u>Letter dated 8 October 1993 from the Permanent
Observer of Palestine to the United Nations
addressed to the Secretary-General</u>

I have the honour to enclose the Declaration of Principles on Interim Self-Government Arrangements, including its Annexes, and its Agreed Minutes, signed at Washington, D.C., on 13 September 1993 by the Government of the State of Israel and the Palestine Liberation Organization and witnessed by the United States of America and the Russian Federation (see annex).

I would be grateful if you would have the present letter and its attachment circulated as an official document of the forty-eighth session of the General Assembly, under agenda item 10, and of the Security Council.

(<u>Signed</u>)  Dr. Nasser AL-KIDWA
Permanent Observer of Palestine
to the United Nations

/...

App. 8

A/48/486
S/26560
English
Page 4


ANNEX

Declaration of Principles on Interim
Self-Government Arrangements


The Government of the State of Israel and the PLO team (in the Jordanian-
Palestinian delegation to the Middle East Peace Conference) (the "Palestinian
Delegation"), representing the Palestinian people, agree that it is time to put
an end to decades of confrontation and conflict, recognize their mutual
legitimate and political rights, and strive to live in peaceful coexistence and
mutual dignity and security and achieve a just, lasting and comprehensive peace
settlement and historic reconciliation through the agreed political process.
Accordingly, the two sides agree to the following principles:


Article I

AIM OF THE NEGOTIATIONS

The aim of the Israeli-Palestinian negotiations within the current Middle
East peace process is, among other things, to establish a Palestinian Interim
Self-Government Authority, the elected Council (the "Council"), for the
Palestinian people in the West Bank and the Gaza Strip, for a transitional
period not exceeding five years, leading to a permanent settlement based on
Security Council resolutions 242 (1967) and 338 (1973).  It is understood that
the interim arrangements are an integral part of the whole peace process and
that the negotiations on the permanent status will lead to the implementation of
Security Council resolutions 242 (1967) and 338 (1973).


Article II

FRAMEWORK FOR THE INTERIM PERIOD

The agreed framework for the interim period is set forth in this
Declaration of Principles.


Article III

ELECTIONS

1.   In order that the Palestinian people in the West Bank and Gaza Strip may
govern themselves according to democratic principles, direct, free and general
political elections will be held for the Council under agreed supervision and
international observation, while the Palestinian police will ensure public
order.

2.   An agreement will be concluded on the exact mode and conditions of the
elections in accordance with the protocol attached as Annex I, with the goal of
holding the elections not later than nine months after the entry into force of
this Declaration of Principles.

/...

App. 9

A/48/486
S/26560
English
Page 5

3.   These elections will constitute a significant interim preparatory step toward the realization of the legitimate rights of the Palestinian people and their just requirements.


## Article IV

### JURISDICTION

     Jurisdiction of the Council will cover West Bank and Gaza Strip territory, except for issues that will be negotiated in the permanent status negotiations. The two sides view the West Bank and the Gaza Strip as a single territorial unit, whose integrity will be preserved during the interim period.


## Article V

### TRANSITIONAL PERIOD AND PERMANENT STATUS NEGOTIATIONS

1.   The five-year transitional period will begin upon the withdrawal from the Gaza Strip and Jericho area.

2.   Permanent status negotiations will commence as soon as possible, but not later than the beginning of the third year of the interim period, between the Government of Israel and the Palestinian people's representatives.

3.   It is understood that these negotiations shall cover remaining issues, including:  Jerusalem, refugees, settlements, security arrangements, borders, relations and cooperation with other neighbours, and other issues of common interest.

4.   The two parties agree that the outcome of the permanent status negotiations should not be prejudiced or preempted by agreements reached for the interim period.


## Article VI

### PREPARATORY TRANSFER OF POWERS AND RESPONSIBILITIES

1.   Upon the entry into force of this Declaration of Principles and the withdrawal from the Gaza Strip and the Jericho area, a transfer of authority from the Israeli military government and its Civil Administration to the authorized Palestinians for this task, as detailed herein, will commence.  This transfer of authority will be of a preparatory nature until the inauguration of the Council.

2.   Immediately after the entry into force of this Declaration of Principles and the withdrawal from the Gaza Strip and Jericho area, with the view to promoting economic development in the West Bank and Gaza Strip, authority will be transferred to the Palestinians in the following spheres:  education and culture, health, social welfare, direct taxation and tourism.  The Palestinian side will commence in building the Palestinian police force, as agreed upon.

/...

```
A/48/486
S/26560
English
Page 6
```

Pending the inauguration of the Council, the two parties may negotiate the transfer of additional powers and responsibilities, as agreed upon.

## Article VII

### INTERIM AGREEMENT

1.   The Israeli and Palestinian delegations will negotiate an agreement on the interim period (the "Interim Agreement").

2.   The Interim Agreement shall specify, among other things, the structure of the Council, the number of its members, and the transfer of powers and responsibilities from the Israeli military government and its Civil Administration to the Council.   The Interim Agreement shall also specify the Council's executive authority, legislative authority in accordance with Article IX below, and the independent Palestinian judicial organs.

3.   The Interim Agreement shall include arrangements, to be implemented upon the inauguration of the Council, for the assumption by the Council of all of the powers and responsibilities transferred previously in accordance with Article VI above.

4.   In order to enable the Council to promote economic growth, upon its inauguration, the Council will establish, among other things, a Palestinian Electricity Authority, a Gaza Sea Port Authority, a Palestinian Development Bank, a Palestinian Export Promotion Board, a Palestinian Environmental Authority, a Palestinian Land Authority and a Palestinian Water Administration Authority and any other Authorities agreed upon, in accordance with the Interim Agreement, that will specify their powers and responsibilities.

5.   After the inauguration of the Council, the Civil Administration will be dissolved, and the Israeli military government will be withdrawn.

## Article VIII

### PUBLIC ORDER AND SECURITY

In order to guarantee public order and internal security for the Palestinians of the West Bank and the Gaza Strip, the Council will establish a strong police force, while Israel will continue to carry the responsibility for defending against external threats, as well as the responsibility for overall security of Israelis for the purpose of safeguarding their internal security and public order.

## Article IX

### LAWS AND MILITARY ORDERS

1.   The Council will be empowered to legislate, in accordance with the Interim Agreement, within all authorities transferred to it.

/...

A/48/486
S/26560
English
Page 7

2.   Both parties will review jointly laws and military orders presently in force in remaining spheres.


<u>Article X</u>

JOINT ISRAELI-PALESTINIAN LIAISON COMMITTEE

In order to provide for a smooth implementation of this Declaration of Principles and any subsequent agreements pertaining to the interim period, upon the entry into force of this Declaration of Principles, a Joint Israeli-Palestinian Liaison Committee will be established in order to deal with issues requiring coordination, other issues of common interest and disputes.


<u>Article XI</u>

ISRAELI-PALESTINIAN COOPERATION IN ECONOMIC FIELDS

Recognizing the mutual benefit of cooperation in promoting the development of the West Bank, the Gaza Strip and Israel, upon the entry into force of this Declaration of Principles, an Israeli-Palestinian Economic Cooperation Committee will be established in order to develop and implement in a cooperative manner the programmes identified in the protocols attached as Annex III and Annex IV.


<u>Article XII</u>

LIAISON AND COOPERATION WITH JORDAN AND EGYPT

The two parties will invite the Governments of Jordan and Egypt to participate in establishing further liaison and cooperation arrangements between the Government of Israel and the Palestinian representatives, on the one hand, and the Governments of Jordan and Egypt, on the other hand, to promote cooperation between them.  These arrangements will include the constitution of a Continuing Committee that will decide by agreement on the modalities of admission of persons displaced from the West Bank and Gaza Strip in 1967, together with necessary measures to prevent disruption and disorder.  Other matters of common concern will be dealt with by this Committee.


<u>Article XIII</u>

REDEPLOYMENT OF ISRAELI FORCES

1.   After the entry into force of this Declaration of Principles, and not later than the eve of elections for the Council, a redeployment of Israeli military forces in the West Bank and the Gaza Strip will take place, in addition to withdrawal of Israeli forces carried out in accordance with Article XIV.

2.   In redeploying its military forces, Israel will be guided by the principle that its military forces should be redeployed outside populated areas.

/...

App. 12

```
A/48/486
S/26560
English
Page 8
```

3.    Further redeployments to specified locations will be gradually implemented commensurate with the assumption of responsibility for public order and internal security by the Palestinian police force pursuant to Article VIII above.


Article XIV

ISRAELI WITHDRAWAL FROM THE GAZA STRIP AND JERICHO AREA

    Israel will withdraw from the Gaza Strip and Jericho area, as detailed in the protocol attached as Annex II.


Article XV

RESOLUTION OF DISPUTES

1.    Disputes arising out of the application or interpretation of this Declaration of Principles, or any subsequent agreements pertaining to the interim period, shall be resolved by negotiations through the Joint Liaison Committee to be established pursuant to Article X above.

2.    Disputes which cannot be settled by negotiations may be resolved by a mechanism of conciliation to be agreed upon by the parties.

3.    The parties may agree to submit to arbitration disputes relating to the interim period, which cannot be settled through conciliation.  To this end, upon the agreement of both parties, the parties will establish an Arbitration Committee.


Article XVI

ISRAELI-PALESTINIAN COOPERATION CONCERNING REGIONAL PROGRAMMES

    Both parties view the multilateral working groups as an appropriate instrument for promoting a "Marshall Plan", the regional programmes and other programmes, including special programmes for the West Bank and Gaza Strip, as indicated in the protocol attached as Annex IV.


Article XVII

MISCELLANEOUS PROVISIONS

1.    This Declaration of Principles will enter into force one month after its signing.

2.    All protocols annexed to this Declaration of Principles and Agreed Minutes pertaining thereto shall be regarded as an integral part hereof.

/...

A/48/486
S/26560
English
Page 9

DONE at Washington, D.C., this thirteenth day of September 1993.

For the Government of Israel:                    For the PLO:

(<u>Signed</u>)  Shimon PERES                    (<u>Signed</u>)  Mahmud ABBAS

Witnessed By:

The United States of America                     The Russian Federation

(<u>Signed</u>)  Warren CHRISTOPHER                (<u>Signed</u>)  Andrei V. KOZYREV

/...

A/48/486
S/26560
English
Page 10

ANNEX I

<u>Protocol on the Mode and Conditions of Elections</u>

1.    Palestinians of Jerusalem who live there will have the right to participate in the election process, according to an agreement between the two sides.

2.    In addition, the election agreement should cover, among other things, the following issues:

    (a)  The system of elections;

    (b)  The mode of the agreed supervision and international observation and their personal composition;

    (c)  Rules and regulations regarding election campaigns, including agreed arrangements for the organizing of mass media, and the possibility of licensing a broadcasting and television station.

3.    The future status of displaced Palestinians who were registered on 4 June 1967 will not be prejudiced because they are unable to participate in the election process owing to practical reasons.

/...

A/48/486
S/26560
English
Page 11

ANNEX II

### Protocol on Withdrawal of Israeli Forces
### from the Gaza Strip and Jericho Area

1.   The two sides will conclude and sign within two months from the date of entry into force of this Declaration of Principles an agreement on the withdrawal of Israeli military forces from the Gaza Strip and Jericho area. This agreement will include comprehensive arrangements to apply in the Gaza Strip and the Jericho area subsequent to the Israeli withdrawal.

2.   Israel will implement an accelerated and scheduled withdrawal of Israeli military forces from the Gaza Strip and Jericho area, beginning immediately with the signing of the agreement on the Gaza Strip and Jericho area and to be completed within a period not exceeding four months after the signing of this agreement.

3.   The above agreement will include, among other things:

(a)  Arrangements for a smooth and peaceful transfer of authority from the Israeli military government and its Civil Administration to the Palestinian representatives;

(b)  Structure, powers and responsibilities of the Palestinian authority in these areas, except:  external security, settlements, Israelis, foreign relations and other mutually agreed matters;

(c)  Arrangements for the assumption of internal security and public order by the Palestinian police force consisting of police officers recruited locally and from abroad (holding Jordanian passports and Palestinian documents issued by Egypt).  Those who will participate in the Palestinian police force coming from abroad should be trained as police and police officers;

(d)  A temporary international or foreign presence, as agreed upon;

(e)  Establishment of a joint Palestinian-Israeli Coordination and Cooperation Committee for mutual security purposes;

(f)  An economic development and stabilization programme including the establishment of an Emergency Fund, to encourage foreign investment and financial and economic support.  Both sides will coordinate and cooperate jointly and unilaterally with regional and international parties to support these aims;

(g)  Arrangements for a safe passage for persons and transportation between the Gaza Strip and Jericho area.

/...

A/48/486
S/26560
English
Page 12

4.   The above agreement will include arrangements for coordination between both parties regarding passages:

    (a)  Gaza - Egypt;

    (b)  Jericho - Jordan.

5.   The offices responsible for carrying out the powers and responsibilities of the Palestinian authority under this Annex II and Article VI of the Declaration of Principles will be located in the Gaza Strip and in the Jericho area pending the inauguration of the Council.

6.   Other than these agreed arrangements, the status of the Gaza Strip and Jericho area will continue to be an integral part of the West Bank and Gaza Strip, and will not be changed in the interim period.

/...

A/48/486
S/26560
English
Page 13

ANNEX III

<u>Protocol on Israeli-Palestinian Cooperation
in Economic and Development Programmes</u>


The two sides agree to establish an Israeli-Palestinian Continuing Committee for Economic Cooperation, focusing, among other things, on the following:

1.    Cooperation in the field of water, including a Water Development Programme prepared by experts from both sides, which will also specify the mode of cooperation in the management of water resources in the West Bank and Gaza Strip, and will include proposals for studies and plans on water rights of each party, as well as on the equitable utilization of joint water resources for implementation in and beyond the interim period.

2.    Cooperation in the field of electricity, including an Electricity Development Programme, which will also specify the mode of cooperation for the production, maintenance, purchase and sale of electricity resources.

3.    Cooperation in the field of energy, including an Energy Development Programme, which will provide for the exploitation of oil and gas for industrial purposes, particularly in the Gaza Strip and in the Negev, and will encourage further joint exploitation of other energy resources.  This Programme may also provide for the construction of a petrochemical industrial complex in the Gaza Strip and the construction of oil and gas pipelines.

4.    Cooperation in the field of finance, including a Financial Development and Action Programme for the encouragement of international investment in the West Bank and the Gaza Strip, and in Israel, as well as the establishment of a Palestinian Development Bank.

5.    Cooperation in the field of transport and communications, including a Programme, which will define guidelines for the establishment of a Gaza Sea Port Area, and will provide for the establishing of transport and communications lines to and from the West Bank and the Gaza Strip to Israel and to other countries.  In addition, this Programme will provide for carrying out the necessary construction of roads, railways, communications lines, etc.

6.    Cooperation in the field of trade, including studies, and Trade Promotion Programmes, which will encourage local, regional and interregional trade, as well as a feasibility study of creating free trade zones in the Gaza Strip and in Israel, mutual access to these zones and cooperation in other areas related to trade and commerce.

7.    Cooperation in the field of industry, including Industrial Development Programmes, which will provide for the establishment of joint Israeli-Palestinian Industrial Research and Development Centres, will promote Palestinian-Israeli joint ventures, and provide guidelines for cooperation in the textile, food, pharmaceutical, electronics, diamonds, computer and science-based industries.

/...

A/48/486
S/26560
English
Page 14

8.   A Programme for cooperation in, and regulation of, labour relations and cooperation in social welfare issues.

9.   A Human Resource Development and Cooperation Plan, providing for joint Israeli-Palestinian workshops and seminars, and for the establishment of joint vocational training centres, research institutes and data banks.

10.  An Environmental Protection Plan, providing for joint and/or coordinated measures in this sphere.

11.  A Programme for developing coordination and cooperation in the field of communications and media.

12.  Any other programmes of mutual interest.

/...

A/48/486
S/26560
English
Page 15

ANNEX IV

Protocol on Israeli-Palestinian Cooperation
concerning Regional Development Programmes

1.   The two sides will cooperate in the context of the multilateral peace efforts in promoting a Development Programme for the region, including the West Bank and the Gaza Strip, to be initiated by the Group of Seven.  The parties will request the Group of Seven to seek the participation in this Programme of other interested States, such as members of the Organisation for Economic Cooperation and Development, regional Arab States and institutions, as well as members of the private sector.

2.   The Development Programme will consist of two elements:

    (a)  An Economic Development Programme for the West Bank and the Gaza Strip;

    (b)  A Regional Economic Development Programme.

    A.   The Economic Development Programme for the West Bank and the Gaza Strip will consist of the following elements:

        (1)   A Social Rehabilitation Programme, including a Housing and Construction Programme;

        (2)   A Small and Medium Business Development Plan;

        (3)   An Infrastructure Development Programme (water, electricity, transportation and communications, etc.);

        (4)   A Human Resources Plan;

        (5)   Other programmes.

    B.   The Regional Economic Development Programme may consist of the following elements:

        (1)   The establishment of a Middle East Development Fund, as a first step, and a Middle East Development Bank, as a second step;

        (2)   The development of a joint Israeli-Palestinian-Jordanian Plan for coordinated exploitation of the Dead Sea area;

        (3)   The Mediterranean Sea (Gaza) - Dead Sea Canal;

        (4)   Regional desalinization and other water development projects;

        (5)   A regional plan for agricultural development, including a coordinated regional effort for the prevention of desertification;

/...

A/48/486
S/26560
English
Page 16

      (6)   Interconnection of electricity grids;

      (7)   Regional cooperation for the transfer, distribution and industrial exploitation of gas, oil and other energy resources;

      (8)   A Regional Tourism, Transportation and Telecommunications Development Plan;

      (9)   Regional cooperation in other spheres.

3.   The two sides will encourage the multilateral working groups and will coordinate towards their success.  The two parties will encourage inter-sessional activities, as well as pre-feasibility and feasibility studies, within the various multilateral working groups.

/...

A/48/486
S/26560
English
Page 17

<u>Agreed Minutes to the Declaration of Principles
on Interim Self-Government Arrangements</u>

A.  GENERAL UNDERSTANDINGS AND AGREEMENTS

Any powers and responsibilities transferred to the Palestinians pursuant to the Declaration of Principles prior to the inauguration of the Council will be subject to the same principles pertaining to Article IV, as set out in these Agreed Minutes below.

B.  SPECIFIC UNDERSTANDINGS AND AGREEMENTS

<u>Article IV</u>

It is understood that:

1.   Jurisdiction of the Council will cover West Bank and Gaza Strip territory, except for issues that will be negotiated in the permanent status negotiations: Jerusalem, settlements, military locations and Israelis.

2.   The Council's jurisdiction will apply with regard to the agreed powers, responsibilities, spheres and authorities transferred to it.

<u>Article VI (2)</u>

It is agreed that the transfer of authority will be as follows:

1.   The Palestinian side will inform the Israeli side of the names of the authorized Palestinians who will assume the powers, authorities and responsibilities that will be transferred to the Palestinians according to the Declaration of Principles in the following fields:  education and culture, health, social welfare, direct taxation, tourism and any other authorities agreed upon.

2.   It is understood that the rights and obligations of these offices will not be affected.

3.   Each of the spheres described above will continue to enjoy existing budgetary allocations in accordance with arrangements to be mutually agreed upon.  These arrangements also will provide for the necessary adjustments required in order to take into account the taxes collected by the direct taxation office.

4.  Upon the execution of the Declaration of Principles, the Israeli and Palestinian delegations will immediately commence negotiations on a detailed plan for the transfer of authority on the above offices in accordance with the above understandings.

/...

A/48/486
S/26560
English
Page 18

### Article VII (2)

The Interim Agreement will also include arrangements for coordination and cooperation.

### Article VII (5)

The withdrawal of the military government will not prevent Israel from exercising the powers and responsibilities not transferred to the Council.

### Article VIII

It is understood that the Interim Agreement will include arrangements for cooperation and coordination between the two parties in this regard.  It is also agreed that the transfer of powers and responsibilities to the Palestinian police will be accomplished in a phased manner, as agreed in the Interim Agreement.

### Article X

It is agreed that, upon the entry into force of the Declaration of Principles, the Israeli and Palestinian delegations will exchange the names of the individuals designated by them as members of the Joint Israeli-Palestinian Liaison Committee.  It is further agreed that each side will have an equal number of members in the Joint Committee.  The Joint Committee will reach decisions by agreement.  The Joint Committee may add other technicians and experts, as necessary.  The Joint Committee will decide on the frequency and place or places of its meetings.

### ANNEX II

It is understood that, subsequent to the Israeli withdrawal, Israel will continue to be responsible for external security, and for internal security and public order of settlements and Israelis.  Israeli military forces and civilians may continue to use roads freely within the Gaza Strip and the Jericho area.

DONE at Washington, D.C., this thirteenth day of September 1993.

For the Government of Israel:                    For the PLO:

(Signed)  Shimon PERES                           (Signed)  Mahmud ABBAS

Witnessed By:

The United States of America                     The Russian Federation

(Signed)  Warren CHRISTOPHER                     (Signed)  Andrei V. KOZYREV

-----

App. 23

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                 *Plaintiffs,*

     v.

JOSEPH R. BIDEN, JR., et al,            Civil Action No. 2:22-cv-241-Z

                 *Defendants.*

_____/

# APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION

# FOR PARTIAL SUMMARY JUDGMENT

# Exhibit 2

**UNITED NATIONS** 



**General Assembly**
**Security Council**

Distr.
GENERAL

A/51/889
S/1997/357
5 May 1997

ORIGINAL:   ENGLISH

GENERAL ASSEMBLY                                          SECURITY COUNCIL
Fifty-first session                                      Fifty-second year
Agenda item 10
REPORT OF THE SECRETARY-GENERAL
  ON THE WORK OF THE ORGANIZATION

          Letter dated 27 December 1995 from the Permanent Representatives
          of the Russian Federation and the United States of America to
               the United Nations addressed to the Secretary-General

     As co-sponsors of the peace process launched at Madrid in October 1991, and
witnesses to the signing at Washington, D.C., on 28 September 1995, of the
Israeli-Palestinian Interim Agreement on the West Bank and the Gaza Strip, by
the Government of Israel and the Palestine Liberation Organization, we have the
honour to enclose the above document (see annex).

     We would be grateful if you would have the present letter and its
attachment circulated as an official document of the General Assembly, under
agenda item 10, and of the Security Council.


(Signed)  Madeleine K. ALBRIGHT            (Signed)  Sergey V. LAVROV
          Ambassador                                 Ambassador
     Permanent Representative                   Permanent Representative
     of the United States of                    of the Russian Federation
   America to the United Nations                 to the United Nations


97-11998 (E)    220797    230797                                        /...

A/51/889
S/1997/357
English
Page 2

Letter dated 28 December 1995 from the Permanent Representative of
Israel to the United Nations addressed to the Secretary-General

I have the honour to enclose the Israeli-Palestinian Interim Agreement on
the West Bank and the Gaza Strip, signed at Washington, D.C., on
28 September 1995, by the Government of the State of Israel and the Palestine
Liberation Organization and witnessed by the United States of America, the
Russian Federation, Egypt, Jordan, Norway and the European Union (see annex).

I would be grateful if you would have the present letter and its attachment
circulated as an official document of the General Assembly, under agenda
item 10, and of the Security Council.

(Signed)  Gad YAACOBI
Ambassador
Permanent Representative of
Israel to the United Nations

/...

<u>Letter dated 19 December 1995 from the Permanent Observer
of Palestine to the United Nations addressed to the
Secretary-General</u>

I have the honour to enclose the Israeli-Palestinian Interim Agreement on
the West Bank and the Gaza Strip, signed at Washington, D.C., on
28 September 1995, by the Government of the State of Israel and the Palestine
Liberation Organization and witnessed by the United States of America, the
Russian Federation, Egypt, Jordan, Norway and the European Union (see annex).

I would be grateful if you would have the present letter and its attachment
circulated as an official document of the General Assembly, under agenda
item 10, and of the Security Council.

(<u>Signed</u>)  Dr. Nasser AL-KIDWA<br>
Permanent Observer of<br>
Palestine to the United Nations

/...

ANNEX


<u>Israeli-Palestinian Interim Agreement on the West Bank
and the Gaza Strip*</u>


<u>Washington, D.C., 28 September 1995</u>

---

   * The original annexes to the Agreement, including the maps, have been
placed in the Treaty Section of the Office of Legal Affairs, and are available
for consultation by interested Member States.

/...

# INDEX

**PREAMBLE** ......................................................................... **8**

**CHAPTER 1 - THE COUNCIL**

**ARTICLE I**      Transfer of Authority...................................... **10**

**ARTICLE II**     Elections........................................................ **11**

**ARTICLE III**    Structure of the Palestinian Council.................. **11**

**ARTICLE IV**     Size of the Council......................................... **12**

**ARTICLE V**      The Executive Authority of the Council............ **13**

**ARTICLE VI**     Other Committees of the Council...................... **13**

**ARTICLE VII**    Open Government............................................ **14**

**ARTICLE VIII**   Judicial Review ............................................. **14**

**ARTICLE IX**     Powers and Responsibilities of the Council........ **14**

**CHAPTER 2 - REDEPLOYMENT AND SECURITY ARRANGEMENTS**

**ARTICLE X**      Redeployment of Israeli Military Forces ........... **16**

**ARTICLE XI**     Land.............................................................. **16**

**ARTICLE XII**    Arrangements for Security and Public Order...... **18**

**ARTICLE XIII**   Security......................................................... **18**

**ARTICLE XIV**    The Palestinian Police .................................... **20**

**ARTICLE XV**     Prevention of Hostile Acts................................ **20**

**ARTICLE XVI**    Confidence Building Measures........................... **21**

**CHAPTER 3 - LEGAL AFFAIRS**

**ARTICLE XVII**   Jurisdiction.................................................... **21**

**ARTICLE XVIII**  Legislative Powers of the Council...................... **23**

/...

S/1997/357
English
Page 7

ARTICLE XIX      Human Rights and the Rule of Law ................................. 24

ARTICLE XX       Rights, Liabilities and Obligations ..................................... 24

ARTICLE XXI      Settlement of Differences and Disputes ............................ 25

CHAPTER 4 - COOPERATION

ARTICLE XXII     Relations between Israel and the Council ........................ 26

ARTICLE XXIII    Cooperation with Regard to Transfer of Powers and
                 Responsibilities ................................................................... 26

ARTICLE XXIV     Economic Relations ............................................................ 27

ARTICLE XXV      Cooperation Programs ........................................................ 27

ARTICLE XXVI     The Joint Israeli-Palestinian Liaison Committee............ 27

ARTICLE XXVII    Liaison and Cooperation with Jordan and Egypt .......... 28

ARTICLE XXVIII   Missing Persons ................................................................... 28

CHAPTER 5 - MISCELLANEOUS PROVISIONS

ARTICLE XXIX     Safe Passage between the West Bank and the Gaza Strip   29

ARTICLE XXX      Passages ............................................................................... 29

ARTICLE XXXI     Final Clauses ....................................................................... 29

/...

The Government of the State of Israel and the Palestine Liberation
Organization (hereinafter "the PLO"), the representative of the
Palestinian people;

## PREAMBLE

**WITHIN**             the framework of the Middle East peace process initiated at
                       Madrid in October 1991;

**REAFFIRMING**        their determination to put an end to decades of confrontation
                       and to live in peaceful coexistence, mutual dignity and security,
                       while recognizing their mutual legitimate and political rights;

**REAFFIRMING**        their desire to achieve a just, lasting and comprehensive peace
                       settlement and historic reconciliation through the agreed political
                       process;

**RECOGNIZING**        that the peace process and the new era that it has created, as
                       well as the new relationship established between the two Parties
                       as described above, are irreversible, and the determination of the
                       two Parties to maintain, sustain and continue the peace process;

**RECOGNIZING**        that the aim of the Israeli-Palestinian negotiations within the
                       current Middle East peace process is, among other things, to
                       establish a Palestinian Interim Self-Government Authority, *i.e.*
                       the elected Council (hereinafter "the Council" or "the Palestinian
                       Council"), and the elected Ra'ees of the Executive Authority,
                       for the Palestinian people in the West Bank and the Gaza Strip,
                       for a transitional period not exceeding five years from the date
                       of signing the Agreement on the Gaza Strip and the Jericho Area
                       (hereinafter "the Gaza-Jericho Agreement") on May 4, 1994,
                       leading to a permanent settlement based on Security Council
                       Resolutions 242 and 338;

**REAFFIRMING**        their understanding that the interim self-government
                       arrangements contained in this Agreement are an integral part of
                       the whole peace process, that the negotiations on the permanent
                       status, that will start as soon as possible but not later than May
                       4, 1996, will lead to the implementation of Security Council
                       Resolutions 242 and 338, and that the Interim Agreement shall
                       settle all the issues of the interim period and that no such issues
                       will be deferred to the agenda of the permanent status
                       negotiations;

**REAFFIRMING**        their adherence to the mutual recognition and commitments
                       expressed in the letters dated September 9, 1993, signed by and

                                                                              /...

A/51/889
S/1997/357
English
Page 9

exchanged between the Prime Minister of Israel and the Chairman of the PLO;

**DESIROUS**     of putting into effect the Declaration of Principles on Interim Self-Government Arrangements signed at Washington, DC on September 13, 1993, and the Agreed Minutes thereto (hereinafter "the DOP") and in particular Article III and Annex I concerning the holding of direct, free and general political elections for the Council and the Ra'ees of the Executive Authority in order that the Palestinian people in the West Bank, Jerusalem and the Gaza Strip may democratically elect accountable representatives;

**RECOGNIZING**     that these elections will constitute a significant interim preparatory step toward the realization of the legitimate rights of the Palestinian people and their just requirements and will provide a democratic basis for the establishment of Palestinian institutions;

**REAFFIRMING**     their mutual commitment to act, in accordance with this Agreement, immediately, efficiently and effectively against acts or threats of terrorism, violence or incitement, whether committed by Palestinians or Israelis;

**FOLLOWING**     the Gaza-Jericho Agreement; the Agreement on Preparatory Transfer of Powers and Responsibilities signed at Erez on August 29, 1994 (hereinafter "the Preparatory Transfer Agreement"); and the Protocol on Further Transfer of Powers and Responsibilities signed at Cairo on August 27, 1995 (hereinafter "the Further Transfer Protocol"); which three agreements will be superseded by this Agreement;

**HEREBY AGREE** as follows:

/...

A/51/889
S/1997/357
English
Page 10

# CHAPTER 1 - THE COUNCIL

## ARTICLE I

### Transfer of Authority

1.  Israel shall transfer powers and responsibilities as specified in this Agreement from the Israeli military government and its Civil Administration to the Council in accordance with this Agreement. Israel shall continue to exercise powers and responsibilities not so transferred.

2.  Pending the inauguration of the Council, the powers and responsibilities transferred to the Council shall be exercised by the Palestinian Authority established in accordance with the Gaza-Jericho Agreement, which shall also have all the rights, liabilities and obligations to be assumed by the Council in this regard. Accordingly, the term "Council" throughout this Agreement shall, pending the inauguration of the Council, be construed as meaning the Palestinian Authority.

3.  The transfer of powers and responsibilities to the police force established by the Palestinian Council in accordance with Article XIV below (hereinafter "the Palestinian Police") shall be accomplished in a phased manner, as detailed in this Agreement and in the Protocol concerning Redeployment and Security Arrangements attached as Annex I to this Agreement (hereinafter "Annex I").

4.  As regards the transfer and assumption of authority in civil spheres, powers and responsibilities shall be transferred and assumed as set out in the Protocol Concerning Civil Affairs attached as Annex III to this Agreement (hereinafter "Annex III").

5.  After the inauguration of the Council, the Civil Administration in the West Bank will be dissolved, and the Israeli military government shall be withdrawn. The withdrawal of the military government shall not prevent it from exercising the powers and responsibilities not transferred to the Council.

6.  A Joint Civil Affairs Coordination and Cooperation Committee (hereinafter "the CAC"), Joint Regional Civil Affairs Subcommittees, one for the Gaza Strip and the other for the West Bank, and District Civil Liaison Offices in the West Bank shall be established in order to provide for coordination and cooperation in civil affairs between the Council and Israel, as detailed in Annex III.

7.  The offices of the Council, and the offices of its Ra'ees and its Executive Authority and other committees, shall be located in areas under Palestinian territorial jurisdiction in the West Bank and the Gaza Strip.

/...

A/51/889
S/1997/357
English
Page 11

# ARTICLE II

## Elections

1. In order that the Palestinian people of the West Bank and the Gaza Strip may govern themselves according to democratic principles, direct, free and general political elections will be held for the Council and the Ra'ees of the Executive Authority of the Council in accordance with the provisions set out in the Protocol concerning Elections attached as Annex II to this Agreement (hereinafter "Annex II").

2. These elections will constitute a significant interim preparatory step towards the realization of the legitimate rights of the Palestinian people and their just requirements and will provide a democratic basis for the establishment of Palestinian institutions.

3. Palestinians of Jerusalem who live there may participate in the election process in accordance with the provisions contained in this Article and in Article VI of Annex II (Election Arrangements concerning Jerusalem).

4. The elections shall be called by the Chairman of the Palestinian Authority immediately following the signing of this Agreement to take place at the earliest practicable date following the redeployment of Israeli forces in accordance with Annex I, and consistent with the requirements of the election timetable as provided in Annex II, the Election Law and the Election Regulations, as defined in Article I of Annex II.

# ARTICLE III

## Structure of the Palestinian Council

1. The Palestinian Council and the Ra'ees of the Executive Authority of the Council constitute the Palestinian Interim Self-Government Authority, which will be elected by the Palestinian people of the West Bank, Jerusalem and the Gaza Strip for the transitional period agreed in Article I of the DOP.

2. The Council shall possess both legislative power and executive power, in accordance with Articles VII and IX of the DOP. The Council shall carry out and be responsible for all the legislative and executive powers and responsibilities transferred to it under this Agreement. The exercise of legislative powers shall be in accordance with Article XVIII of this Agreement (Legislative Powers of the Council).

3. The Council and the Ra'ees of the Executive Authority of the Council shall be directly and simultaneously elected by the Palestinian people of the West Bank, Jerusalem and the Gaza Strip, in accordance with the provisions of this

/...

A/51/889
S/1997/357
English
Page 12

Agreement and the Election Law and Regulations, which shall not be contrary to the provisions of this Agreement.

4. The Council and the Ra'ees of the Executive Authority of the Council shall be elected for a transitional period not exceeding five years from the signing of the Gaza-Jericho Agreement on May 4, 1994.

5. Immediately upon its inauguration, the Council will elect from among its members a Speaker. The Speaker will preside over the meetings of the Council, administer the Council and its committees, decide on the agenda of each meeting, and lay before the Council proposals for voting and declare their results.

6. The jurisdiction of the Council shall be as determined in Article XVII of this Agreement (Jurisdiction).

7. The organization, structure and functioning of the Council shall be in accordance with this Agreement and the Basic Law for the Palestinian Interim Self-Government Authority, which Law shall be adopted by the Council. The Basic Law and any regulations made under it shall not be contrary to the provisions of this Agreement.

8. The Council shall be responsible under its executive powers for the offices, services and departments transferred to it and may establish, within its jurisdiction, ministries and subordinate bodies, as necessary for the fulfillment of its responsibilities.

9. The Speaker will present for the Council's approval proposed internal procedures that will regulate, among other things, the decision-making processes of the Council.

## ARTICLE IV

### Size of the Council

The Palestinian Council shall be composed of 82 representatives and the Ra'ees of the Executive Authority, who will be directly and simultaneously elected by the Palestinian people of the West Bank, Jerusalem and the Gaza Strip.

/...

A/51/889
S/1997/357
English
Page 13

## ARTICLE V

### The Executive Authority of the Council

1.  The Council will have a committee that will exercise the executive authority of the Council, formed in accordance with paragraph 4 below (hereinafter "the Executive Authority").

2.  The Executive Authority shall be bestowed with the executive authority of the Council and will exercise it on behalf of the Council. It shall determine its own internal procedures and decision making processes.

3.  The Council will publish the names of the members of the Executive Authority immediately upon their initial appointment and subsequent to any changes.

4.  a.  The Ra'ees of the Executive Authority shall be an *ex officio* member of the Executive Authority.

    b.  All of the other members of the Executive Authority, except as provided in subparagraph c. below, shall be members of the Council, chosen and proposed to the Council by the Ra'ees of the Executive Authority and approved by the Council.

    c.  The Ra'ees of the Executive Authority shall have the right to appoint some persons, in number not exceeding twenty percent of the total membership of the Executive Authority, who are not members of the Council, to exercise executive authority and participate in government tasks. Such appointed members may not vote in meetings of the Council.

    d.  Non-elected members of the Executive Authority must have a valid address in an area under the jurisdiction of the Council.

## ARTICLE VI

### Other Committees of the Council

1.  The Council may form small committees to simplify the proceedings of the Council and to assist in controlling the activity of its Executive Authority.

2.  Each committee shall establish its own decision-making processes within the general framework of the organization and structure of the Council.

/...

A/51/889
S/1997/357
English
Page 14

## ARTICLE VII

### Open Government

1.  All meetings of the Council and of its committees, other than the Executive Authority, shall be open to the public, except upon a resolution of the Council or the relevant committee on the grounds of security, or commercial or personal confidentiality.

2.  Participation in the deliberations of the Council, its committees and the Executive Authority shall be limited to their respective members only. Experts may be invited to such meetings to address specific issues on an *ad hoc* basis.

## ARTICLE VIII

### Judicial Review

Any person or organization affected by any act or decision of the Ra'ees of the Executive Authority of the Council or of any member of the Executive Authority, who believes that such act or decision exceeds the authority of the Ra'ees or of such member, or is otherwise incorrect in law or procedure, may apply to the relevant Palestinian Court of Justice for a review of such activity or decision.

## ARTICLE IX

### Powers and Responsibilities of the Council

1.  Subject to the provisions of this Agreement, the Council will, within its jurisdiction, have legislative powers as set out in Article XVIII of this Agreement, as well as executive powers.

2.  The executive power of the Palestinian Council shall extend to all matters within its jurisdiction under this Agreement or any future agreement that may be reached between the two Parties during the interim period. It shall include the power to formulate and conduct Palestinian policies and to supervise their implementation, to issue any rule or regulation under powers given in approved legislation and administrative decisions necessary for the realization of Palestinian self-government, the power to employ staff, sue and be sued and conclude contracts, and the power to keep and administer registers and records of the population, and issue certificates, licenses and documents.

3.  The Palestinian Council's executive decisions and acts shall be consistent with the provisions of this Agreement.

/...

A/51/889
S/1997/357
English
Page 15

4. The Palestinian Council may adopt all necessary measures in order to enforce the law and any of its decisions, and bring proceedings before the Palestinian courts and tribunals.

5.   a.   In accordance with the DOP, the Council will not have powers and responsibilities in the sphere of foreign relations, which sphere includes the establishment abroad of embassies, consulates or other types of foreign missions and posts or permitting their establishment in the West Bank or the Gaza Strip, the appointment of or admission of diplomatic and consular staff, and the exercise of diplomatic functions.

      b.   Notwithstanding the provisions of this paragraph, the PLO may conduct negotiations and sign agreements with states or international organizations for the benefit of the Council in the following cases only:

          (1)   economic agreements, as specifically provided in Annex V of this Agreement;

          (2)   agreements with donor countries for the purpose of implementing arrangements for the provision of assistance to the Council ;

          (3)   agreements for the purpose of implementing the regional development plans detailed in Annex IV of the DOP or in agreements entered into in the framework of the multilateral negotiations; and

          (4)   cultural, scientific and educational agreements.

      c.   Dealings between the Council and representatives of foreign states and international organizations, as well as the establishment in the West Bank and the Gaza Strip of representative offices other than those described in subparagraph 5.a above, for the purpose of implementing the agreements referred to in subparagraph 5.b above, shall not be considered foreign relations.

6. Subject to the provisions of this Agreement, the Council shall, within its jurisdiction, have an independent judicial system composed of independent Palestinian courts and tribunals.

/...

A/51/889
S/1997/357
English
Page 16

# CHAPTER 2 - REDEPLOYMENT AND SECURITY ARRANGEMENTS

## ARTICLE X

### Redeployment of Israeli Military Forces

1.  The first phase of the Israeli military forces redeployment will cover populated areas in the West Bank - cities, towns, villages, refugee camps and hamlets - as set out in Annex I, and will be completed prior to the eve of the Palestinian elections, *i.e.*, 22 days before the day of the elections.

2.  Further redeployments of Israeli military forces to specified military locations will commence after the inauguration of the Council and will be gradually implemented commensurate with the assumption of responsibility for public order and internal security by the Palestinian Police, to be completed within 18 months from the date of the inauguration of the Council as detailed in Articles XI (Land) and XIII (Security), below and in Annex I.

3.  The Palestinian Police shall be deployed and shall assume responsibility for public order and internal security for Palestinians in a phased manner in accordance with Article XIII (Security) below and Annex I.

4.  Israel shall continue to carry the responsibility for external security, as well as the responsibility for overall security of Israelis for the purpose of safeguarding their internal security and public order.

5.  For the purpose of this Agreement, "Israeli military forces" includes Israel Police and other Israeli security forces.

## ARTICLE XI

### Land

1.  The two sides view the West Bank and the Gaza Strip as a single territorial unit, the integrity and status of which will be preserved during the interim period.

2.  The two sides agree that West Bank and Gaza Strip territory, except for issues that will be negotiated in the permanent status negotiations, will come under the jurisdiction of the Palestinian Council in a phased manner, to be completed within 18 months from the date of the inauguration of the Council, as specified below:

    a.  Land in populated areas (Areas A and B), including government and Al Waqf land, will come under the jurisdiction of the Council during the first phase of redeployment.

/...

A/51/889
S/1997/357
English
Page 17

b.    All civil powers and responsibilities, including planning and zoning, in Areas A and B, set out in Annex III, will be transferred to and assumed by the Council during the first phase of redeployment.

c.    In Area C, during the first phase of redeployment Israel will transfer to the Council civil powers and responsibilities not relating to territory, as set out in Annex III.

d.    The further redeployments of Israeli military forces to specified military locations will be gradually implemented in accordance with the DOP in three phases, each to take place after an interval of six months, after the inauguration of the Council, to be completed within 18 months from the date of the inauguration of the Council.

e.    During the further redeployment phases to be completed within 18 months from the date of the inauguration of the Council, powers and responsibilities relating to territory will be transferred gradually to Palestinian jurisdiction that will cover West Bank and Gaza Strip territory, except for the issues that will be negotiated in the permanent status negotiations.

f.    The specified military locations referred to in Article X, paragraph 2 above will be determined in the further redeployment phases, within the specified time-frame ending not later than 18 months from the date of the inauguration of the Council, and will be negotiated in the permanent status negotiations.

3.    For the purpose of this Agreement and until the completion of the first phase of the further redeployments:

a.    "Area A" means the populated areas delineated by a red line and shaded in brown on attached map No. 1;

b.    "Area B" means the populated areas delineated by a red line and shaded in yellow on attached map No. 1, and the built-up area of the hamlets listed in Appendix 6 to Annex I; and

c.    "Area C" means areas of the West Bank outside Areas A and B, which, except for the issues that will be negotiated in the permanent status negotiations, will be gradually transferred to Palestinian jurisdiction in accordance with this Agreement.

/...

A/51/889
S/1997/357
English
Page 18

# ARTICLE XII

## Arrangements for Security and Public Order

1. In order to guarantee public order and internal security for the Palestinians of the West Bank and the Gaza Strip, the Council shall establish a strong police force as set out in Article XIV below. Israel shall continue to carry the responsibility for defense against external threats, including the responsibility for protecting the Egyptian and Jordanian borders, and for defense against external threats from the sea and from the air, as well as the responsibility for overall security of Israelis and Settlements, for the purpose of safeguarding their internal security and public order, and will have all the powers to take the steps necessary to meet this responsibility.

2. Agreed security arrangements and coordination mechanisms are specified in Annex I.

3. A Joint Coordination and Cooperation Committee for Mutual Security Purposes (hereinafter "the JSC"), as well as Joint Regional Security Committees (hereinafter "RSCs") and Joint District Coordination Offices (hereinafter "DCOs"), are hereby established as provided for in Annex I.

4. The security arrangements provided for in this Agreement and in Annex I may be reviewed at the request of either Party and may be amended by mutual agreement of the Parties. Specific review arrangements are included in Annex I.

5. For the purpose of this Agreement, "the Settlements" means, in the West Bank - the settlements in Area C; and in the Gaza Strip - the Gush Katif and Erez settlement areas, as well as the other settlements in the Gaza Strip, as shown on attached map No. 2.

# ARTICLE XIII

## Security

1. The Council will, upon completion of the redeployment of Israeli military forces in each district, as set out in Appendix 1 to Annex I, assume the powers and responsibilities for internal security and public order in Area A in that district.

2. a. There will be a complete redeployment of Israeli military forces from Area B. Israel will transfer to the Council and the Council will assume responsibility for public order for Palestinians. Israel shall have the overriding responsibility for security for the purpose of protecting Israelis and confronting the threat of terrorism.

/...

App. 42

A/51/889
S/1997/357
English
Page 19

b. In Area B the Palestinian Police shall assume the responsibility for public order for Palestinians and shall be deployed in order to accommodate the Palestinian needs and requirements in the following manner:

(1) The Palestinian Police shall establish 25 police stations and posts in towns, villages, and other places listed in Appendix 2 to Annex I and as delineated on map No. 3. The West Bank RSC may agree on the establishment of additional police stations and posts, if required.

(2) The Palestinian Police shall be responsible for handling public order incidents in which only Palestinians are involved.

(3) The Palestinian Police shall operate freely in populated places where police stations and posts are located, as set out in paragraph b(1) above.

(4) While the movement of uniformed Palestinian policemen in Area B outside places where there is a Palestinian police station or post will be carried out after coordination and confirmation through the relevant DCO, three months after the completion of redeployment from Area B, the DCOs may decide that movement of Palestinian policemen from the police stations in Area B to Palestinian towns and villages in Area B on roads that are used only by Palestinian traffic will take place after notifying the DCO.

(5) The coordination of such planned movement prior to confirmation through the relevant DCO shall include a scheduled plan, including the number of policemen, as well as the type and number of weapons and vehicles intended to take part. It shall also include details of arrangements for ensuring continued coordination through appropriate communication links, the exact schedule of movement to the area of the planned operation, including the destination and routes thereto, its proposed duration and the schedule for returning to the police station or post.

The Israeli side of the DCO will provide the Palestinian side with its response, following a request for movement of policemen in accordance with this paragraph, in normal or routine cases within one day and in emergency cases no later than 2 hours.

(6) The Palestinian Police and the Israeli military forces will conduct joint security activities on the main roads as set out in Annex 1.

(7) The Palestinian Police will notify the West Bank RSC of the names of the policemen, number plates of police vehicles and serial numbers of weapons, with respect to each police station and post in Area B.

/ · · ·

A/51/889
S/1997/357
English
Page 20

(8) Further redeployments from Area C and transfer of internal security responsibility to the Palestinian Police in Areas B and C will be carried out in three phases, each to take place after an interval of six months, to be completed 18 months after the inauguration of the Council, except for the issues of permanent status negotiations and of Israel's overall responsibility for Israelis and borders.

(9) The procedures detailed in this paragraph will be reviewed within six months of the completion of the first phase of redeployment.

## ARTICLE XIV

### The Palestinian Police

1. The Council shall establish a strong police force. The duties, functions, structure, deployment and composition of the Palestinian Police, together with provisions regarding its equipment and operation, as well as rules of conduct, are set out in Annex I.

2. The Palestinian police force established under the Gaza-Jericho Agreement will be fully integrated into the Palestinian Police and will be subject to the provisions of this Agreement.

3. Except for the Palestinian Police and the Israeli military forces, no other armed forces shall be established or operate in the West Bank and the Gaza Strip.

4. Except for the arms, ammunition and equipment of the Palestinian Police described in Annex I, and those of the Israeli military forces, no organization, group or individual in the West Bank and the Gaza Strip shall manufacture, sell, acquire, possess, import or otherwise introduce into the West Bank or the Gaza Strip any firearms, ammunition, weapons, explosives, gunpowder or any related equipment, unless otherwise provided for in Annex I.

## ARTICLE XV

### Prevention of Hostile Acts

1. Both sides shall take all measures necessary in order to prevent acts of terrorism, crime and hostilities directed against each other, against individuals falling under the other's authority and against their property, and shall take legal measures against offenders.

2. Specific provisions for the implementation of this Article are set out in Annex I.    /...

A/51/889
S/1997/357
English
Page 21

## ARTICLE XVI

### Confidence Building Measures

With a view to fostering a positive and supportive public atmosphere to accompany the implementation of this Agreement, to establish a solid basis of mutual trust and good faith, and in order to facilitate the anticipated cooperation and new relations between the two peoples, both Parties agree to carry out confidence building measures as detailed herewith:

1. Israel will release or turn over to the Palestinian side, Palestinian detainees and prisoners, residents of the West Bank and the Gaza Strip. The first stage of release of these prisoners and detainees will take place on the signing of this Agreement and the second stage will take place prior to the date of the elections. There will be a third stage of release of detainees and prisoners. Detainees and prisoners will be released from among categories detailed in Annex VII (Release of Palestinian Prisoners and Detainees). Those released will be free to return to their homes in the West Bank and the Gaza Strip.

2. Palestinians who have maintained contact with the Israeli authorities will not be subjected to acts of harassment, violence, retribution or prosecution. Appropriate ongoing measures will be taken, in coordination with Israel, in order to ensure their protection.

3. Palestinians from abroad whose entry into the West Bank and the Gaza Strip is approved pursuant to this Agreement, and to whom the provisions of this Article are applicable, will not be prosecuted for offenses committed prior to September 13, 1993.

## CHAPTER 3 - LEGAL AFFAIRS

## ARTICLE XVII

### Jurisdiction

1. In accordance with the DOP, the jurisdiction of the Council will cover West Bank and Gaza Strip territory as a single territorial unit, except for:

   a. issues that will be negotiated in the permanent status negotiations: Jerusalem, settlements, specified military locations, Palestinian refugees, borders, foreign relations and Israelis; and

   b. powers and responsibilities not transferred to the Council.

/...

A/51/889
S/1997/357
English
Page 22

2.   Accordingly, the authority of the Council encompasses all matters that fall within its territorial, functional and personal jurisdiction, as follows:

   a.   The territorial jurisdiction of the Council shall encompass Gaza Strip territory, except for the Settlements and the Military Installation Area shown on map No. 2, and West Bank territory, except for Area C which, except for the issues that will be negotiated in the permanent status negotiations, will be gradually transferred to Palestinian jurisdiction in three phases, each to take place after an interval of six months, to be completed 18 months after the inauguration of the Council. At this time, the jurisdiction of the Council will cover West Bank and Gaza Strip territory, except for the issues that will be negotiated in the permanent status negotiations.

   Territorial jurisdiction includes land, subsoil and territorial waters, in accordance with the provisions of this Agreement.

   b.   The functional jurisdiction of the Council extends to all powers and responsibilities transferred to the Council, as specified in this Agreement or in any future agreements that may be reached between the Parties during the interim period.

   c.   The territorial and functional jurisdiction of the Council will apply to all persons, except for Israelis, unless otherwise provided in this Agreement.

   d.   Notwithstanding subparagraph a. above, the Council shall have functional jurisdiction in Area C, as detailed in Article IV of Annex III.

3.   The Council has, within its authority, legislative, executive and judicial powers and responsibilities, as provided for in this Agreement.

4.   a.   Israel, through its military government, has the authority over areas that are not under the territorial jurisdiction of the Council, powers and responsibilities not transferred to the Council and Israelis.

   b.   To this end, the Israeli military government shall retain the necessary legislative, judicial and executive powers and responsibilities, in accordance with international law. This provision shall not derogate from Israel's applicable legislation over Israelis *in personam*.

5.   The exercise of authority with regard to the electromagnetic sphere and air space shall be in accordance with the provisions of this Agreement.

6.   Without derogating from the provisions of this Article, legal arrangements detailed in the Protocol Concerning Legal Matters attached as Annex IV to this Agreement (hereinafter "Annex IV") shall be observed. Israel and the Council may negotiate further legal arrangements. /...

A/51/889
S/1997/357
English
Page 23

7.   Israel and the Council shall cooperate on matters of legal assistance in criminal and civil matters through a legal committee (hereinafter "the Legal Committee"), hereby established.

8.   The Council's jurisdiction will extend gradually to cover West Bank and Gaza Strip territory, except for the issues to be negotiated in the permanent status negotiations, through a series of redeployments of the Israeli military forces. The first phase of the redeployment of Israeli military forces will cover populated areas in the West Bank - cities, towns, refugee camps and hamlets, as set out in Annex I - and will be completed prior to the eve of the Palestinian elections, *i.e.* 22 days before the day of the elections. Further redeployments of Israeli military forces to specified military locations will commence immediately upon the inauguration of the Council and will be effected in three phases, each to take place after an interval of six months, to be concluded no later than eighteen months from the date of the inauguration of the Council.

## ARTICLE XVIII

### Legislative Powers of the Council

1.   For the purposes of this Article, legislation shall mean any primary and secondary legislation, including basic laws, laws, regulations and other legislative acts.

2.   The Council has the power, within its jurisdiction as defined in Article XVII of this Agreement, to adopt legislation.

3.   While the primary legislative power shall lie in the hands of the Council as a whole, the Ra'ees of the Executive Authority of the Council shall have the following legislative powers:

   a.   the power to initiate legislation or to present proposed legislation to the Council;

   b.   the power to promulgate legislation adopted by the Council; and

   c.   the power to issue secondary legislation, including regulations, relating to any matters specified and within the scope laid down in any primary legislation adopted by the Council.

4.   a.   Legislation, including legislation which amends or abrogates existing laws or military orders, which exceeds the jurisdiction of the Council or which is otherwise inconsistent with the provisions of the DOP, this Agreement, or of any other agreement that may be reached between the two sides during the interim period, shall have no effect and shall be void *ab initio*.

/...

A/51/889
S/1997/357
English
Page 24

b.  The Ra'ees of the Executive Authority of the Council shall not promulgate legislation adopted by the Council if such legislation falls under the provisions of this paragraph.

5.  All legislation shall be communicated to the Israeli side of the Legal Committee.

6.  Without derogating from the provisions of paragraph 4 above, the Israeli side of the Legal Committee may refer for the attention of the Committee any legislation regarding which Israel considers the provisions of paragraph 4 apply, in order to discuss issues arising from such legislation. The Legal Committee will consider the legislation referred to it at the earliest opportunity.

## ARTICLE XIX

### Human Rights and the Rule of Law

Israel and the Council shall exercise their powers and responsibilities pursuant to this Agreement with due regard to internationally-accepted norms and principles of human rights and the rule of law.

## ARTICLE XX

### Rights, Liabilities and Obligations

1.  a.  The transfer of powers and responsibilities from the Israeli military government and its civil administration to the Council, as detailed in Annex III, includes all related rights, liabilities and obligations arising with regard to acts or omissions which occurred prior to such transfer. Israel will cease to bear any financial responsibility regarding such acts or omissions and the Council will bear all financial responsibility for these and for its own functioning.

b.  Any financial claim made in this regard against Israel will be referred to the Council.

c.  Israel shall provide the Council with the information it has regarding pending and anticipated claims brought before any court or tribunal against Israel in this regard.

d.  Where legal proceedings are brought in respect of such a claim, Israel will notify the Council and enable it to participate in defending the claim and raise any arguments on its behalf.

e.  In the event that an award is made against Israel by any court or tribunal in respect of such a claim, the Council shall immediately reimburse Israel the full amount of the award.

/...

f.    Without prejudice to the above, where a court or tribunal hearing such a claim finds that liability rests solely with an employee or agent who acted beyond the scope of the powers assigned to him or her, unlawfully or with willful malfeasance, the Council shall not bear financial responsibility.

2.    a.    Notwithstanding the provisions of paragraphs 1.d through 1.f above, each side may take the necessary measures, including promulgation of legislation, in order to ensure that such claims by Palestinians, including pending claims in which the hearing of evidence has not yet begun, are brought only before Palestinian courts or tribunals in the West Bank and the Gaza Strip, and are not brought before or heard by Israeli courts or tribunals.

b.    Where a new claim has been brought before a Palestinian court or tribunal subsequent to the dismissal of the claim pursuant to subparagraph a. above, the Council shall defend it and, in accordance with subparagraph 1.a above, in the event that an award is made for the plaintiff, shall pay the amount of the award.

c.    The Legal Committee shall agree on arrangements for the transfer of all materials and information needed to enable the Palestinian courts or tribunals to hear such claims as referred to in subparagraph b. above, and, when necessary, for the provision of legal assistance by Israel to the Council in defending such claims.

3.    The transfer of authority in itself shall not affect rights, liabilities and obligations of any person or legal entity, in existence at the date of signing of this Agreement.

4.    The Council, upon its inauguration, will assume all the rights, liabilities and obligations of the Palestinian Authority.

5.    For the purpose of this Agreement, "Israelis" also includes Israeli statutory agencies and corporations registered in Israel.

## ARTICLE XXI

### Settlement of Differences and Disputes

Any difference relating to the application of this Agreement shall be referred to the appropriate coordination and cooperation mechanism established under this Agreement. The provisions of Article XV of the DOP shall apply to any such difference which is not settled through the appropriate coordination and cooperation mechanism, namely:

/...

App. 49

1.    Disputes arising out of the application or interpretation of this Agreement or any related agreements pertaining to the interim period shall be settled through the Liaison Committee.

2.    Disputes which cannot be settled by negotiations may be settled by a mechanism of conciliation to be agreed between the Parties.

3.    The Parties may agree to submit to arbitration disputes relating to the interim period, which cannot be settled through conciliation. To this end, upon the agreement of both Parties, the Parties will establish an Arbitration Committee.

# CHAPTER 4 - COOPERATION

## ARTICLE XXII

### Relations between Israel and the Council

1.    Israel and the Council shall seek to foster mutual understanding and tolerance and shall accordingly abstain from incitement, including hostile propaganda, against each other and, without derogating from the principle of freedom of expression, shall take legal measures to prevent such incitement by any organizations, groups or individuals within their jurisdiction.

2.    Israel and the Council will ensure that their respective educational systems contribute to the peace between the Israeli and Palestinian peoples and to peace in the entire region, and will refrain from the introduction of any motifs that could adversely affect the process of reconciliation.

3.    Without derogating from the other provisions of this Agreement, Israel and the Council shall cooperate in combating criminal activity which may affect both sides, including offenses related to trafficking in illegal drugs and psychotropic substances, smuggling, and offenses against property, including offenses related to vehicles.

## ARTICLE XXIII

### Cooperation with Regard to Transfer of Powers and Responsibilities

In order to ensure a smooth, peaceful and orderly transfer of powers and responsibilities, the two sides will cooperate with regard to the transfer of security powers and responsibilities in accordance with the provisions of Annex I, and the transfer of civil powers and responsibilities in accordance with the provisions of Annex III.

/...

## ARTICLE XXIV

### Economic Relations

The economic relations between the two sides are set out in the Protocol on Economic Relations, signed in Paris on April 29, 1994, and the Appendices thereto, and the Supplement to the Protocol on Economic Relations, all attached as Annex V, and will be governed by the relevant provisions of this Agreement and its Annexes.

## ARTICLE XXV

### Cooperation Programs

1. The Parties agree to establish a mechanism to develop programs of cooperation between them. Details of such cooperation are set out in Annex VI.

2. A Standing Cooperation Committee to deal with issues arising in the context of this cooperation is hereby established as provided for in Annex VI.

## ARTICLE XXVI

### The Joint Israeli-Palestinian Liaison Committee

1. The Liaison Committee established pursuant to Article X of the DOP shall ensure the smooth implementation of this Agreement. It shall deal with issues requiring coordination, other issues of common interest and disputes.

2. The Liaison Committee shall be composed of an equal number of members from each Party. It may add other technicians and experts as necessary.

3. The Liaison Committee shall adopt its rules of procedures, including the frequency and place or places of its meetings.

4. The Liaison Committee shall reach its decisions by agreement.

5. The Liaison Committee shall establish a subcommittee that will monitor and steer the implementation of this Agreement (hereinafter "the Monitoring and Steering Committee"). It will function as follows:

   a. The Monitoring and Steering Committee will, on an ongoing basis, monitor the implementation of this Agreement, with a view to enhancing the cooperation and fostering the peaceful relations between the two sides.

   b. The Monitoring and Steering Committee will steer the activities of the various joint committees established in this Agreement (the JSC, the CAC, the Legal Committee, the Joint Economic Committee and the Standing    /...

S/1997/357
English
Page 28

Cooperation Committee) concerning the ongoing implementation of the Agreement, and will report to the Liaison Committee.

c.   The Monitoring and Steering Committee will be composed of the heads of the various committees mentioned above.

d.   The two heads of the Monitoring and Steering Committee will establish its rules of procedures, including the frequency and places of its meetings.

# ARTICLE XXVII

## Liaison and Cooperation with Jordan and Egypt

1.   Pursuant to Article XII of the DOP, the two Parties have invited the Governments of Jordan and Egypt to participate in establishing further liaison and cooperation arrangements between the Government of Israel and the Palestinian representatives on the one hand, and the Governments of Jordan and Egypt on the other hand, to promote cooperation between them. As part of these arrangements a Continuing Committee has been constituted and has commenced its deliberations.

2.   The Continuing Committee shall decide by agreement on the modalities of admission of persons displaced from the West Bank and the Gaza Strip in 1967, together with necessary measures to prevent disruption and disorder.

3.   The Continuing Committee shall also deal with other matters of common concern.

# ARTICLE XXVIII

## Missing Persons

1.   Israel and the Council shall cooperate by providing each other with all necessary assistance in the conduct of searches for missing persons and bodies of persons which have not been recovered, as well as by providing information about missing persons.

2.   The PLO undertakes to cooperate with Israel and to assist it in its efforts to locate and to return to Israel Israeli soldiers who are missing in action and the bodies of soldiers which have not been recovered.

/...

# CHAPTER 5 - MISCELLANEOUS PROVISIONS

## ARTICLE XXIX

### Safe Passage between the West Bank and the Gaza Strip

Arrangements for safe passage of persons and transportation between the West Bank and the Gaza Strip are set out in Annex I.

## ARTICLE XXX

### Passages

Arrangements for coordination between Israel and the Council regarding passage to and from Egypt and Jordan, as well as any other agreed international crossings, are set out in Annex I.

## ARTICLE XXXI

### Final Clauses

1.    This Agreement shall enter into force on the date of its signing.

2.    The Gaza-Jericho Agreement, except for Article XX (Confidence-Building Measures), the Preparatory Transfer Agreement and the Further Transfer Protocol will be superseded by this Agreement.

3.    The Council, upon its inauguration, shall replace the Palestinian Authority and shall assume all the undertakings and obligations of the Palestinian Authority under the Gaza-Jericho Agreement, the Preparatory Transfer Agreement, and the Further Transfer Protocol.

4.    The two sides shall pass all necessary legislation to implement this Agreement.

5.    Permanent status negotiations will commence as soon as possible, but not later than May 4, 1996, between the Parties. It is understood that these negotiations shall cover remaining issues, including: Jerusalem, refugees, settlements, security arrangements, borders, relations and cooperation with other neighbors, and other issues of common interest.

6.    Nothing in this Agreement shall prejudice or preempt the outcome of the negotiations on the permanent status to be conducted pursuant to the DOP. Neither Party shall be deemed, by virtue of having entered into this Agreement, to have renounced or waived any of its existing rights, claims or positions.

*/...*

7.   Neither side shall initiate or take any step that will change the status of the West Bank and the Gaza Strip pending the outcome of the permanent status negotiations.

8.   The two Parties view the West Bank and the Gaza Strip as a single territorial unit, the integrity and status of which will be preserved during the interim period.

9.   The PLO undertakes that, within two months of the date of the inauguration of the Council, the Palestinian National Council will convene and formally approve the necessary changes in regard to the Palestinian Covenant, as undertaken in the letters signed by the Chairman of the PLO and addressed to the Prime Minister of Israel, dated September 9, 1993 and May 4, 1994.

10.  Pursuant to Annex I, Article IX of this Agreement, Israel confirms that the permanent checkpoints on the roads leading to and from the Jericho Area (except those related to the access road leading from Mousa Alami to the Allenby Bridge) will be removed upon the completion of the first phase of redeployment.

11.  Prisoners who, pursuant to the Gaza-Jericho Agreement, were turned over to the Palestinian Authority on the condition that they remain in the Jericho Area for the remainder of their sentence, will be free to return to their homes in the West Bank and the Gaza Strip upon the completion of the first phase of redeployment.

12.  As regards relations between Israel and the PLO, and without derogating from the commitments contained in the letters signed by and exchanged between the Prime Minister of Israel and the Chairman of the PLO, dated September 9, 1993 and May 4, 1994, the two sides will apply between them the provisions contained in Article XXII, paragraph 1, with the necessary changes.

13.  a.   The Preamble to this Agreement, and all Annexes, Appendices and maps attached hereto, shall constitute an integral part hereof.

     b.   The Parties agree that the maps attached to the Gaza-Jericho Agreement as:
          a.   map No. 1 (The Gaza Strip), an exact copy of which is attached to this Agreement as map No. 2 (in this Agreement "map No. 2");

          b.   map No. 4 (Deployment of Palestinian Police in the Gaza Strip), an exact copy of which is attached to this Agreement as map No. 5 (in this Agreement "map No. 5"); and

          c.   map No. 6 (Maritime Activity Zones), an exact copy of which is attached to this Agreement as map No. 8 (in this Agreement "map No. 8");

/...

are an integral part hereof and will remain in effect for the duration of this Agreement.

14. While the Jeftlik area will come under the functional and personal jurisdiction of the Council in the first phase of redeployment, the area's transfer to the territorial jurisdiction of the Council will be considered by the Israeli side in the first phase of the further redeployment phases.

Done at Washington DC, this 28th day of September, 1995.

(Signed)  Yitzhak RABIN

(Signed)  Shimon PERES                    (Signed)  Yasser ARAFAT
  For the Government of the                  For the PLO
  State of Israel

                            Witnessed by:

(Signed)  William J. CLINTON

(Signed)  Warren CHRISTOPHER               (Signed)  Andrei V. KOZYREV
  The United States of America               The Russian Federation

(Signed)  Amre MOUSSA                       (Signed)  Hussein IBN TALAL
  The Arab Republic of Egypt                 The Hashemite Kingdom of Jordan

(Signed)  Bjørn Tore GODAL                  (Signed)  Felipe GONZALEZ
  The Kingdom of Norway                      The European Union

                            -----

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS,**
**AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                *Plaintiffs,*

     v.

JOSEPH R. BIDEN, JR., et al,            Civil Action No. 2:22-cv-241-Z

                *Defendants.*

_____/

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**

# Exhibit 3

PUBLIC LAW 115–141—MAR. 23, 2018

CONSOLIDATED APPROPRIATIONS ACT, 2018

PUBLIC LAW 115–141—MAR. 23, 2018        132 STAT. 1143

# TITLE IX—SMALL BUSINESS ACCESS TO CAPITAL AFTER A NATURAL DISASTER ACT

Small Business Access to Capital After a Natural Disaster Act.

**SEC. 901. SHORT TITLE.**

15 USC 78a note.

This title may be cited as the "Small Business Access to Capital After a Natural Disaster Act".

**SEC. 902. EXPANDING ACCESS TO CAPITAL FOR SMALL BUSINESSES IMPACTED BY A NATURAL DISASTER.**

Section 4 of the Securities Exchange Act of 1934 (15 U.S.C. 78d) is amended—

(1) in subsection (j)(4)(C), by striking "minority-owned and women-owned small businesses" and inserting "minority-owned small businesses, women-owned small businesses, and small businesses affected by hurricanes or other natural disasters"; and

(2) in subsection (j)(6)(B)(iii), by striking "minority-owned and women-owned small businesses" and inserting "minority-owned small businesses, women-owned small businesses, and small businesses affected by hurricanes or other natural disasters".

# TITLE X—TAYLOR FORCE ACT

Taylor Force Act.

**SEC. 1001. SHORT TITLE.**

22 USC 2151 note.

This title may be cited as the "Taylor Force Act".

**SEC. 1002. FINDINGS.**

22 USC 2378c–1 note.

Congress makes the following findings:

(1) The Palestinian Authority's practice of paying salaries to terrorists serving in Israeli prisons, as well as to the families of deceased terrorists, is an incentive to commit acts of terror.

(2) The United States does not provide direct budgetary support to the Palestinian Authority. The United States does pay certain debts held by the Palestinian Authority and funds programs for which the Palestinian Authority would otherwise be responsible.

(3) The United States Government supports community-based programs in the West Bank and Gaza that provide for basic human needs, such as food, water, health, shelter, protection, education, and livelihoods, and that promote peace and development.

(4) Since fiscal year 2015, annual appropriations legislation has mandated the reduction of Economic Support Fund aid for the Palestinian Authority as a result of their payments for acts of terrorism including, in fiscal year 2017, a reduction "by an amount the Secretary determines is equivalent to the amount expended by the Palestinian Authority, the Palestine Liberation Organization, and any successor or affiliated organizations with such entities as payments for acts of terrorism by individuals who are imprisoned after being fairly tried and convicted for acts of terrorism and by individuals who died committing acts of terrorism during the previous calendar year".

132 STAT. 1144        PUBLIC LAW 115–141—MAR. 23, 2018

### SEC. 1003. SENSE OF CONGRESS.

Congress—

(1) calls on the Palestinian Authority, the Palestine Liberation Organization, and any successor or affiliated organizations to stop payments for acts of terrorism by individuals who are imprisoned after being fairly tried and convicted for acts of terrorism and by individuals who died committing acts of terrorism and to repeal the laws authorizing such payments;

(2) calls on all donor countries providing budgetary assistance to the Palestinian Authority to cease direct budgetary support until the Palestinian Authority stops all payments incentivizing terror;

(3) urges the Palestinian Authority to develop programs to provide essential public services and support to any individual in need within its jurisdictional control, rather than to provide payments contingent on perpetrating acts of violence;

(4) urges the United States Permanent Representative to the United Nations to use the voice, vote, and influence of the United States at the United Nations to highlight the issue of Palestinian Authority payments for acts of terrorism and to urge other Member States to apply pressure upon the Palestinian Authority to immediately cease such payments; and

(5) urges the Department of State to use its bilateral and multilateral engagements with all governments and organizations committed to the cause of peace between Israel and the Palestinians to highlight the issue of Palestinian Authority payments for acts of terrorism and to urge such governments and organizations to join the United States in calling on the Palestinian Authority to immediately cease such payments.

### SEC. 1004. LIMITATION ON ASSISTANCE TO THE WEST BANK AND GAZA.

22 USC 2378c–1.

(a) LIMITATION.—

(1) IN GENERAL.—Funds authorized to be appropriated or otherwise made available for assistance under chapter 4 of part II of the Foreign Assistance Act of 1961 (22 U.S.C. 2346 et seq.; relating to Economic Support Fund) and available for assistance for the West Bank and Gaza that directly benefits the Palestinian Authority may only be made available for such purpose if, except as provided in subsection (d), not later than 30 days after the date of the enactment of this Act, and every 180 days thereafter, the Secretary of State certifies in writing to the appropriate congressional committees that the Palestinian Authority, the Palestine Liberation Organization, and any successor or affiliated organizations—

(A) are taking credible steps to end acts of violence against Israeli citizens and United States citizens that are perpetrated or materially assisted by individuals under their jurisdictional control, such as the March 2016 attack that killed former United States Army officer Taylor Force, a veteran of the wars in Iraq and Afghanistan;

(B) have terminated payments for acts of terrorism against Israeli citizens and United States citizens to any individual, after being fairly tried, who has been imprisoned for such acts of terrorism and to any individual who died committing such acts of terrorism, including to a family member of such individuals;

PUBLIC LAW 115–141—MAR. 23, 2018        132 STAT. 1145

(C) have revoked any law, decree, regulation, or document authorizing or implementing a system of compensation for imprisoned individuals that uses the sentence or period of incarceration of an individual imprisoned for an act of terrorism to determine the level of compensation paid, or have taken comparable action that has the effect of invalidating any such law, decree, regulation, or document; and

(D) are publicly condemning such acts of violence and are taking steps to investigate or are cooperating in investigations of such acts to bring the perpetrators to justice.

(2) ADDITIONAL CERTIFICATION REQUIREMENT.—The Secretary of State shall include in the certification required under paragraph (1) the definition of "acts of terrorism" that the Secretary used for purposes of making the determination in subparagraph (B) of such paragraph.

(b) EXCEPTION.—

(1) IN GENERAL.—Subject to paragraph (2), the limitation on assistance under subsection (a) shall not apply to—

(A) payments made to the East Jerusalem Hospital Network;

(B) assistance for wastewater projects not exceeding $5,000,000 in any one fiscal year; and

(C) assistance for any other program, project, or activity that provides vaccinations to children not exceeding $500,000 in any one fiscal year.

(2) NOTIFICATION.—The Secretary of State shall notify in writing the appropriate congressional committees not later than 15 days prior to making funds available for assistance under subparagraph (A), (B), or (C) of paragraph (1).

(c) RULE OF CONSTRUCTION.—Funds withheld pursuant to this section—

(1) shall be deemed to satisfy any similar withholding or reduction required under any other provision of law relating to the Palestinian Authority's payments for acts of terrorism; and

(2) shall be in an amount that is not less than the total amount required by such other provision of law.

(d) INITIAL USE AND DISPOSITION OF WITHHELD FUNDS.—

(1) PERIOD OF AVAILABILITY.—Funds withheld pursuant to this section are authorized to remain available for an additional 2 years from the date on which the availability of such funds would otherwise have expired.

(2) USE OF FUNDS.—Funds withheld pursuant to this section may be made available for assistance for the West Bank and Gaza that directly benefits the Palestinian Authority upon a certification by the Secretary of State that the Palestinian Authority, the Palestine Liberation Organization, and any successor or affiliated organizations have met the conditions set forth in subsection (a). Except as provided in paragraph (3), such funds may not be made available for any purpose other than for assistance for the West Bank and Gaza that directly benefits the Palestinian Authority.

(3) DISPOSITION OF UNUSED FUNDS.—Beginning on the date that is 180 days after the last day on which the initial availability of funds withheld pursuant to this section would otherwise have expired, such funds are authorized to be made available to the Department of State for assistance under chapter 4 of part II of the Foreign Assistance Act of 1961 (22 U.S.C. 2346 et seq.; relating to Economic Support Fund) in the following manner—

(A) 50 percent for purposes of assistance other than that deemed benefiting the Palestinian Authority; and

(B) 50 percent for purposes other than assistance for the West Bank and Gaza.

(e) REPORT.—

(1) IN GENERAL.—If the Secretary of State is unable to certify in writing to the appropriate congressional committees that the Palestinian Authority, the Palestine Liberation Organization, and any successor or affiliated organizations have met the conditions described in subsection (a), the Secretary shall, not later than 15 days after the date on which the Secretary is unable to make such certification, submit to the appropriate congressional committees a report that contains the following:

(A) The reasons why the Secretary was unable to certify in writing that such organizations have met such requirements.

(B) The definition of "acts of terrorism" that the Secretary used for purposes of making the determination in subparagraph (B) of subsection (a)(1).

(C) The total amount of funds to be withheld.

(2) FORM.—The report required by this subsection shall be submitted in unclassified form but may include a classified annex.

(f) LIST OF CRITERIA.—

(1) IN GENERAL.—Not later than 15 days after the date of the enactment of this Act, the Secretary of State shall submit to the appropriate congressional committees a list of the criteria that the Secretary uses to determine whether assistance for the West Bank and Gaza is assistance that directly benefits the Palestinian Authority for purposes of carrying out this section.

(2) UPDATE.—The Secretary of State shall submit to the appropriate congressional committees an updated list under paragraph (1) not later than 15 days after the date on which the Secretary makes any modification to the list.

**SEC. 1005. INITIAL REPORT.**

(a) IN GENERAL.—Not later than 60 days after the date of the enactment of this Act, the Secretary of State shall submit to the appropriate congressional committees a report describing those programs, projects, and activities funded by the United States Government that have been or will be suspended by reason of withholding of funds under section 1004.

(b) FORM.—The report required by subsection (a) shall be submitted in unclassified form but may include a classified annex.

**SEC. 1006. ANNUAL REPORT.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, and annually thereafter for 6 years,

the Secretary of State shall submit to the appropriate congressional committees a report including at a minimum the following elements:

(1) An estimate of the amount expended by the Palestinian Authority, the Palestine Liberation Organization, and any successor or affiliated organizations during the previous calendar year as payments for acts of terrorism by individuals who are imprisoned for such acts.

(2) An estimate of the amount expended by the Palestinian Authority, the Palestine Liberation Organization, and any successor or affiliated organizations during the previous calendar year as payments to the families of deceased individuals who committed an act of terrorism.

(3) An overview of Palestinian laws, decrees, regulations, or documents in effect the previous calendar year that authorize or implement any payments reported under paragraphs (1) and (2).

(4) A description of United States Government policy, efforts, and engagement with the Palestinian Authority in order to confirm the revocation of any law, decree, regulation, or document in effect the previous calendar year that authorizes or implements any payments reported under paragraphs (1) and (2).

(5) A description of United States Government policy, efforts, and engagement with other governments, and at the United Nations, to highlight the issue of Palestinian payments for acts of terrorism and to urge other nations to join the United States in calling on the Palestinian Authority to immediately cease such payments.

(b) FORM OF REPORT.—The report required by subsection (a) shall be submitted in unclassified form but may include a classified annex.

**SEC. 1007. APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.**

22 USC 2378c–1 note.

In this title, the term "appropriate congressional committees" means—

(1) the Committee on Appropriations and the Committee on Foreign Affairs of the House of Representatives; and

(2) the Committee on Appropriations and the Committee on Foreign Relations of the Senate.

# TITLE XI—FARM ACT

**SEC. 1101. SHORT TITLE.**

Fair Agricultural Reporting Method Act. 42 USC 9601 note.

This title may be cited as the "Fair Agricultural Reporting Method Act" or the "FARM Act".

**SEC. 1102. EXEMPTIONS FROM CERTAIN NOTICE REQUIREMENTS AND PENALTIES.**

Section 103 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9603) is amended by striking subsection (e) and inserting the following:

"(e) APPLICABILITY TO REGISTERED PESTICIDE PRODUCTS AND AIR EMISSIONS FROM ANIMAL WASTE AT FARMS.—

"(1) IN GENERAL.—This section shall not apply to—

"(A) the application of a pesticide product registered under the Federal Insecticide, Fungicide, and Rodenticide Act (7 U.S.C. 136 et seq.) or the handling and storage

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS,**
**AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                *Plaintiffs,*

      v.

JOSEPH R. BIDEN, JR., et al,              Civil Action No. 2:22-cv-241-Z

                *Defendants.*

_____/

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**

# Exhibit 4A

| Implementing Partner Name | International Category Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|
| Global Communities | Governance | 230435 | The Improve Livelihoods and Enhance Economic Development (ILEED) Activity will focus on promoting resilient livelihoods in Gaza and give households the tools they need to survive with recurrent crises. The activity will build upon USAID investments and successes to date, with a primary focus on building resilience through livelihoods while maintaining the flexibility and capacity to respond to emergencies, should they arise. | 2023 | 12,000,000 |
| Tetra Tech, Inc. | Governance | 219263 | The Governance Integration for Stabilization and Resilience (GISR) will provide USAID MENA based Missions and the Middle East Bureau the means to respond to shocks and stressors through integrated pilot and scalable activities by (1) positioning USAID operating units to provide rapid responses to unexpected shocks in governance, stabilization, and resilience programming in MENA; (2) applying learning and adaptive management expertise to governance, stabilization, and resilience programs that are experiencing unexpected shocks; and (3) testing pilot programming through integrated and scalable activities that support Mission development objectives. | 2023 | 9,200,000 |
| Global Communities | Governance | 226408 | The purpose of the Active Citizenry Activity is to empower Palestinian citizens and civil society actors to hold public institutions accountable, foster social and political advancement, and improve overall living conditions and prosperity. | 2023 | 8,000,000 |
| Enterprise - Non United States Other | Governance | 229530 | Education2Action is creating a network of entrepreneurial Israeli and Palestinian youth that empowers leaders to address challenges in and between their communities. This activity selects high school participants through a rigorous recruitment process for specialized training in computer science, entrepreneurship, and leadership. More than 1,000 youth will take part in this two-year educational program in partnership with the Massachusetts Institute of Technology, followed by a two-year entrepreneurial and volunteer practicum. | 2023 | 5,000,000 |
| International Research and Exchanges Board | Governance | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. This will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2023 | 5,000,000 |
| Global Communities | Governance | 230777 | The Pioneers-Raedat Activity is intended to leverage womens potential to create ripple effects that shift gender-based power relations within the Palestinian community. This Activity will improve institutional frameworks and processes in select sectors to ensure they align with legal requirements and international best practice (both existing and new that might be advanced through implementation) for the inclusion of women. It will also support communities to develop the necessary tools to promote womens inclusion in activities outside the home; build the capacity and confidence of individual women by engaging institutions of higher education and civil society; develop male allies, political structures, and the private sector; and strengthen public awareness and advocacy around womens issues, including gender-based violence (GBV). The Activity acknowledges the pervasiveness of gender-based violence and will field interventions that challenge the status quo in a manner fully complimentary of existing U.S. funded interventions on the topic, including awareness raising, gender-based violence in the workplace, behavior change, and economic empowerment for women survivors. | 2023 | 4,000,000 |
| Consortium for Elections and Political Process Strengthening | Governance | 229470 | Democratic Leadership Activity (DLA) | 2023 | 3,000,000 |
| Consortium for Elections and Political Process Strengthening | Governance | 229470 | Democratic Leadership Activity (DLA) | 2023 | 3,000,000 |
| Enterprise - Non United States Other | Governance | 231282 | Women's Economic and Empowerment Program (WEWB) aims to promote sustainable peace and cooperation by establishing a connected network of localized economic ecosystems, or hubs, led by Israeli and palestinian women micro-entrepreneurs. through economic empowerment, skills development, cross-border mentorship, and joint ventures, wewb aims to enhance the socio-economic conditions of women from diverse backgrounds, bridge gaps, and create opportunities for peaceful coexistence in the region. | 2023 | 2,939,382 |
| Tetra Tech, Inc. | Governance | 219263 | GISR will provide USAID MENA based Missions and the Middle East Bureau the means to respond to shocks and stressors through integrated pilot and scalable activities by (1) positioning USAID operating units to provide rapid responses to unexpected shocks in governance, stabilization, and resilience programming in MENA; (2) applying learning and adaptive management expertise to governance, stabilization, and resilience programs that are experiencing unexpected shocks; and (3) testing pilot programming through integrated and scalable activities that support Mission development objectives. | 2023 | 2,800,000 |
| Mercy Corps | Governance | 225951 | Positive youth engagement activity. | 2023 | 2,500,000 |
| Enterprise - Non United States Other | Governance | 230634 | The MEPPA: Ein Dor Museum for Archeology: Ecoplay program is a bi-national youth leadership program that will engage approximately 250 arab and jewish youth from the galilee together for an intensive multi-year development program and provide them the opportunity to develop as leaders together. focusing on the shared generational concern with environmental sustainability. The project will focus on the creation of an eco-park consisting of an ecological playground, a community garden, a recycled art exhibition, and social games events. as part of a pilot program, the recipient will also look to create opportunities for this cohort to engage with palestinian young leaders. | 2023 | 2,336,172 |
| PeacePlayers International | Governance | 230632 | MEPPA: APS: Game changers United is a leadership, professional, and athletic development program that will be implemented by peaceplayers international, it engages palestinian and israeli young people from diverse communities throughout Israel, east Jerusalem, and the West Bank over a three-year period. The project is a long-term framework for building trust and cross-border cooperation, advancing female empowerment, and enhancing leadership skills, using sports to create common ground. to successfully implement the project, game changers united actively engages key institutions including community leaders, municipal councils, and school administrators. | 2023 | 1,611,040 |
| Arava Institute for Environmental Studies | Governance | 229335 | Strengthen the organizational capacity of Civil Society Organizations (CSOs) for policy analysis and oversight, advocacy, coalition-building, internal governance, membership representation and services, and providing sustainable services that consistently meet the needs, priorities, and expectations of their constituents and communities. Areas of capacity development may include, but are not limited to, technical expertise (e.g., democracy, legal reform, standards of care); CSO self-regulation (e.g., establishing CSO Codes of Conduct); organizational capacity (e.g., strategic planning, financial management and accountability, public relations and outreach, revenue generation, accountable fundraising, constituency relations, member services, relationship management, learning and adaptation); and advocacy training. | 2023 | 1,520,618 |
| Enterprise - Non United States Other | Governance | 230775 | The Photo Salaam Activity aims to promote a broader coexistence by changing public awareness and behavior on subjects relating to diversity and shared society. The activity will provide arab and jewish residents, young adults, and youth, with a collaborative platform, photography skills, the ability to make their voices heard in a strong and coherent manner, and the opportunity to share their daily reality worldview on a grand scale. Their work will be displayed through various platforms open to the public, including outdoor local exhibits and the international photography festival in tel aviv, an annual event that garners over 50,000 participants from Israel and abroad each year. Throughout the program, participants will benefit from mixed identity photography workshops in which arab and jewish Israeli participants work together and gain each other's trust around common topics of interest. The photo is: voice methodology is expected to be an effective tool through which to reintroduce arab and jewish stakeholders' confidence in coexistence principles and foster unity in communities. | 2023 | 1,343,584 |
| AECOM Technology Corporation | Governance | 216851 | Construction Management Task Order (TO) under Architecture and Engineering (A&E) IDIQ | 2023 | 1,250,000 |
| Hadassah | Governance | 230656 | The Middle East Binational Psychotherapy School convenes Israeli and Palestinian professionals in formal and informal settings to enhance their skills in child and adolescent psychotherapy and psychoanalysis. Through training opportunities and workshops, Israeli and Palestinian mental health professionals study, research, and develop techniques to address the conflicts impacts on the mental health and well-being of children and adolescents. | 2023 | 1,207,000 |
| Tsofen | Governance | 230633 | The purpose of the Tsofen-Gogetit: Growing Opportunities, Growing in Employment in Tech activity is to promote greater understanding and cooperation among jewish, israeli-citizen arab, and west bank palestinian youth by building economic ties in the technological sector in stem studies and in the hi-tech field, in order to reduce disparities that destabilize peaceful relations between jews and arabs in israel and in palestine, while also enhancing shared cross-border community building and dialogue. | 2023 | 1,000,000 |
| Consortium for Elections and Political Process Strengthening | Governance | 229470 | Democratic Leadership Activity (DLA) | 2023 | 1,000,000 |
| Consortium for Elections and Political Process Strengthening | Governance | 229470 | Democratic Leadership Activity (DLA) | 2023 | 1,000,000 |
| Mercy Corps | Governance | 225951 | Positive youth engagement activity. | 2023 | 1,000,000 |

| | | | | | |
|---|---|---|---|---|---|
| Enterprise - Non United States Other | Governance | 220992 | The Civil Society Organizational Capacity Development project seeks to strengthen the organizational capacity of Civil Society Organizations (CSOs) for policy analysis and oversight, advocacy, coalition-building, internal governance, membership representation and services, and providing sustainable services that consistently meet the needs, priorities, and expectations of their constituents and communities. Areas of capacity development may include, but are not limited to, technical expertise (e.g., democracy, legal reform, standards of care); CSO self-regulation (e.g., establishing CSO Codes of Conduct); organizational capacity (e.g., strategic planning, financial management and accountability, public relations and outreach, revenue generation, accountable fundraising, constituency relations, member services, relationship management, learning and adaptation); and advocacy training. | 2023 | 1,000,000 |
| Mercy Corps | Governance | 228494 | Funding for MEPPA award to Prosperity through Partnership (PTP) activity | 2023 | 797,827 |
| Arava Institute for Environmental Studies | Governance | 230768 | The Peace and Reconciliation Processes Activity seeks to support and strengthen negotiation processes and implement peace and reconciliation processes, accords and ceasefire agreements at track levels 1, 2 and 3, including support to indigenous peacebuilding efforts. Illustrative activities include negotiation training; platform development; public opinion polling; facilitation activities; elder statesperson engagement; provision of international expert advice and knowledge; financial support to parties; multi-stakeholder dialogues; assistance with the design of peacebuilding training programs; support and maintenance of agreed verification mechanisms; support to complaint tracking mechanisms; and work with local and national government representatives to connect to their constituencies. This includes support to locally-driven peace processes and conflict mitigation strategies in order to address grievances, build community cohesion, strengthen the relationship between the community, local, and national government stakeholders and support local conflict resolution mechanisms, including mediation and community dialogues. Reconciliation processes may involve: dialogue processes with trained facilitators, engagement of religious and/or community leaders, the utilization of local cultural practices, reconciliation commissions, media/ expressive and/or performing arts such as theater and TV/ radio shows with culturally specific and targeted story lines and/or other educational activities. Support the media, both traditional and social media, during conflict to peace transitions in order to ensure balance, transparency, and accountability and amplify positive peace messages. Includes: supporting innovative media programs that inform and prepare people to accept the outcome of credible negotiations and encourage them to engage in peace efforts; creating better understanding between parties or identity groups and their followers  including providing forums for dialogue; educating the public about negotiation or democratic proc | 2023 | 683,817 |
| Enterprise - Non United States Other | Governance | 226371 | Techseeds for Peace (t4p) harnesses technology as a common interest to bring together Palestinians and Israelis for skills development and career advancement to take advantage of this growing market and building lasting personal relationships. Today, there are 20,000 open software development positions in Israel, the West Bank and Gaza. The activity engages over 1,000 young Palestinian and Israeli professionals from underserved communities to learn technology, leadership, conflict mitigation and soft skills side-by-side. The activity supports full-stack training including both back-end and front-end skills development like database, algorithms and code training in addition to training on visual design, app development and data storage. participants will also receive interview and resume skills to promote career advancement in the technology field. Palestinian and Israeli youth engage in training and education sessions together as they learn to work together as peers, widening the constituency of peace across the regions burgeoning technology industry and building support for an eventual two-state solution | 2023 | 542,465 |
| Parents Circle - Families Forum | Governance | 229336 | The Civil Society Organizational Capacity Development project seeks to strengthen the organizational capacity of Civil Society Organizations (CSOs) for policy analysis and oversight, advocacy, coalition-building, internal governance, membership representation and services, and providing sustainable services that consistently meet the needs, priorities, and expectations of their constituents and communities. Areas of capacity development may include, but are not limited to, technical expertise (e.g., democracy, legal reform, standards of care); CSO self-regulation (e.g., establishing CSO Codes of Conduct); organizational capacity (e.g., strategic planning, financial management and accountability, public relations and outreach, revenue generation, accountable fundraising, constituency relations, member services, relationship management, learning and adaptation); and advocacy training. | 2023 | 540,000 |
| Enterprise - Non United States Other | Governance | 219862 | The Peace and Reconciliation Processes Activity seeks to support and strengthen negotiation processes and implement peace and reconciliation processes, accords and ceasefire agreements at track levels 1, 2 and 3, including support to indigenous peacebuilding efforts. Illustrative activities include negotiation training; platform development; public opinion polling; facilitation activities; elder statesperson engagement; provision of international expert advice and knowledge; financial support to parties; multi-stakeholder dialogues; assistance with the design of peacebuilding training programs; support and maintenance of agreed verification mechanisms; support to complaint tracking mechanisms; and work with local and national government representatives to connect to their constituencies. This includes support to locally-driven peace processes and conflict mitigation strategies in order to address grievances, build community cohesion, strengthen the relationship between the community, local, and national government stakeholders and support local conflict resolution mechanisms, including mediation and community dialogues. Reconciliation processes may involve: dialogue processes with trained facilitators, engagement of religious and/or community leaders, the utilization of local cultural practices, reconciliation commissions, media/ expressive and/or performing arts such as theater and TV/ radio shows with culturally specific and targeted story lines and/or other educational activities. Support the media, both traditional and social media, during conflict to peace transitions in order to ensure balance, transparency, and accountability and amplify positive peace messages. Includes: supporting innovative media programs that inform and prepare people to accept the outcome of credible negotiations and encourage them to engage in peace efforts; creating better understanding between parties or identity groups and their followers  including providing forums for dialogue; educating the public about negotiation or democratic proc | 2023 | 530,028 |
| NGO - United States Other | Governance | 218730 | The Civil Society Organizational Capacity Development project seeks to strengthen the organizational capacity of Civil Society Organizations (CSOs) for policy analysis and oversight, advocacy, coalition-building, internal governance, membership representation and services, and providing sustainable services that consistently meet the needs, priorities, and expectations of their constituents and communities. Areas of capacity development may include, but are not limited to, technical expertise (e.g., democracy, legal reform, standards of care); CSO self-regulation (e.g., establishing CSO Codes of Conduct); organizational capacity (e.g., strategic planning, financial management and accountability, public relations and outreach, revenue generation, accountable fundraising, constituency relations, member services, relationship management, learning and adaptation); and advocacy training. | 2023 | 500,000 |
| Mercy Corps | Governance | 225951 | Positive youth engagement activity. | 2023 | 500,000 |
| Global Communities | Governance | 230777 | The Pioneers-Ra'edat Activity is intended to leverage womens potential to create ripple effects that shift gender-based power relations within the Palestinian community. This Activity will improve institutional frameworks and processes in select sectors to ensure they align with legal requirements and international best practice (both existing and new that might be advanced through implementation) for the inclusion of women. It will also support communities to develop the necessary tools to promote womens inclusion in activities outside the home; build the capacity and confidence of individual women by engaging institutions of higher education and civil society; develop male allies, political structures, and the private sector; and strengthen public awareness and advocacy around womens issues, including gender-based violence (GBV). The Activity acknowledges the pervasiveness of gender-based violence and will field interventions that challenge the status quo in a manner fully complimentary of existing U.S. funded interventions on the topic, including awareness raising, gender-based violence in the workplace, behavior change, and economic empowerment for women survivors. | 2023 | 497,008 |
| Tsofen | Governance | 230633 | The purpose of the Tsofen-Gogetit: Growing Opportunities, Growing in Employment in Tech activity is to promote greater understanding and cooperation among jewish, israeli-citizen arab, and west bank palestinian youth by building economic ties in the technological sector in stem studies and in the hi-tech field, in order to reduce disparities that destabilize peaceful relations between jews and arabs in israel and in palestine, while also enhancing shared cross-border community building and dialogue. | 2023 | 448,067 |
| Global Communities | Governance | 226408 | The purpose of the Active Citizenry Activity is to empower Palestinian citizens and civil society actors to hold public institutions accountable, foster social and political advancement, and improve overall living conditions and prosperity. | 2022 | 7,000,000 |
| Mercy Corps | Governance | 225951 | Positive youth engagement activity. | 2022 | 4,000,000 |
| Enterprise - Non United States Other | Governance | 226743 | The Civil Society Organizational Capacity Development project seeks to strengthen the organizational capacity of Civil Society Organizations (CSOs) for policy analysis and oversight, advocacy, coalition-building, internal governance, membership representation and services, and providing sustainable services that consistently meet the needs, priorities, and expectations of their constituents and communities. Areas of capacity development may include, but are not limited to, technical expertise (e.g., democracy, legal reform, standards of care); CSO self-regulation (e.g., establishing CSO Codes of Conduct); organizational capacity (e.g., strategic planning, financial management and accountability, public relations and outreach, revenue generation, accountable fundraising, constituency relations, member services, relationship management, learning and adaptation); and advocacy training. | 2022 | 4,000,000 |
| Enterprise - Non United States Other | Governance | 228299 | The Peace and Reconciliation Processes Activity seeks to support and strengthen negotiation processes and implement peace and reconciliation processes, accords and ceasefire agreements at track levels 1, 2 and 3, including support to indigenous peacebuilding efforts. Illustrative activities include negotiation training; platform development; public opinion polling; facilitation activities; elder statesperson engagement; provision of international expert advice and knowledge; financial support to parties; multi-stakeholder dialogues; assistance with the design of peacebuilding training programs; support and maintenance of agreed verification mechanisms; support to complaint tracking mechanisms; and work with local and national government representatives to connect to their constituencies. This includes support to locally-driven peace processes and conflict mitigation strategies in order to address grievances, build community cohesion, strengthen the relationship between the community, local, and national government stakeholders and support local conflict resolution mechanisms, including mediation and community dialogues. Reconciliation processes may involve: dialogue processes with trained facilitators, engagement of religious and/or community leaders, the utilization of local cultural practices, reconciliation commissions, media/ expressive and/or performing arts such as theater and TV/ radio shows with culturally specific and targeted story lines and/or other educational activities. Support the media, both traditional and social media, during conflict to peace transitions in order to ensure balance, transparency, and accountability and amplify positive peace messages. Includes: supporting innovative media programs that inform and prepare people to accept the outcome of credible negotiations and encourage them to engage in peace efforts; creating better understanding between parties or identity groups and their followers  including providing forums for dialogue; educating the public about negotiation or democratic proc | 2022 | 3,845,541 |

| | | | | | |
|---|---|---|---|---|---|
| Enterprise - Non United States Other | Governance | 226371 | Techseeds for Peace (t4p) harnesses technology as a common interest to bring together Palestinians and Israelis for skills development and career advancement to take advantage of this growing market and building lasting personal relationships. Today, there are 20,000 open software development positions in Israel, the West Bank and Gaza. The activity engages over 1,000 young Palestinian and Israeli professionals from underserved communities to learn technology, leadership, conflict mitigation and soft skills side-by-side. The activity supports full-stack training including both back-end and front-end skills development like database, algorithms and code training in addition to training on visual design, app development and data storage. participants will also receive interview and resume skills to promote career advancement in the technology field. Palestinian and Israeli youth engage in training and education sessions together as they learn to work together as peers, widening the constituency of peace across the regions burgeoning technology industry and building support for an eventual two-state solution | 2022 | 3,025,790 |
| The Peres Center for Peace and Innovation | Governance | 226896 | The DevelopMed - Medicine in the Service of Peace activity will create a sustainable, formalized approach to cooperation between israeli and palestinian stakeholders in the healthcare field. healthcare offers a unique window of opportunity for cross-border partnership and peacebuilding between palestinians and israelis. to date, such cooperation has been limited and ad hoc. developmed will establish an israeli-palestinian medical cooperation consortium to engage stakeholders on ways to improve cross-border medical cooperation. the activity provides in-person training to over 300 israeli and palestinian  medical professionals, increasing mutual trust, confidence, and understanding between them. through this activity, healthcare professionals will improve their ability to address challenges facing healthcare systems in their communities, while also building personal connections that will create advocates for peace.. | 2022 | 2,210,000 |
| Mercy Corps | Governance | 228494 | Funding for MEPPA award to Prosperity through Partnership (PTP) activity | 2022 | 1,402,173 |
| Mercy Corps | Governance | 225951 | Positive youth engagement activity. | 2022 | 1,000,000 |
| Chemonics International, Inc. | Governance | 226661 | The purpose of this contract is to implement the Building Regional Economic Bridges (BREB) activity to promote peace between the WBG and Israel through expanded economic, commercial, and applied research partnerships/alliances between the WBG, Israel, and the U.S. | 2022 | 1,000,000 |
| International Research and Exchanges Board | Governance | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide credentials with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increase the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2022 | 1,000,000 |
| Tetra Tech, Inc. | Governance | 219263 | GISR will provide USAID MENA based Missions and the Middle East Bureau the means to respond to shocks and stressors through integrated pilot and scalable activities by (1) positioning USAID operating units to provide rapid responses to unexpected shocks in governance, stabilization, and resilience programming in MENA; (2) applying learning and adaptive management expertise to governance, stabilization, and resilience programing that are experiencing unexpected shocks; and (3) testing pilot programming through integrated and scalable activities that support Mission development objectives. | 2022 | 196,909 |
| Mercy Corps | Governance | 225951 | Positive youth engagement activity. | 2021 | 6,000,000 |
| FHI 360 | Governance | 225221 | Building civic participation and community engagement in the West Bank and Gaza. | 2021 | 5,000,000 |
| Mercy Corps | Governance | 225951 | Positive youth engagement activity. | 2021 | 2,000,000 |
| University/Research Institute - Non United States Other | Governance | 205108 | The Peace and Reconciliation Processes Activity seeks to support and strengthen negotiation processes and implement peace and reconciliation processes, accords and ceasefire agreements at track levels 1, 2 and 3, including support to indigenous peacebuilding efforts. Illustrative activities include negotiation training; platform development; public opinion polling; facilitation activities; elder statesperson engagement; provision of international expert advice and knowledge; financial support to parties; multi-stakeholder dialogues; assistance with the design of peacebuilding training programs; support and maintenance of agreed verification mechanisms; support to complaint tracking mechanisms; and work with local and national government representatives to connect to their constituencies. This includes support to locally-driven peace processes and conflict mitigation strategies in order to address grievances, build community cohesion, strengthen the relationship between the community, local, and national government stakeholders and support local conflict resolution mechanisms, including mediation and community dialogues. Reconciliation processes may involve: dialogue processes with trained facilitators, engagement of religious and/or community leaders, the utilization of local cultural practices, reconciliation commissions, media/ expressive and/or performing arts such as theater and TV/ radio shows with culturally specific and targeted story lines and/or other educational activities. Support the media, both traditional and social media, during conflict to peace transitions in order to ensure balance, transparency, and accountability and amplify positive peace messages. Includes: supporting innovative media programs that inform and prepare people to accept the outcome of credible negotiations and encourage them to engage in peace efforts; creating better understanding between parties or identity groups and their followers  including providing forums for dialogue; educating the public about negotiation or democratic proc | 2021 | 9,164 |
| **Total** | | | | | **118,436,585** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION**

———————————————————————————
DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

              *Plaintiffs,*

     v.

JOSEPH R. BIDEN, JR., et al,            Civil Action No. 2:22-cv-241-Z

              *Defendants.*

———————————————————————————/


**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**


# Exhibit 4B

| Implementing Partner Name | International Category Name | International Sector Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|---|
| Creative Associates International | Education | Basic Education | 229240 | The objective of the basic education activity is to strengthen non-governmental education services for Palestinian children, grades 1 through 6, that enable them to thrive and reach their full developmental potential. | 2023 | 6,000,000 |
| Enterprise - Non United States Other | Governance | Government and Civil Society | 229530 | Education2Action is creating a network of entrepreneurial Israeli and Palestinian youth peacemakers to address challenges in and between their communities. This activity selects high school participants through a rigorous recruitment process for specialized training in computer science, entrepreneurship, and leadership. More than 1,000 youth will take part in this two-year educational program in partnership with the Massachusetts Institute of Technology, followed by a two-year entrepreneurial and volunteer practicum. | 2023 | 5,000,000 |
| Creative Associates International | Education | Basic Education | 229240 | The objective of the Basic Education Activity is to strengthen non-governmental education services for Palestinian children of kg 1 through grade 6 that enable them to thrive and reach their full developmental potential. | 2023 | 5,000,000 |
| Mercy Corps | Education | Upper Secondary Education | 225951 | Positive youth engagement activity. | 2023 | 4,800,000 |
| International Research and Exchanges Board | Education | Upper Secondary Education | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment | 2023 | 3,500,000 |
| International Research and Exchanges Board | Governance | Other Social Infrastructure and Services | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. The TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment | 2023 | 5,000,000 |
| Mercy Corps | Education | Post-Secondary Education | 225951 | Positive youth engagement activity. | 2023 | 3,000,000 |
| Management Systems International | Administrative Costs | Operating Expenses | 221769 | To provide monitoring, evaluation, and learning services for the Middle East and North Africa | 2023 | 2,000,000 |
| Tetra Tech, Inc. | Other | Other Multisector | 228690 | Teaching and Learning for Excellence Education in the Middle East (aka TALEEM). Rina Dhalla is the primary for this activity. | 2023 | 1,200,000 |
| Tsofen | Education | Upper Secondary Education | 230633 | The purpose of the Tsofen-Gogetit: Growing Opportunities, Growing Employment in Tech activity is to promote greater understanding and cooperation among jewish, israeli-citizen arab, and west bank palestinian youth by building economic ties in the technological sector in stem studies and in the hi-tech field, in order to reduce disparities that destabilize peaceful relations between jews and arabs in israel and in palestine, while also enhancing shared cross-border community building and dialogue. | 2023 | 1,000,000 |

| AECOM Technology Corporation | Education | Basic Education | 216851 | Construction Management Task Order (TO) under Architecture and Engineering (A&E) IDIQ | 2023 | 750,000 |
|---|---|---|---|---|---|---|
| Enterprise - Non United States Other | Governance | Conflict, Peace, and Security | 226371 | techseeds for peace (t4p) harnesses technology as a common interest to bring together.palestinians and israelis for skills development and career advancement to take.advantage of this growing market and building lasting personal relationships. today, there.are 20,000 open software development positions in israel, the west bank and gaza. the.activity engages over 1,000 young palestinian and israeli professionals from underserved.communities to learn technology, leadership, conflict mitigation and soft skills.side-by-side. the activity supports full-stack training including both back-end and.front-end skills development like database, algorithms and code training in addition to.training on visual design, app development and data storage. participants will also receive.interview and resume skills to promote career advancement in the technology field..palestinian and israeli youth engage in training and education sessions together as they.learn to work together as peers, widening the constituency of peace across the regions.burgeoning technology industry and building support for an | 2023 | 542,465 |
| Global Integrity | Other | Other Multisector | 228179 | Task order under the the Evaluation, Monitoring, and Learning Services (EVAL-ME II) indefinite delivery, indefinite quantity (IDIQ) contract awarded by the United States Agency for International Developments (USAID) Bureau for Policy, Planning, and Learning (PPL) | 2023 | 143,315 |
| International Research and Exchanges Board | Education | Upper Secondary Education | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment | 2022 | 3,500,000 |
| Management Systems International | Administrative Costs | Operating Expenses | 221769 | To provide monitoring, evaluation, and learning services for the Middle East and North Africa | 2022 | 2,879,919 |
| Chemonics International, Inc. | Education | Upper Secondary Education | 226661 | The purpose of this contract is to implement the Building Regional Economic Bridges (BREB) activity to promote peace between the WBG and Israel through expanded economic, commercial, and applied research partnerships/alliances between the WBG, Israel, and the U.S. | 2022 | 1,000,000 |
| International Research and Exchanges Board | Governance | Other Social Infrastructure and Services | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment | 2022 | 1,000,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| International Research and Exchanges Board | Economic Growth | Business and Other Services | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2022 | 500,000 |
| Management Systems International | Administrative Costs | Operating Expenses | 221769 | To provide monitoring, evaluation, and learning services for the Middle East and North Africa | 2021 | 1,275,000 |
| Management Systems International | Administrative Costs | Program Design and Learning | 221769 | To provide monitoring, evaluation, and learning services for the Middle East and North Africa | 2021 | 725,000 |
| **Total** | | | | | | 48,815,699 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS,**
**AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                    *Plaintiffs,*

      v.

JOSEPH R. BIDEN, JR., et al,              Civil Action No. 2:22-cv-241-Z

                    *Defendants.*

_____/

# APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION

# FOR PARTIAL SUMMARY JUDGMENT

# Exhibit 4C

| Implementing Partner Name | International Category Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|
| Jhpiego Corporation | Health and Population | 221718 | The suite of MOMENTUM awards seeks to accelerate reductions in maternal, newborn, and child mortality and morbidity in high-burden, USAID-supported countries by increasing the capacity of host country institutions and local organizations to introduce, deliver, scale up, and sustain the use of evidence-based, quality maternal, newborn, and child health (MNCH) services, voluntary family planning (FP), and reproductive (RH) care. MOMENTUM Round 2A (project name TBD) is focused on (1) providing targeted technical assistance and capacity-development to USAIDs Missions, partner governments, and local organizations; and, (2) contributing to global technical leadership and policy dialogue on improving measurable outcomes for reproductive; maternal, newborn, and child health; and voluntary family planning. | 2023 | 11,900,000 |
| Hadassah | Governance | 230656 | Middle East Binational Psychotherapy School convenes Israeli and Palestinian professionals in formal and informal settings to enhance their skills in child and adolescent psychotherapy and psychoanalysis. Through training opportunities and workshops, Israeli and Palestinian mental health professionals study, research, and develop techniques to address the conflicts impacts on the mental health and well-being of children and adolescents. | 2023 | 1,207,000 |
| Global Communities | Humanitarian | 225114 | USAID/West Bank and Gaza. Gaza Household Wash Activity | 2023 | 1,200,000 |
| AECOM Technology Corporation | Health and Population | 216851 | Construction Management Task Order (TO) under Architecture and Engineering (A&E) IDIQ | 2023 | 600,000 |
| Government of West Bank/Gaza | Health and Population | 228361 | Private Sector Debt Payments | 2022 | 14,500,000 |
| Church and Faith Based - United States Redacted | Humanitarian | 215175 | The Envision Gaza 2020 Project aims to sustain the lives of conflict-affected Palestinians in Gaza and contributes to their resilience. | 2022 | 5,000,000 |
| The Peres Center for Peace and Innovation | Governance | 226896 | The DevelopMed - Medicine in the service of peace activity will create a sustainable, formalized approach to cooperation between Israeli and Palestinian stakeholders in the healthcare field. Healthcare offers a unique window of opportunity for cross-border partnership and peacebuilding between Palestinians and Israelis. To date, such cooperation has been limited and ad hoc. Developmed will establish an Israeli-Palestinian medical cooperation consortium to engage stakeholders on ways to improve cross-border medical cooperation. The activity provides in-person training to over 300 Israeli and Palestinian medical professionals, increasing mutual trust, confidence, and understanding between them. through this activity, healthcare professionals will improve their ability to address challenges facing healthcare systems in their communities, while also building personal connections that will create advocates for peace.. | 2022 | 2,210,000 |
| Global Communities | Humanitarian | 225114 | USAID/West Bank and Gaza. Gaza Household Wash Activity | 2022 | 300,000 |
| Enterprise - United States Redacted | Health and Population | 221387 | GH-TAMS- The Global Health Technical Assistance Mission Support project provides access to an enormous database of consultants that can provide strategic, programmatic and technical assistance. Consultants have a wide range of management and highly technical expertise - HIV/AIDS, MCHN, family planning, infectious diseases, COVID-19, malaria, TB, health systems and other health areas - across policy, service provision, behavior change, strategic information, research, analysis, monitoring assessments, and other key health sector areas. | 2022 | 75,000 |
| World Food Program | Humanitarian | 225597 | Emergency food assistance. | 2021 | 20,200,000 |
| Church and Faith Based - United States Redacted | Humanitarian | 215175 | The Envision Gaza 2020 Project aims to sustain the lives of conflict-affected Palestinians in Gaza and contributes to their resilience. | 2021 | 11,000,000 |
| Government of West Bank/Gaza | Health and Population | 225963 | Private Sector Debt Payments | 2021 | 10,000,000 |
| International Medical Corps | Health and Population | 215236 | The Gaza 2020: Health Matters Project aims to sustain the lives of conflict-affected Palestinians in Gaza. The project works with NGOs and the private sector to increase access to essential and emergency health services for vulnerable communities. | 2021 | 5,000,000 |
| Global Communities | Humanitarian | 225114 | USAID/West Bank and Gaza. Gaza Household Wash Activity | 2021 | 1,000,000 |
| Total | | | | | 84,192,000 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

               *Plaintiffs,*

     v.

JOSEPH R. BIDEN, JR., et al,             Civil Action No. 2:22-cv-241-Z

               *Defendants.*

_____/

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**

# Exhibit 4D

| Implementing Partner Name | International Sector Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|
| ECODIT, Inc. | Operating Expenses | 229169 | The Advancing Gender Equity, Equality and Empowerment of Women activity seeks to advance gender equity, equality and empowerment of women and girls, in their intersections. | 2024 | 71,844 |
| Global Communities | Government and Civil Society | 230435 | The Improve Livelihoods and Enhance Economic Development (ILEED) Activity will focus on promoting resilient livelihoods in Gaza and give households the tools they need to cope with recurrent crises. The activity will build upon USAID investments and successes to date, with a primary focus on building resilience through livelihoods while maintaining the flexibility and capacity to respond to emergencies, should they arise. | 2023 | 12,000,000 |
| Global Communities | Government and Civil Society | 230777 | The Pioneers-Raedat Activity is intended to leverage womens potential to create ripple effects that shift gender-based power relations within the Palestinian community. This Activity will improve institutional frameworks and processes in select sectors to ensure they align with legal requirements and international best practice (both existing and new that might be advanced through implementation) for the inclusion of women. It will also support communities to develop the necessary tools to promote womens inclusion in activities outside the home; build the capacity and confidence of individual women by engaging institutions of higher education and civil society; develop male allies, political structures, and the private sector; and strengthen public awareness and advocacy around womens issues, including gender-based violence (GBV). The Activity acknowledges the pervasiveness of gender-based violence and will field interventions that challenge the status quo in a manner fully complimentary of existing U.S. funded interventions on the topic, including awareness raising, gender-based violence in the workplace, behavior change, and economic empowerment for women survivors. | 2023 | 4,000,000 |
| Enterprise - Non United States Other | Business and Other Services | 231282 | Women's Economic and Empowerment Program (WEWB) aims to promote sustainable peace and cooperation by establishing a connected network of localized economic ecosystems, or hubs, led by israeli and palestinian women micro-entrepreneurs. through economic empowerment, skills development, cross-border mentorship, and joint ventures, wewb aims to enhance the socio-economic conditions of women from diverse backgrounds, bridge gaps, and create opportunities for peaceful coexistence in the region. | 2023 | 1,500,000 |
| International Research and Exchanges Board | Other Social Infrastructure and Services | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2022 | 1,000,000 |
| International Research and Exchanges Board | Upper Secondary Education | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2022 | 3,500,000 |
| Enterprise - Non United States Other | Conflict, Peace, and Security | 226371 | Techseeds for Peace (t4p) harnesses technology as a common interest to bring together Palestinians and Israelis for skills development and career advancement to take advantage of this growing market and building lasting personal relationships. Today, there are 20,000 open software development positions in Israel, the West Bank and Gaza. The activity engages over 1,000 young Palestinian and Israeli professionals from underserved communities to learn technology, leadership, conflict mitigation and soft skills.side-by-side. The activity supports full-stack training including both back-end and front-end skills development like database, algorithms and code training in addition to training on visual design, app development and data storage. participants will also receive interview and resume skills to promote career advancement in the technology field. Palestinian and Israeli youth engage in training and education sessions together as they learn to work together as peers, widening the constituency of peace across the regions burgeoning technology industry and building support for an eventual two-state solution | 2022 | 3,025,790 |
| Global Communities | Business and Other Services | 230777 | The Pioneers-Raedat Activity is intended to leverage womens potential to create ripple effects that shift gender-based power relations within the Palestinian community. This Activity will improve institutional frameworks and processes in select sectors to ensure they align with legal requirements and international best practice (both existing and new that might be advanced through implementation) for the inclusion of women. It will also support communities to develop the necessary tools to promote womens inclusion in activities outside the home; build the capacity and confidence of individual women by engaging institutions of higher education and civil society; develop male allies, political structures, and the private sector; and strengthen public awareness and advocacy around womens issues, including gender-based violence (GBV). The Activity acknowledges the pervasiveness of gender-based violence and will field interventions that challenge the status quo in a manner fully complimentary of existing U.S. funded interventions on the topic, including awareness raising, gender-based violence in the workplace, behavior change, and economic empowerment for women survivors. | 2023 | 1,000,000 |
| International Research and Exchanges Board | Business and Other Services | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2022 | 500,000 |
| Enterprise - Non United States Other | Conflict, Peace, and Security | 226371 | Techseeds for Peace (t4p) harnesses technology as a common interest to bring together Palestinians and Israelis for skills development and career advancement to take advantage of this growing market and building lasting personal relationships. Today, there are 20,000 open software development positions in Israel, the West Bank and Gaza. The activity engages over 1,000 young Palestinian and Israeli professionals from underserved communities to learn technology, leadership, conflict mitigation and soft skills.side-by-side. The activity supports full-stack training including both back-end and front-end skills development like database, algorithms and code training in addition to training on visual design, app development and data storage. participants will also receive interview and resume skills to promote career advancement in the technology field. Palestinian and Israeli youth engage in training and education sessions together as they learn to work together as peers, widening the constituency of peace across the regions burgeoning technology industry and building support for an eventual two-state solution | 2023 | 542,465 |

| | | | | | |
|---|---|---|---|---|---|
| International Research and Exchanges Board | Upper Secondary Education | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2023 | 3,500,000 |
| Global Communities | Government and Civil Society | 230777 | The Pioneers-Raedat Activity is intended to leverage womens potential to create ripple effects that shift gender-based power relations within the Palestinian community. This Activity will improve institutional frameworks and processes in select sectors to ensure they align with legal requirements and international best practice (both existing and new that might be advanced through implementation) for the inclusion of women. It will also support communities to develop the necessary tools to promote womens inclusion in activities outside the home; build the capacity and confidence of individual women by engaging institutions of higher education and civil society; develop male allies, political structures, and the private sector; and strengthen public awareness and advocacy around womens issues, including gender-based violence (GBV). The Activity acknowledges the pervasiveness of gender-based violence and will field interventions that challenge the status quo in a manner fully complimentary of existing U.S. funded interventions on the topic, including awareness raising, gender-based violence in the workplace, behavior change, and economic empowerment for women survivors. | 2023 | 497,008 |
| Enterprise - United States Other | Conflict, Peace, and Security | 228127 | Provide businesswomen with training, seed funding, and connections with successful entrepreneur mentors. A separate component of the activity will train young women on business skills and expose them to role models, building the next generation of women entrepreneurs. Training and mentorship sessions will provide opportunities for Palestinian and Israeli women to expand their business networks and build the personal connections that help foster greater security, prosperity, and freedom. | 2022 | 3,294,202 |
| **Total** | | | | | **34,431,309** |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS,
## AMARILLO DIVISION

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                *Plaintiffs,*

      v.

JOSEPH R. BIDEN, JR., et al,            Civil Action No. 2:22-cv-241-Z

                *Defendants.*

_____/


## APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION

## FOR PARTIAL SUMMARY JUDGMENT


# Exhibit 4E

| Implementing Partner Name | US Category Name | US Sector Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|---|
| Global Communities | Democracy, Human Rights, and Governance | Rule of Law and Human Rights | 230435 | The Improve Livelihoods and Enhance Economic Development (ILEED) Activity will focus on promoting resilient livelihoods in Gaza and give households the tools they need to cope with recurrent crises. The activity will build upon USAID investments and successes to date, with a primary focus on building resilience through livelihoods while maintaining the flexibility and capacity to respond to emergencies, should they arise. | 2023 | 12,000,000 |
| Chemonics International, Inc. | Economic Development | Trade and Investment | 226661 | The purpose of this contract is to implement the Building Regional Economic Bridges (BREB) activity to promote peace between the WBG and Israel through expanded economic, commercial, and applied research partnerships/alliances between the WBG, Israel, and the U.S. | 2023 | 7,500,000 |
| Development Alternatives, Inc. | Economic Development | Private Sector Competitiveness | 226120 | Through a package of technical assistance and grants, the Small and Medium Enterprise Assistance for Recovery and Transition (SMART) Activity, aims to rapidly recover the Palestinian small and medium enterprises (SMEs) and put them on a path to revitalization following the unprecedented COVID-19 crisis. SMART will help SMEs regain productivity, grow, and expand. It will promote economic growth and self-reliance in the West Bank and Gaza. | 2023 | 6,000,000 |
| International Research and Exchanges Board | Economic Development | Private Sector Competitiveness | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2023 | 5,000,000 |
| Chemonics International, Inc. | Economic Development | Private Sector Competitiveness | 226661 | The purpose of this contract is to implement the Building Regional Economic Bridges (BREB) activity to promote peace between the WBG and Israel through expanded economic, commercial, and applied research partnerships/alliances between the WBG, Israel, and the U.S. | 2023 | 4,000,000 |
| International Research and Exchanges Board | Education and Social Services | Higher Education | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2023 | 3,500,000 |
| AECOM Technology Corporation | Economic Development | Macroeconomic Foundation for Growth | 216851 | Construction Management Task Order (TO)  under Architecture and Engineering (A&E) IDIQ | 2023 | 3,000,000 |
| Enterprise - Non United States Other | Democracy, Human Rights, and Governance | Civil Society | 231282 | Women's Economic and Empowerment Program (WEWB) aims to promote sustainable peace and cooperation by establishing a connected network of localized economic ecosystems, or hubs, led by israeli and palestinian women micro-entrepreneurs. through economic empowerment, skills development, cross-border mentorship, and joint ventures, WEWB aims to enhance the socio-economic conditions of women from diverse backgrounds, bridge gaps, and create opportunities for peaceful coexistence in the region. | 2023 | 2,939,382 |
| Development Alternatives, Inc. | Economic Development | Macroeconomic Foundation for Growth | 226120 | Through a package of technical assistance and grants, the Small and Medium Enterprise Assistance for Recovery and Transition (SMART) Activity, aims to rapidly recover the Palestinian small and medium enterprises (SMEs) and put them on a path to revitalization following the unprecedented COVID-19 crisis. SMART will help SMEs regain productivity, grow, and expand. It will promote economic growth and self-reliance in the West Bank and Gaza. | 2023 | 2,000,000 |
| Enterprise - Non United States Other | Economic Development | Private Sector Competitiveness | 231282 | Women's Economic and Empowerment Program (WEWB) aims to promote sustainable peace and cooperation by establishing a connected network of localized economic ecosystems, or hubs, led by israeli and palestinian women micro-entrepreneurs. through economic empowerment, skills development, cross-border mentorship, and joint ventures, WEWB aims to enhance the socio-economic conditions of women from diverse backgrounds, bridge gaps, and create opportunities for peaceful coexistence in the region. | 2023 | 1,500,000 |
| Futures Group Global | Economic Development | Private Sector Competitiveness | 222236 | The Alliance for eTrade Development II, a USAID funded Global Development Alliance (GDA). This Alliance is a public private partnership funded partly by the U.S. Agency for International Development (USAID) and is leveraging the knowledge and assets of 10 private sector partners. | 2023 | 1,500,000 |
| Global Communities | Economic Development | Private Sector Competitiveness | 230777 | The Pioneers-Raedat Activity is intended to leverage womens potential to create ripple effects that shift gender-based power relations within the Palestinian community. This Activity will improve institutional frameworks and processes in select sectors to ensure they align with legal requirements and international best practice (both existing and new that might be advanced through implementation) for the inclusion of women. It will also support communities to develop the necessary tools to promote womens inclusion in activities outside the home; build the capacity and confidence of individual women by engaging institutions of higher education and civil society; develop male allies, political structures, and the private sector; and strengthen public awareness and advocacy around womens issues, including gender-based violence (GBV). The Activity acknowledges the pervasiveness of gender-based violence and will field interventions that challenge the status quo in a manner fully complimentary of existing U.S. funded interventions on the topic, including awareness raising, gender-based violence in the workplace, behavior change, and economic empowerment for women survivors. | 2023 | 1,000,000 |
| Tsofen | Economic Development | Private Sector Competitiveness | 230633 | The purpose of the activity is to promote greater understanding and cooperation among jewish, israeli-citizen arab, and west bank palestinian youth by building economic ties in the technological sector in stem studies and in the hi-tech field, in order to reduce disparities that destabilize peaceful relations between jews and arabs in israel and in palestine, while also enhancing shared cross-border community building and dialogue. | 2023 | 1,000,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tsofen | Economic Development | Private Sector Competitiveness | 230633 | The purpose of the activity is to promote greater understanding and cooperation among jewish, israeli-citizen arab, and west bank palestinian youth by building economic ties in the technological sector in stem studies and in the hi-tech field, in order to reduce disparities that destabilize peaceful relations between jews and arabs in israel and in palestine, while also enhancing shared cross-border community building and dialogue. | 2023 | 1,000,000 |
| APCO/ArCon Construction and Services | Economic Development | Macroeconomic Foundation for Growth | 229266 | The project will provide construction services, including construction for: transportation, water supply, storage, wastewater collection, solid waste management, health clinics and hospitals, and electric power generation | 2023 | 1,000,000 |
| Enterprise - Non United States Other | Peace and Security | Conflict Mitigation and Reconciliation | 226371 | Techseeds for Peace (t4p) harnesses technology as a common interest to bring together Palestinians and Israelis for skills development and career advancement to take advantage of this growing market and building lasting personal relationships. Today, there are 20,000 open software development positions in Israel, the West Bank and Gaza. The activity engages over 1,000 young Palestinian and Israeli professionals from underserved communities to learn technology, leadership, conflict mitigation and soft skills.side-by-side. The activity supports full-stack training including both back-end and front-end skills development like database, algorithms and code training in addition to training on visual design, app development and data storage. participants will also receive interview and resume skills to promote career advancement in the technology field. Palestinian and Israeli youth engage in training and education sessions together as they learn to work together as peers, widening the constituency of peace across the regions burgeoning technology industry and building support for an eventual two-state solution | 2023 | 542,465 |
| AECOM Technology Corporation | Economic Development | Macroeconomic Foundation for Growth | 216851 | Construction Management Task Order (TO)  under Architecture and Engineering (A&E) IDIQ | 2023 | 500,000 |
| Global Communities | Democracy, Human Rights, and Governance | Rule of Law and Human Rights | 230777 | The Pioneers-Raedat Activity is intended to leverage womens potential to create ripple effects that shift gender-based power relations within the Palestinian community. This Activity will improve institutional frameworks and processes in select sectors to ensure they align with legal requirements and international best practice (both existing and new that might be advanced through implementation) for the inclusion of women. It will also support communities to develop the necessary tools to promote womens inclusion in activities outside the home; build the capacity and confidence of individual women by engaging institutions of higher education and civil society; develop male allies, political structures, and the private sector; and strengthen public awareness and advocacy around womens issues, including gender-based violence (GBV). The Activity acknowledges the pervasiveness of gender-based violence and will field interventions that challenge the status quo in a manner fully complimentary of existing U.S. funded interventions on the topic, including awareness raising, gender-based violence in the workplace, behavior change, and economic empowerment for women survivors. | 2023 | 497,008 |
| Tsofen | Peace and Security | Conflict Mitigation and Reconciliation | 230633 | The purpose of the activity is to promote greater understanding and cooperation among jewish, israeli-citizen arab, and west bank palestinian youth by building economic ties in the technological sector in stem studies and in the hi-tech field, in order to reduce disparities that destabilize peaceful relations between jews and arabs in israel and in palestine, while also enhancing shared cross-border community building and dialogue. | 2023 | 448,067 |
| Development Alternatives, Inc. | Economic Development | Private Sector Competitiveness | 226120 | Through a package of technical assistance and grants, the Small and Medium Enterprise Assistance for Recovery and Transition (SMART) Activity, aims to rapidly recover the Palestinian small and medium enterprises (SMEs) and put them on a path to revitalization following the unprecedented COVID-19 crisis. SMART will help SMEs regain productivity, grow, and expand. It will promote economic growth and self-reliance in the West Bank and Gaza. | 2022 | 9,850,000 |
| Chemonics International, Inc. | Economic Development | Trade and Investment | 226661 | The purpose of this contract is to implement the Building Regional Economic Bridges (BREB) activity to promote peace between the WBG and Israel through expanded economic, commercial, and applied research partnerships/alliances between the WBG, Israel, and the U.S. | 2022 | 9,000,000 |
| Chemonics International, Inc. | Economic Development | Private Sector Competitiveness | 226661 | The purpose of this contract is to implement the Building Regional Economic Bridges (BREB) activity to promote peace between the WBG and Israel through expanded economic, commercial, and applied research partnerships/alliances between the WBG, Israel, and the U.S. | 2022 | 9,000,000 |
| International Research and Exchanges Board | Economic Development | Private Sector Competitiveness | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. the TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the target TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2022 | 3,500,000 |
| Enterprise - United States Other | Peace and Security | Conflict Mitigation and Reconciliation | 228127 | The MEPPA Women Entrepreneurship Development project provides businesswomen with training, seed funding, and connections with successful entrepreneur mentors. A separate component of the activity will train young women on business skills and expose them to role models, building the next generation of women entrepreneurs. Training and mentorship sessions will provide opportunities for Palestinian and Israeli women to expand their business networks and build the personal connections that help foster greater security, prosperity, and freedom. | 2022 | 3,294,202 |
| Enterprise - Non United States Other | Peace and Security | Conflict Mitigation and Reconciliation | 226371 | Techseeds for Peace (t4p) harnesses technology as a common interest to bring together Palestinians and Israelis for skills development and career advancement to take advantage of this growing market and building lasting personal relationships. Today, there are 20,000 open software development positions in Israel, the West Bank and Gaza. The activity engages over 1,000 young Palestinian and Israeli professionals from underserved.communities to learn technology, leadership, conflict mitigation and soft skills.side-by-side. The activity supports full-stack training including both back-end and front-end skills development like database, algorithms and code training in addition to training on visual design, app development and data storage. participants will also receive interview and resume skills to promote career advancement in the technology field. Palestinian and Israeli youth engage in training and education sessions together as they learn to work together as peers, widening the constituency of peace across the regions burgeoning technology industry and building support for an eventual two-state solution | 2022 | 3,025,790 |
| Futures Group Global | Economic Development | Private Sector Competitiveness | 222236 | The Alliance for eTrade Development II, a USAID funded Global Development Alliance (GDA). This Alliance is a public private partnership funded partly by the U.S. Agency for International Development (USAID) and is leveraging the knowledge and assets of 10 private sector partners. | 2022 | 1,000,000 |
| Mercy Corps | Economic Development | Private Sector Competitiveness | 225951 | Positive Youth Engagement activity. | 2022 | 1,000,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Chemonics International, Inc. | Economic Development | Private Sector Competitiveness | 226661 | The purpose of this contract is to implement the Building Regional Economic Bridges (BREB) activity to promote peace between the WBG and Israel through expanded economic, commercial, and applied research partnerships/alliances between the WBG, Israel, and the U.S. | 2022 | 1,000,000 |
| Chemonics International, Inc. | Economic Development | Private Sector Competitiveness | 226661 | The purpose of this contract is to implement the Building Regional Economic Bridges (BREB) activity to promote peace between the WBG and Israel through expanded economic, commercial, and applied research partnerships/alliances between the WBG, Israel, and the U.S. | 2022 | 1,000,000 |
| International Research and Exchanges Board | Economic Development | Private Sector Competitiveness | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. The TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2022 | 1,000,000 |
| International Research and Exchanges Board | Economic Development | Private Sector Competitiveness | 228691 | The Technical and Vocational Education and Training (TVET) activity enables TVET institutions to meet labor market demands and provide palestinians with meaningful, well-paying employment and income-generating opportunities. The TVET activity develops new technical training, and improves the quality of existing technical programs. These programs will support palestinian career paths and link participants to employment opportunities, or help them start their own business, in increasingly in-demand technical sectors. The activity increases TVET institutions responsiveness to the needs of the private sector and the effects of climate change; creates new partnerships between the TVET institutions and the private sector; and increases the number of skilled graduates. The TVET activity works with around 12 tvet institutions to build their capacity and connect them with private sector employers. approximately 2,230 students will benefit from new/modernized TVET training programs, and around 1,900 students expect to find employment upon graduation from the new/modernized TVET training programs. In addition, the TVET activity will enhance career development services and mentorships at the targeted TVET institutions. this will benefit at least 400 females, enhancing their opportunities to find meaningful employment, and provide scholarships for 500 of the most marginalized youth to pursue technical training for employment and entrepreneurship. | 2022 | 500,000 |
| Development Alternatives, Inc. | Economic Development | Private Sector Competitiveness | 226120 | Through a package of technical assistance and grants, the Small and Medium Enterprise Assistance for Recovery and Transition (SMART) Activity, aims to rapidly recover the Palestinian small and medium enterprises (SMEs) and put them on a path to revitalization following the unprecedented COVID-19 crisis. SMART will help SMEs regain productivity, grow, and expand. It will promote economic growth and self-reliance in the West Bank and Gaza. | 2021 | 14,500,000 |
| Mercy Corps | Economic Development | Private Sector Competitiveness | 225951 | Positive Youth Engagement Activity. | 2021 | 2,000,000 |
| FHI 360 | Economic Development | Financial Sector | 225047 | The Financial Sector Enabling Environment project supports the establishment of expert regulators and professional bodies that constantly improve laws, regulations, standards, and administrative practices that shape the sector. | 2021 | 83,754 |
| **Total** | | | | | | **114,680,668** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS,**
**AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                    *Plaintiffs,*

     v.

JOSEPH R. BIDEN, JR., et al,           Civil Action No. 2:22-cv-241-Z

                    *Defendants.*

_____/


**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**


# Exhibit 4F

Economic Support Fund Awards in the West Bank and Gaza: Infrastructure

| Implementing Partner Name | International Category Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|
| Arab Brothers Construction Group | Governance | 229242 | The purpose of the Basic Infrastructure Support Mechanism (BISM) is to obtain the services of a qualified local construction contractor to address the infrastructure needs of programs in health, democracy and governance, education, youth, water, and economic growth sectors in the West Bank, East Jerusalem, and Gaza. Activities must comply with the Taylor Force Act (TFA), which prohibits USAID/West Bank and Gaza from providing assistance that directly benefits the Palestinian Authority (PA), including providing infrastructure that a PA ministry or other PA body is responsible for operating and/or maintaining and directly increasing tax revenue going to the PA | 2023 | 4,294,277 |
| Arab Brothers Construction Group | Infrastructure | 229241 | The Basic Infrastructure Support Mechanism (BISM) addresses the small and medium infrastructure needs of USAID-funded programs in health, democracy and governance, education, youth, water and wastewater, energy, and economic growth sectors. BISM ensures infrastructure improvements are implemented in accordance with best engineering practices... | 2023 | 2,000,000 |
| Arab Brothers Construction Group | Education | 229242 | The purpose of the Basic Infrastructure Support Mechanism (BISM) is to obtain the services of a qualified local construction contractor to address the infrastructure needs of programs in health, democracy and governance, education, youth, water, and economic growth sectors in the West Bank, East Jerusalem, and Gaza. Activities must comply with the Taylor Force Act (TFA), which prohibits USAID/West Bank and Gaza from providing assistance that directly benefits the Palestinian Authority (PA), including providing infrastructure that a PA ministry or other PA body is responsible for operating and/or maintaining and directly increasing tax revenue going to the PA | 2023 | 1,550,000 |
| Arab Brothers Construction Group | Governance | 229241 | The Basic Infrastructure Support Mechanism (BISM) addresses the small and medium infrastructure needs of USAID-funded programs in health, democracy and governance, education, youth, water and wastewater, energy, and economic growth sectors. BISM ensures infrastructure improvements are implemented in accordance with best engineering practices... | 2023 | 1,200,000 |
| Arab Brothers Construction Group | Health and Population | 229241 | The Basic Infrastructure Support Mechanism (BISM) addresses the small and medium infrastructure needs of USAID-funded programs in health, democracy and governance, education, youth, water and wastewater, energy, and economic growth sectors. BISM ensures infrastructure improvements are implemented in accordance with best engineering practices... | 2023 | 1,068,140 |
| Arab Brothers Construction Group | Health and Population | 229241 | The Basic Infrastructure Support Mechanism (BISM) addresses the small and medium infrastructure needs of USAID-funded programs in health, democracy and governance, education, youth, water and wastewater, energy, and economic growth sectors. BISM ensures infrastructure improvements are implemented in accordance with best engineering practices... | 2023 | 1,000,000 |

| Arab Brothers Construction Group | Governance | 229241 | The Basic Infrastructure Support Mechanism (BISM) addresses the small and medium infrastructure needs of USAID-funded programs in health, democracy and governance, education, youth, water and wastewater, energy, and economic growth sectors. BISM ensures infrastructure improvements are implemented in accordance with best engineering practices... | 2023 | 583,715 |
| Arab Brothers Construction Group | Other | 229241 | The Basic Infrastructure Support Mechanism (BISM) addresses the small and medium infrastructure needs of USAID-funded programs in health, democracy and governance, education, youth, water and wastewater, energy, and economic growth sectors. BISM ensures infrastructure improvements are implemented in accordance with best engineering practices... | 2023 | 500,000 |
| Arab Brothers Construction Group | Governance | 231241 | The purpose of the Basic Infrastructure Support Mechanism (BISM) is to obtain the services of a qualified local construction contractor to address the infrastructure needs of USAID-funded programs | 2023 | 25,000 |
| AECOM Technology Corporation | Other | 216851 | Construction Management Task Order (TO)  under Architecture and Engineering (A&E) IDIQ | 2023 | 3,000,000 |
| AECOM Technology Corporation | Governance | 216851 | Construction Management Task Order (TO)  under Architecture and Engineering (A&E) IDIQ | 2023 | 1,250,000 |
| APCO/ArCon Construction and Services | Infrastructure | 229266 | The Building Foundations program will provide construction services, including construction for: transportation, water supply, storage, wastewater collection, solid waste management, health clinics and hospitals, and electric power generation | 2023 | 1,000,000 |
| AECOM Technology Corporation | Education | 216851 | Construction Management Task Order (TO)  under Architecture and Engineering (A&E) IDIQ | 2023 | 750,000 |
| AECOM Technology Corporation | Health and Population | 216851 | Construction Management Task Order (TO)  under Architecture and Engineering (A&E) IDIQ | 2023 | 600,000 |
| AECOM Technology Corporation | Infrastructure | 216851 | Construction Management Task Order (TO)  under Architecture and Engineering (A&E) IDIQ | 2023 | 500,000 |
| IntellecTechs | Other | 228851 | Administrative costs and operating expenses of USAID contributing to Equipment, Lands, and Structures. | 2023 | 48,252 |
| Enterprise - United States Redacted | Other | 209821 | Administrative costs and operating expenses of USAID contributing to Equipment, Lands, and Structures. | 2023 | 9,935 |
| Bar|Scan, Inc. | Other | 218176 | Administrative costs and operating expenses of USAID contributing to Equipment, Lands, and Structures. | 2023 | 675 |
| CGIAR | Agriculture | 216854 | Consultative Group on International Agricultural Researc (CGIAR) Fund II follow-on grant to the World Bank | 2022 | 354,672 |
| Deloitte | Administrative Costs | 228657 | The Strengthening Utilities and Promoting Energy Reform (SUPER) project works hand in hand with utilities and other energy sector entities to increase electricity access, decrease technical and commercial losses, strengthen human capital and operational practices, plan system expansion, explore new models for private sector engagement, incorporate climate change mitigation, and integrate new technologies. | 2022 | 168,500 |
| IntellecTechs | Other | 228851 | Administrative costs and operating expenses of USAID contributing to Equipment, Lands, and Structures. | 2022 | 110,461 |
| AT&T Inc. | Administrative Costs | 224982 | USAID enterprise and network services domestic and non-domestic task order under Enterprise Infrastructure Solutions (EIS) | 2022 | 101,937 |
| Enterprise - United States Redacted | Other | 209821 | Administrative costs and operating expenses of USAID contributing to Equipment, Lands, and Structures. | 2022 | 10,019 |

| Bar|Scan, Inc. | Other | 218176 | Administrative costs and operating expenses of USAID contributing to Equipment, Lands, and Structures. | 2022 | 675 |
|---|---|---|---|---|---|
| Enterprise - United States Redacted | Administrative Costs | 216053 | Administrative costs and operating expenses of USAID contributing to Equipment, Lands, and Structures. | 2021 | 2,811 |
| **Total** | | | | | **20,129,069** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                *Plaintiffs,*

      v.

JOSEPH R. BIDEN, JR., et al,              Civil Action No. 2:22-cv-241-Z

                *Defendants.*

_____/

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**

# Exhibit 4G

Economic Support Fund Awards in the West Bank and Gaza: Security

| Implementing Partner Name | US Category Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|
| U.S. Government - Department of State | Program Support | 226907 | Diplomatic Security Agreement | 2023 | 3,311,079 |
| U.S. Government - Department of State | Program Support | 226907 | Diplomatic Security Agreement | 2022 | 800,000 |
| U.S. Government - Department of State | Program Support | 226907 | Diplomatic Security Agreement | 2022 | 100,000 |
| **Total** | | | | | **4,211,079** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS,**
**AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                 *Plaintiffs,*

     v.

JOSEPH R. BIDEN, JR., et al,           Civil Action No. 2:22-cv-241-Z

                 *Defendants.*

_____/

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**

# Exhibit 4H

| Implementing Partner Name | US Sector Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|
| Enterprise - Non United States Other | Other Public Health Threats | 229517 | Debt payments to East Jerusalem Hospital Network (EJHN) | 2023 | 25,500,000 |
| ARD, Inc. | Water Supply and Sanitation | 230715 | The purpose of the Non-Revenue Water Management Project is to improve Palestinians access to safe, reliable, sustainable, and climate resilient water services through: 1) the development and strengthening of the institutional capacity of the Hebron, Halhul, and Dura water utilities for sustainable, reliable, and climate-resilient water delivery service; 2) the implementation of strategic infrastructure works to support the objective of the activity; 3) the design and implementation of innovative solutions to expand the use of smart water management technologies for efficient, timely, and transparent water management; and 4) the design and implementation of innovative measures and public awareness campaigns to promote effective water governance at the utility and foster social behavioral change toward more efficient and responsible water use practices and trends. | 2023 | 11,000,000 |
| Citizens Network for Foreign Affairs | Macroeconomic Foundation for Growth | 229533 | The Effective Management of Irrigation Water Activity aims to improve climate-resilient conservation and management of freshwater resources and associated ecosystems by increasing the availability, quality, and environmental resilience of drinking water supply sources. Its main purpose is to reduce the non-beneficial water use in irrigation and reduce the use of fertilizers and other chemicals through improved agricultural practices. | 2023 | 8,500,000 |
| AECOM Technology Corporation | Other Public Health Threats | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 8,000,000 |
| APCO/ArCon Construction and Services | Water Supply and Sanitation | 229266 | The Building Foundations Program will provide construction services, including construction for: transportation, water supply, storage, wastewater collection, solid waste management, health clinics and hospitals, and electric power generation | 2023 | 9,431,860 |
| APCO/ArCon Construction and Services | Macroeconomic Foundation for Growth | 229266 | The Building Foundations Program will provide construction services, including construction for: transportation, water supply, storage, wastewater collection, solid waste management, health clinics and hospitals, and electric power generation | 2023 | 9,000,000 |
| AECOM Technology Corporation | Other Public Health Threats | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 8,000,000 |
| ARD, Inc. | Macroeconomic Foundation for Growth | 230715 | The purpose of the Non-Revenue Water Management Project (NRWMP) is to improve Palestinians access to safe, reliable, sustainable, and climate resilient water services through: 1) the development and strengthening of the institutional capacity of the Hebron, Halhul, and Dura water utilities for sustainable, reliable, and climate-resilient water delivery service; 2) the implementation of strategic infrastructure works to support the objective of the activity; 3) the design and implementation of innovative solutions to expand the use of smart water management technologies for efficient, timely, and transparent water management; and 4) the design and implementation of innovative measures and public awareness campaigns to promote effective water governance at the utility and foster social behavioral change toward more efficient and responsible water use practices and trends. | 2023 | 4,000,000 |
| AECOM Technology Corporation | Water Supply and Sanitation | 216851 | Construction Management Task Order (TO) under Architecture and Engineering (A&E) IDIQ | 2023 | 3,000,000 |
| AECOM Technology Corporation | Water Supply and Sanitation | 216851 | Construction Management Task Order (TO) under Architecture and Engineering (A&E) IDIQ | 2023 | 3,000,000 |
| AECOM Technology Corporation | Macroeconomic Foundation for Growth | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 2,500,000 |
| AECOM Technology Corporation | Water Supply and Sanitation | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 2,500,000 |
| AECOM Technology Corporation | Private Sector Competitiveness | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 2,000,000 |
| AECOM Technology Corporation | Rule of Law and Human Rights | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 1,300,000 |
| ARD, Inc. | Civil Society | 230715 | The purpose of the Non-Revenue Water management Project (NRWMP) is to improve Palestinians access to safe, reliable, sustainable, and climate resilient water services through: 1) the development and strengthening of the institutional capacity of the Hebron, Halhul, and Dura water utilities for sustainable, reliable, and climate-resilient water delivery service; 2) the implementation of strategic infrastructure works to support the objective of the activity; 3) the design and implementation of innovative solutions to expand the use of smart water management technologies for efficient, timely, and transparent water management; and 4) the design and implementation of innovative measures and public awareness campaigns to promote effective water governance at the utility and foster social behavioral change toward more efficient and responsible water use practices and trends. | 2023 | 1,000,000 |
| ARD, Inc. | Macroeconomic Foundation for Growth | 230715 | The purpose of the Non-Revenue Water management Project (NRWMP) is to improve Palestinians access to safe, reliable, sustainable, and climate resilient water services through: 1) the development and strengthening of the institutional capacity of the Hebron, Halhul, and Dura water utilities for sustainable, reliable, and climate-resilient water delivery service; 2) the implementation of strategic infrastructure works to support the objective of the activity; 3) the design and implementation of innovative solutions to expand the use of smart water management technologies for efficient, timely, and transparent water management; and 4) the design and implementation of innovative measures and public awareness campaigns to promote effective water governance at the utility and foster social behavioral change toward more efficient and responsible water use practices and trends. | 2023 | 1,000,000 |

App. 87

| Citizens Network for Foreign Affairs | Macroeconomic Foundation for Growth | 229533 | The Effective Management of Irrigation Water Activity aims to improve climate-resilient conservation and management of freshwater resources and associated ecosystems by increasing the availability, quality, and environmental resilience of drinking water supply sources. Its main purpose is to reduce the non-beneficial water use in irrigation and reduce the use of fertilizers and other chemicals through improved agricultural practices. | 2023 | 1,000,000 |
|---|---|---|---|---|---|
| AECOM Technology Corporation | Macroeconomic Foundation for Growth | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 500,000 |
| Morganti Group, Inc. | Water Supply and Sanitation | 226659 | The Building Foundations Program is an indefinite delivery, indefinite quantity (IDIQ) contract to improve water, wastewater, roads, and power infrastructure, as well as procurement, well drilling and equipment, school construction, and clinic health, for vulnerable populations in the West Bank and Gaza. | 2022 | 14,292,882 |
| EcoPeace Middle East | Conflict Mitigation and Reconciliation | 228288 | Partnership for Climate Resilience and Water Security Activity | 2022 | 2,222,294 |
| Global Communities | Water Supply and Sanitation | 225114 | USAID/West Bank and Gaza. Gaza Household Wash Activity | 2022 | 1,700,000 |
| Global Communities | Water Supply and Sanitation | 225114 | USAID/West Bank and Gaza. Gaza Household Wash Activity | 2021 | 2,300,000 |
| Global Communities | Water Supply and Sanitation | 225114 | USAID/West Bank and Gaza Gaza Household Wash Activity | 2022 | 1,500,000 |
| Global Communities | Water Supply and Sanitation | 225114 | USAID/West Bank and Gaza Gaza Household Wash Activity | 2021 | 1,000,000 |
| **Total** | | | | | **124,247,036** |

App. 88

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                *Plaintiffs,*

     v.

JOSEPH R. BIDEN, JR., et al,              Civil Action No. 2:22-cv-241-Z

                *Defendants.*

_____/

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**

# Exhibit 4I

| Implementing Partner Name | US Sector Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|
| ARD, Inc. | Water Supply and Sanitation | 230715 | The Non-Revenue Water Management Project (NRWMP)aims to improve Palestinians access to safe, reliable, sustainable, and climate resilient water services through: 1) the development and strengthening of the institutional capacity of the Hebron, Halhul, and Dura water utilities for sustainable, reliable, and climate-resilient water delivery service; 2) the implementation of strategic infrastructure works to support the objective of the activity; 3) the design and implementation of innovative solutions to expand the use of smart water management technologies for efficient, timely, and transparent water management; and 4) the design and implementation of innovative measures and public awareness campaigns to promote effective water governance at the utility and foster social behavioral change toward more efficient and responsible water use practices and trends. | 2023 | 11,000,000 |
| Citizens Network for Foreign Affairs | Macroeconomic Foundation for Growth | 229533 | The Activity aims to improve climate-resilient conservation and management of freshwater resources and associated ecosystems by increasing the availability, quality, and environmental resilience of drinking water supply sources. Its main purpose is to reduce the non-beneficial water use in irrigation and reduce the use of fertilizers and other chemicals through improved agricultural practices. | 2023 | 8,500,000 |
| AECOM Technology Corporation | Other Public Health Threats | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 8,000,000 |
| APCO/ArCon Construction and Services | Water Supply and Sanitation | 229266 | The project will provide construction services, including construction for: transportation, water supply, storage, wastewater collection, solid waste management, health clinics and hospitals, and electric power generation | 2023 | 9,431,860 |
| APCO/ArCon Construction and Services | Macroeconomic Foundation for Growth | 229266 | The project will provide construction services, including construction for: transportation, water supply, storage, wastewater collection, solid waste management, health clinics and hospitals, and electric power generation | 2023 | 9,000,000 |
| AECOM Technology Corporation | Other Public Health Threats | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 8,000,000 |
| ARD, Inc. | Macroeconomic Foundation for Growth | 230715 | The Non-Revenue Water Management Project (NRWMP)aims to improve Palestinians access to safe, reliable, sustainable, and climate resilient water services through: 1) the development and strengthening of the institutional capacity of the Hebron, Halhul, and Dura water utilities for sustainable, reliable, and climate-resilient water delivery service; 2) the implementation of strategic infrastructure works to support the objective of the activity; 3) the design and implementation of innovative solutions to expand the use of smart water management technologies for efficient, timely, and transparent water management; and 4) the design and implementation of innovative measures and public awareness campaigns to promote effective water governance at the utility and foster social behavioral change toward more efficient and responsible water use practices and trends. | 2023 | 4,000,000 |
| AECOM Technology Corporation | Water Supply and Sanitation | 216851 | Construction Management Task Order (TO)  under Architecture and Engineering (A&E) IDIQ | 2023 | 3,000,000 |
| AECOM Technology Corporation | Water Supply and Sanitation | 216851 | Construction Management Task Order (TO)  under Architecture and Engineering (A&E) IDIQ | 2023 | 3,000,000 |
| AECOM Technology Corporation | Macroeconomic Foundation for Growth | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 2,500,000 |
| AECOM Technology Corporation | Water Supply and Sanitation | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 2,500,000 |
| AECOM Technology Corporation | Private Sector Competitiveness | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 2,000,000 |
| ARD, Inc. | Civil Society | 230715 | The Non-Revenue Water Management Project (NRWMP)aims to improve Palestinians access to safe, reliable, sustainable, and climate resilient water services through: 1) the development and strengthening of the institutional capacity of the Hebron, Halhul, and Dura water utilities for sustainable, reliable, and climate-resilient water delivery service; 2) the implementation of strategic infrastructure works to support the objective of the activity; 3) the design and implementation of innovative solutions to expand the use of smart water management technologies for efficient, timely, and transparent water management; and 4) the design and implementation of innovative measures and public awareness campaigns to promote effective water governance at the utility and foster social behavioral change toward more efficient and responsible water use practices and trends. | 2023 | 1,000,000 |
| ARD, Inc. | Macroeconomic Foundation for Growth | 230715 | The Non-Revenue Water Management Project (NRWMP)aims to improve Palestinians access to safe, reliable, sustainable, and climate resilient water services through: 1) the development and strengthening of the institutional capacity of the Hebron, Halhul, and Dura water utilities for sustainable, reliable, and climate-resilient water delivery service; 2) the implementation of strategic infrastructure works to support the objective of the activity; 3) the design and implementation of innovative solutions to expand the use of smart water management technologies for efficient, timely, and transparent water management; and 4) the design and implementation of innovative measures and public awareness campaigns to promote effective water governance at the utility and foster social behavioral change toward more efficient and responsible water use practices and trends. | 2023 | 1,000,000 |

| | | | | | |
|---|---|---|---|---|---|
| Citizens Network for Foreign Affairs | Macroeconomic Foundation for Growth | 229533 | The Effective Management of Irrigation Water Activity aims to improve climate-resilient conservation and management of freshwater resources and associated ecosystems by increasing the availability, quality, and environmental resilience of drinking water supply sources. Its main purpose is to reduce the non-beneficial water use in irrigation and reduce the use of fertilizers and other chemicals through improved agricultural practices. | 2023 | 1,000,000 |
| AECOM Technology Corporation | Macroeconomic Foundation for Growth | 215380 | Infrastructure Needs Project Phase II IQC - Task Order #1 - A&E Design water | 2023 | 500,000 |
| **Total** | | | | | **74,431,860** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                   *Plaintiffs,*

    v.

JOSEPH R. BIDEN, JR., et al,              Civil Action No. 2:22-cv-241-Z

                   *Defendants.*

_____/


**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**


# Exhibit 4J

| Implementing Partner Name | US Sector Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|
| Morganti Group, Inc. | Water Supply and Sanitation | 226659 | The Building Foundations Program is an indefinite delivery, indefinite quantity (IDIQ) contract to improve water, wastewater, roads, and power infrastructure, as well as procurement, well drilling and equipment, school construction, and clinic health, for vulnerable populations in the West Bank and Gaza. | 2022 | 14,292,882 |
| EcoPeace Middle East | Conflict Mitigation and Reconciliation | 228288 | Partnership for Climate Resilience and Water Security Activity | 2022 | 2,222,294 |
| Global Communities | Water Supply and Sanitation | 225114 | USAID/West Bank and Gaza. Gaza Household Wash Activity | 2022 | 1,700,000 |
| Global Communities | Water Supply and Sanitation | 225114 | USAID/West Bank and Gaza. Gaza Household Wash Activity | 2022 | 1,500,000 |
| **Total** | | | | | **19,715,176** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION**

_____

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

                    *Plaintiffs,*

      v.

JOSEPH R. BIDEN, JR., et al,             Civil Action No. 2:22-cv-241-Z

                    *Defendants.*

_____/

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION**

**FOR PARTIAL SUMMARY JUDGMENT**

# Exhibit 4K

| Implementing Partner Name | US Sector Name | Activity ID | Activity Description | Fiscal Year | Current Dollar Amount |
|---|---|---|---|---|---|
| Global Communities | Water Supply and Sanitation | 225114 | USAID/West Bank and Gaza. Gaza Household Wash Activity | 2021 | 1,000,000 |
| Global Communities | Water Supply and Sanitation | 225114 | USAID/West Bank and Gaza. Gaza Household Wash Activity | 2021 | 2,300,000 |
| **Total** | | | | | **3,300,000** |