IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
AMARILLO DIVISION

---

DR. RONNY JACKSON, STUART and ROBBI
FORCE, and SARRI SINGER,

    Plaintiffs,

      v.

JOSEPH R. BIDEN, JR., in his official
capacity as the President of the United States,
and ANTONY BLINKEN, in his official capacity
as the United States Secretary of State,

    Defendants.

No. 2:22-cv-00241-Z

---

## NOTICE OF ADDITIONAL $230 MILLION IN ESF FUNDING

The Plaintiffs, through their counsel, notify the Court that the Defendants announced an additional $230 million in economic support funds for "economic recovery and development programs in the West Bank and Gaza" on Friday, November 15, 2024. *See USAID Provides $230 Million in New Funding to Support the Palestinian People* (Nov. 15, 2024), https://perma.cc/XJ39-PYFM.

The Defendants state:

> This new funding aims to promote resilience among Palestinian communities, and will support a range of programmatic areas, including private sector and civil society strengthening, youth empowerment and education, and community level priorities. New initiatives focus on health recovery efforts in Gaza, trade and investment, improvements in water and wastewater access and management, construction of new youth centers and safe spaces, capacity building support for the East Jerusalem Hospital Network, and strengthening of municipalities to deliver more effective, accountable governance.

The Defendants also state, "[Since January 2021] USAID/West Bank and Gaza has invested over $600 million in economic support funding of the Palestinian people,

1

in addition to the over $2.1 billion in humanitarian assistance since October 7, 2023." Notably, October 7, 2023, is the day that thousands of Palestinian terrorists launched a barbaric sneak attack into Israel. The terrorists murdered more than 1,200 people and mutilated many of the bodies, raped hundreds of women, and kidnapped 253 individuals, including young children, all with the overwhelming approval and support of "the Palestinian people" - a poll by the Palestinian Center for Policy and Survey Research on March 20, 2024, reported that seventy-one percent of Palestinians in Gaza and the West Bank backed these atrocities.[1]

Finally, the Defendants state, "USAID reaffirms its long-standing partnership with the Palestinian people and its dedication to providing essential support during these trying times."

| | |
|---|---|
| Dated: November 19, 2024 | Respectfully submitted, |
| | /s/ *Reed D. Rubinstein* |
| | REED D. RUBINSTEIN |
| | D.C. Bar No. 400153 |
| | reed.rubinstein@aflegal.org |
| | JULIE A. STRAUSS |
| | D.C. Bar No. 387262 |
| | julie.strauss@aflegal.org |
| | MICHAEL DING |
| | Texas Bar No. 24129788 |
| | America First Legal Foundation |
| | 611 Pennsylvania Ave SE #231 |
| | Washington, D.C. 20003 |
| | (202) 964-3721 |
| | *Counsel for the Plaintiffs* |

---

[1] Palestinian Center for Policy and Survey Research, Press Release: Public Opinion Poll No. 91 (Mar. 20, 2024), https://perma.cc/45BA-ZH9R.

2

## CERTIFICATE OF SERVICE

I certify that on November 19, 2024, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ *Reed D. Rubinstein*
Reed D. Rubinstein
AMERICA FIRST LEGAL FOUNDATION