# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|   |   |
|---|---|
| RONNY L. JACKSON, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN, JR *et al.* )<br>)<br>Defendants. )<br>) | No. 2:22-cv-241 |

## NOTICE OF DEATH OF PLAINTIFF PURSUANT TO RULE 24(a)(2)

The Plaintiffs provide this Notice of Plaintiff Robbi Force's death, which occurred during the pendency of this action. Rule 25(a)(2) provides that "[a]fter a party's death, if the right sought to be enforced survives only to or against the remaining parties, the action does not abate, but proceeds in favor of or against the remaining parties. The death should be noted on the record." FED. R. CIV. P. 25(a)(2).

Because the right sought to be enforced survives to the remaining Plaintiffs, there is no need to substitute an additional plaintiff at this time.

Dated: February 20, 2025

Respectfully submitted,

*/s/ Michael Ding*
JULIE A. STRAUSS
D.C. Bar No. 387262
Julie.Strauss@aflegal.org
MICHAEL DING
Texas Bar No. 24129788
Michael.Ding@aflegal.org
America First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
(202) 964-3721

-2-

## CERTIFICATE OF SERVICE

I certify that on February 20, 2025, I served a copy of this document on all counsel of record by electronic means.

/s/ *Michael Ding*
Michael Ding
