UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RONNY L. JACKSON, *ET AL.*,

*Plaintiffs,*

v.

DONALD J. TRUMP, *ET AL.*,

*Defendants.*

Case 2:22-cv-00241-Z

---

**CONSENT MOTION TO WITHDRAW MICHAEL DING AS COUNSEL FOR RONNY L. JACKSON, *ET AL.***

---

Plaintiffs file this Unopposed Motion to Withdraw Michael Ding as Counsel for the Plaintiffs, Ronny L. Jackson, Stuart Force, and Sarri Singer to withdraw Michael Ding as their counsel of record in this matter.

Michael Ding has accepted a position outside of America First Legal Foundation. Mr. Ding requests to withdraw without opposition and with extraordinarily competent and able counsel from America First Legal Foundation, Morgan Williamson LLP, and Spero Law, LLC continuing to represent the Plaintiffs. Plaintiffs request that Julie A. Strauss be listed as lead counsel. This Motion will not delay any proceedings, Defendants' counsel consented to this motion.

Dated: March 6, 2025

Respectfully submitted,

*/s/ Michael Ding*
JULIE A. STRAUSS

D.C. Bar No. 387262
Julie.Strauss@aflegal.org
MICHAEL DING
Texas Bar No. 24129788
Michael.Ding@aflegal.org
America First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
(202) 964-3721
*Counsel for the Plaintiffs*

CHRISTOPHER E. MILLS
D.C. Bar No. 1021558
Spero Law LLC
557 East Bay St. #22251
Charleston, SC 29413
(843) 606-0640
cmills@spero.law
*Counsel to America First Legal Foundation*

CHRISTIAN D. STEWART
Texas Bar No. 24013569
Morgan Williamson LLP
701 S. Taylor, Suite 440, LB 103
Amarillo, TX 79101
(806) 358-8116
cstewart@mw-law.com
*Local Counsel for the Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Plaintiffs' counsel has conferred with Defendants' counsel, who consented to this Motion.

## CERTIFICATE OF SERVICE

I certify that on March 6, 2025, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

/s/ *Michael Ding*
MICHAEL DING