IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RONNY L. JACKSON, *et al.*, | |
| Plaintiffs, | |
| v. | 2:22-CV-241-Z |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiffs' Motion to [sic] Leave to Withdraw Reed D. Rubinstein as Counsel for the Plaintiffs ("Motion") (ECF No. 97), filed May 16, 2025. Plaintiffs request that Reed D. Rubinstein be withdrawn because he "will become the Legal Adviser of the Department of State." ECF No. 97 at 1. America First Legal Foundation, Morgan Williamson LLP, and Spero Law, LLC will continue representing Plaintiffs. *Id.*

Northern District of Texas Local Civil Rule 83.12 governs the withdrawal of counsel. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Reed D. Rubinstein be withdrawn as counsel of record in this case.

**SO ORDERED.**

May 22, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE