IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RONNY L. JACKSON, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

2:22-CV-241-Z

## ORDER

Before the Court is the parties' latest Joint Motion for Extension of Time to File Joint Proposed Scheduling Order ("Motion"), filed May 5, 2026. ECF No. 119. The Court previously ordered the parties to submit a Joint Proposed Scheduling Order by December 3, 2025. ECF No. 111. The Court last extended this deadline to May 5, 2026. ECF No. 117. The parties "believe they have made substantial progress toward finalizing an agreement," but need "additional time to obtain final approval from decisionmakers within the Department of Justice." ECF No. 121 at 1. Thus, the parties request a further fourteen-day extension. *Id.* at 2.

The Motion is **GRANTED IN PART**. See FED. R. CIV. P. 6(b)(1)(A) (permitting extensions for good cause when the request is made before the original time to respond expires). This is the parties' *fifth* consecutive extension request. *See* ECF Nos. 112, 114, 116, and 119. The Court understands the challenge of obtaining settlement authority from decisionmakers in the government and appreciates the parties' transparency about settlement status. But responding to these extensions is becoming a waste of judicial resources. Thus, the Court will give the parties a longer extension than they requested, with the expectation that further extensions will not be necessary. The parties are **ORDERED** to file their Joint Proposed Scheduling Order **on or before June 15, 2026**.

The parties are further **ORDERED** to timely inform the Court of any substantial settlement updates. The Court does not expect to grant a further extension absent compelling circumstances.

**SO ORDERED.**

May 8, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE